UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HARTE-HANKS, INC.,

    Plaintiff,

v.

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP,

    Defendants.

Civil Action No.:

04 11548 DPW

### DECLARATION OF PAUL STEVEN HACKER

I, Paul Steven Hacker, state:

1. I am over the age of 21. I reside in Texas. I am Vice-President, Legal and Secretary, for Harte-Hanks, Inc. ("Harte-Hanks"). The statements made in this declaration are based on my personal knowledge, unless otherwise indicated.

2. Beginning in or about May 2004, I was advised of reports that Charles Dall'Acqua, a former Senior Vice-President of Harte-Hanks, had solicited other Harte-Hanks employees – specifically John Martus, a Controller for Harte-Hanks at its Billerica, Massachusetts office – in violation of Mr. Dall'Acqua's Non-Solicitation Agreement with Harte-Hanks.

3. By letter dated June 8, 2004, I notified Mr. Dall'Acqua that his actions with respect to Mr. Martus were in direct violation of the agreement he had executed with Harte-Hanks. A true and correct copy of my June 8, 2004 letter is attached hereto as Exhibit A.

4. My June 8 letter also demanded that Mr. Dall'Acqua cease recruiting Harte-Hanks

employees for Protocol, and informed Mr. Dall'Acqua that Harte-Hanks would pursue all applicable legal remedies for all breaches of the Agreement in the event further breaches were to occur.

5. On or about June 17, 2004, I received a letter from Susan C. Levy of the Chicago law firm of Jenner & Block. A true and correct copy of Ms. Levy's letter is attached hereto as Exhibit B. Significantly, Ms. Levy does not deny that Mr. Dall'Acqua had solicited and hired Mr. Martus.

6. Attached hereto as Exhibit C are true and correct copies of three specimen signatures of Charles Dall'Acqua, collected from his Harte-Hanks personnel files.

SIGNED UNDER THE PENALTIES OF PERJURY
ON THIS ___ DAY OF JULY, 2004.

_____
Paul Steven Hacker

422003.062904

2