AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Harte-Hanks, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Charles R. Dall'Acqua and
Protocol Marketing Group

CASE

# 04-11548 DPW

TO: (Name and address of Defendant)

Charles R. Dall'Acqua
785 Sonne Drive
Annapolis, MD  21401-7120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA  02110
Tel.  617-330-5000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  7-12-04