AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Harte-Hanks, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Charles R. Dall'Acqua and
Protocol Marketing Group

CASE

04 11548 DPW

TO: (Name and address of Defendant)

Protocol Marketing Group
1751 Lake Cooke Road
Suite 400
Deerfield, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
Tel. 617-330-5000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Pat Russo

(By) DEPUTY CLERK

7-12-04

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7·12·04 |
|---|---|
| NAME OF SERVER *(PRINT)* DAVID G. CHAFFIN | TITLE ATTORNEY FOR PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☒ Other (specify): BY FEDEX ON COUNSEL FOR DEFENDANTS PURSUANT TO AGREEMENT TO ACCEPT SERVICE. SEE ATTACHED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7·12·04
Date

[signature]
*Signature of Server*

HARE & CHAFFIN
160 FEDERAL ST.
BOSTON, MA 02110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JENNER&BLOCK

FILED
IN CLERKS OFFICE
2004 JUL 13 P 3:
U.S. DISTRICT COURT
DISTRICT OF MASS.

July 8, 2004

Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel 312 222-9350
www.jenner.com

Chicago
Dallas
Washington, DC

Carla J. Rozycki
Tel 312 923-2909
Fax 312 840-7309
crozycki@jenner.com

***VIA FACSIMILE 617-330-1996***

Kathleen A. Kelley
Hare & Chaffin
160 Federal Street
Floor 23
Boston, MA 02110-1700

Dear Ms. Kelley:

As we advised you, we represent Charles Dall'Acqua and Protocol Marketing Group ("Protocol"). Please give us prior notice if you plan to appear in any court action against them on behalf of your client Harte-Hanks. We are authorized to accept service of process on their behalf in any such action.

Very truly yours,

Carla J. Rozycki

Carla J. Rozycki

CJR/cjb
cc: John F. Rooney, III
Angela L. Lackard