UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
HARTE-HANKS, INC.              *
                               *
     Plaintiffs,               *
                               *
v.                             *     CIVIL ACTION NO: 04-11548
                               *
CHARLES R. DALL'ACQUA and      *
PROTOCOL MARKETING GROUP       *
                               *
     Defendants,               *
                               *
* * * * * * * * * * * * * * * *
```

**NOTICE OF APPEARANCE**

    Please enter our appearance as counsel for the defendants, Charles R. Dall'Acqua and Protocol Marketing Group in the above-entitled action.

                                                Respectfully submitted,
                                                Defendants,
                                                by their attorneys,

                                                */s/ John F. Rooney, III*
                                                John F. Rooney, III, BBO #426895
                                                Angela L. Lackard, BBO # 637789
                                                MELICK, PORTER & SHEA, LLP
                                                28 State Street
                                                Boston, MA  02109-1775
                                                (617) 523-6200

Dated: July 16, 2004