# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES R. DALL'ACQUA and <br> PROTOCOL MARKETING GROUP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 04-11548-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF ROBERT FROETSCHER

I, Robert Froetscher, under oath, state as follows:

1. I am the Chairman of the Board for Protocol Services, Inc. ("Protocol").

2. In mid-January, 2004, I began discussions with Charles Dall'Acqua, then an employee of Harte-Hanks, Inc. ("Harte-Hanks") regarding his possible employment by Protocol as President and CEO.

3. During my interviews with Mr. Dall'Acqua, I asked Mr. Dall'Acqua if he had any restrictive covenants with his employer, Harte-Hanks. Mr. Dall'Acqua told me that he did not.

4. In early March, Mr. Dall'Acqua informed me that he had been terminated by Harte-Harks on March 5, 2004.

5. Approximately two to three weeks after Mr. Dall'Acqua informed me of his termination, I offered Mr. Dall'Acqua employment as the President and CEO of Protocol. Mr. Dall'Acqua accepted and began employment as President and CEO of Protocol on March 25, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert Froetscher

Subscribed and sworn to before me
this 21st day of July, 2004

_____

"OFFICIAL SEAL"
Patricia A. Boudos
Notary Public, State of Illinois
My Commission Exp. 09/13/2005

CHICAGO_1129752_2