UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.04-11548-DPW |
| | ) | |
| CHARLES R. DALL'ACQUA and | ) | |
| PROTOCOL MARKETING GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
AND SUPPORTING DECLARATIONS IN FURTHER SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff, Harte-Hanks, Inc., respectfully moves the Court, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum (with supporting declarations) in further support of Harte-Hanks's motion for a preliminary injunction. The grounds for this motion are as follows.

1. Harte-Hanks seeks a preliminary injunction enforcing the non-solicitation provision of a written agreement between Harte-Hanks and defendant Charles R. Dall'Acqua.

2. Defendants do not deny, and cannot deny, that Mr. Dall'Acqua's apparent signature is on the agreement, and that he has engaged in activity that is proscribed by the language of the non-solicitation provision. Nor do they deny that Harte-Hanks will be irreparably harmed absent injunctive relief.

3. Instead, Mr. Dall'Acqua denies that he signed the agreement and claims that the signature on the agreement is a forgery. He also argues, in the alternative, that he did not receive sufficient consideration for the agreement.

WHEREFORE, Harte-Hanks respectfully requests leave to file the accompanying reply memorandum, declarations, and supplemental declarations.

Counsel for defendants does not oppose this motion.

Dated: August 9, 2004                    HARTE-HANKS, INC.,

                                         By its attorneys,

                                         _____
                                         David B. Chaffin
                                         BBO No. 549245
                                         Kathleen A. Kelley
                                         BBO No. 562342
                                         HARE & CHAFFIN
                                         160 Federal Street
                                         Boston, MA 02110
                                         (617) 330-5000

## CERTIFICATION OF CONSULTATION

Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that I have conferred with Attorney Carla Rozycki, and counsel for defendants does not oppose this motion.

_____
Kathleen A. Kelley

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by hand on counsel of record for all parties this 9th date of August 2004.

_____
Kathleen A. Kelley

3