UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES R. DALL'ACQUA and ) <br> PROTOCOL MARKETING GROUP, ) <br> ) <br> Defendants. ) | Civil Action No.: 04-11548-DPW |

## SUPPLEMENTAL DECLARATION OF DEAN H. BLYTHE

I, Dean H. Blythe, state, under the penalties of perjury, as follows:

1. I am over the age of 21. I reside in Texas. I am Senior Vice-President and Chief Financial Officer of Harte-Hanks, Inc. ("Harte-Hanks"). Before becoming Chief Financial Officer, I was the General Counsel of Harte-Hanks. I provide this declaration to supplement the information contained in my previous (July 7, 2004) declaration submitted in this matter. The statements made in this declaration are based on my personal knowledge, unless otherwise indicated.

2. In my position at Harte-Hanks, I was involved in the investigation, conducted in early 2004, that led to the termination of Charles Dall'Acqua's employment at Harte-Hanks on or about March 5, 2004, and in the decision to terminate him.

3. As a result of the investigation, I became aware of information regarding overtures Mr. Dall'Acqua had made to other Harte-Hanks executives, wherein he suggested that

he could obtain attractive positions for these other executives at the company with which he was considering a position. James Davis was one of these employees.

4. This information indicated that Mr. Dall'Acqua was actively recruiting key Harte-Hanks executives for another employer, despite the fact that he was still a well-compensated Senior Vice-President at Harte-Hanks.

5. Based on this obviously unacceptable behavior, Harte-Hanks terminated Mr. Dall'Acqua's employment on March 5, 2004, effective immediately.

6. I have reviewed the Affidavit of Charles R. Dall'Acqua. Mr. Dall'Acqua's description of our conversation in March is inaccurate.

7. When I spoke with Mr. Dall'Acqua, I was unaware that he had signed a confidentiality and non-solicitation agreement. (I work in our corporate headquarters in San Antonio. He worked out of our Maryland offices. The company has 7,000 employees. I do not know what, if any, agreement each of our employees has signed.) I told him that the company would pay him severance if he would sign an agreement that would contain non-competition and non-solicitation provisions. He never responded. About a week later, I heard that he was taking his current position.

8. On the afternoon of Friday, August 6, 2004, I had a telephone conversation with Joel Bakal. Mr. Bakal has been the co-CFO of a major Harte-Hanks business unit. Mr. Bakal has been a star employee. He has been one of the top five of 200 accountants at Harte-Hanks.

9. Mr. Bakal informed me that he was resigning. (He submitted his resignation letter to me on August 6 via e-mail. A copy of the letter is attached.) I tried to dissuade him and asked him what he was planning to do. He told me that Mr. Dall'Acqua had recruited him to go

2

to work for Protocol and that it was too late to turn back. Mr. Bakal is at least the second valuable employee we have lost due to Mr. Dall'Acqua's behavior.

10. Losing Mr. Bakal will have an immediate adverse effect on Harte-Hanks. Replacing him will be very difficult, if not impossible, and very costly.

11. I have been a member of the bar of the State of Texas for over 20 years, and I fully appreciate the duty of candor to this Court, not to mention the penalties for perjury.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 9th DAY OF AUGUST 2004.

_____
Dean H. Blythe

422003.080404

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 8/9/04

3

# Exhibit A

Joel C. Bakal
9795 Savona Winds Drive
Delray Beach, FL 33446

August 9, 2004

Dean Blythe
200 Concorde Plaza Drive
Suite 800
San Antonio, TX 78216

Dear Dean:

I hereby resign from my position as Chief Financial Officer for Harte-Hanks Direct Marketing effective Friday, August 20, 2004.

Sincerely,


Joel C. Bakal


Cc:  Richard Hochhauser
     Bill Goldberg
     Jim Davis