UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No.: 04-11548-DPW |

### DECLARATION OF JAMES DAVIS

I, James Davis, state:

1. I am over the age of 21. I am an Officer and Senior Vice President of Harte-Hanks, Inc., based in Jacksonville, Florida. I have worked at Harte-Hanks continuously from 1993. I worked with Charles Dall'Acqua for a number of years. The statements in this supplemental declaration are based on my personal knowledge, unless otherwise indicated.

2. In or about March 2004, Mr. Dall'Acqua approached me with the suggestion that he might be able to get me a position with a company for which he was thinking of working.

3. Mr. Dall'Acqua informed me that he would like to have me join him at this new company. He assured me that I could earn more money than Harte-Hanks was paying me. He also stated that he would be the President and CEO of that company, so he would have influence over company decisions, which could work to my benefit in the future. He also said that he had identified others at Harte-Hanks whom he thought could be hired away.

4. I subsequently informed the CEO of Harte-Hanks of Mr. Dall'Acqua's proposal.

5. One other Harte-Hanks employee told me that Mr. Dall'Acqua had approached him about leaving Harte-Hanks, and I have heard that others have been approached.

SIGNED UNDER THE PENALTIES OF PERJURY
ON THIS 9th DAY OF AUGUST, 2004.

*James Davis*

422004.080504

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on 8/9/04.

2