UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No.: 04-11548-DPW |

## DECLARATION OF CHARLES M. HOWARD

I, Charles M. Howard, state, under the penalties of perjury:

1.  I am over the age of 21. The statements in this declaration are made upon my personal knowledge, unless otherwise indicated. I am now, and was in January 2002, the Vice President of Postal Affairs and Special Projects at Harte-Hanks, Inc. I have been with Harte-Hanks for twenty-one years, and I worked for Charles R. Dall'Acqua for eighteen of those years. I work at the Glen Burnie, Maryland office of Harte-Hanks.

2.  On or about January 22, 2002, Elaine Dernoga hand-delivered to me a Confidentiality/Non-Disclosure Agreement for my signature. Upon reading the agreement, I felt that the provision dealing with patents and/or intellectual property rights (¶ 3) was overly-broad.

3.  That same day, I sent an e-mail to Elaine Dernoga and Billie Gray, the Human Resources individuals with whom I had dealt concerning the agreement, outlining my objection. Attached hereto as Exhibit A is a true and correct copy of the e-mail I sent to Mss. Dernoga and

Gray on January 22, 2002.

4. The next day, January 23, 2002, Elaine delivered to me (again by hand) a revised Confidentiality/Non-Disclosure Agreement, containing the changes I had requested in ¶ 3 of that agreement. I signed the agreement and returned the signed document to Elaine.

SIGNED UNDER THE PENALTIES OF PERJURY<br>
THIS 9TH DAY OF AUGUST, 2004.

*Charles M. Howard*
Charles M. Howard

422004.080604

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____

2