UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br> ) | Civil Action No.: 04-11548-DPW |

FILED
Clerk's Office
USDC, Mass.
Date 0*/1*/04
By ___
Deputy Clerk

## SECOND SUPPLEMENTAL DECLARATION OF ELAINE DERNOGA

I, Elaine Dernoga, state, under the penalties of perjury:

1. I am over the age of 21. I submit this declaration to supplement the information provided in my previous (July 7, 2004 and August 9, 2004) declarations. The statements in this supplemental declaration are based on my personal knowledge, unless otherwise indicated.

2. I have conducted some additional review of the files at the Harte-Hanks Glen Burnie, Maryland office since my last declaration, searching for documents, including documents signed by Mr. Dall'Acqua, that might be relevant to this matter.

3. Attached hereto as Exhibit A is a true and correct copy of a four-page document located in the course of this additional search, which is dated 9/26/01 and entitled Confidentiality Agreement - Vendor and Chevron Corporation, and which bears several signatures of Charles Dall'Acqua.

4. Attached hereto as Exhibit B are true and correct copies of seven additional

Confidentiality/Non-Disclosure Agreements located in this additional search, which were signed by seven Harte-Hanks Maryland employees (including myself) between January 22, 2002 and January 25, 2002

        SIGNED UNDER THE PENALTIES OF PERJURY
        THIS 10th DAY OF AUGUST 2004.

_____
Elaine Dernoga

422004.0810