AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS
### EXHIBIT AND WITNESS LIST

Harte Hanks Inc. v. Charles Dall'Acqua

CASE NUMBER: 04-11548-DPW

| | |
|---|---|
| PRESIDING JUDGE | WOODCOCK |
| PLAINTIFF'S ATTORNEY | Chaffin |
| DEFENDANT'S ATTORNEY | Rooney |
| TRIAL DATE(S) | PI 8/11/04; 8/12/04 |
| COURT REPORTER | Owens |
| COURTROOM DEPUTY | Greenberg |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/10/04 | 1 | ✓ | Original of Confid. Agreement in dispute |
| ✓ | | 8/12/04 | 2 | ✓ | e-mail 9/27/01 Platto to Harrison |
| ✓ | | | 3 | ✓ | Package - email 11/6/01 From Platto to Gray, Harrison, etc |
| ✓ | | | 4 | ✓ | e-mail 1/21/02 Harrison to North Re: revision to K |
| ✓ | | | 5 | ✓ | 1/23/02 e-mail Gray to Dernoga (2 emails) |
| ✓ | | | 6 | ✓ | Confidentiality Agreement Bakal (P.) |
| ✓ | | | 7 | ✓ | Performance eval. of Dernoga - package w/ "Thanks" on p.1 |
| ✓ | | | 8 | ✓ | Confd./Nondisclosure K - Hochhauser 1/31/02 |
| ✓ | | | 9 | ✓ | Chart - lining up by date of signatures (various dates) |
| ✓ | | | 10 A-T | | Harte Hanks Records (w/ D's signature) |
| ✓ | | | 10 A | | Enrollment form 11/15/03 |
| ✓ | | | 10 B | | Signatures 7/18/03; 7/19/03 |
| ✓ | | | 10 C | | Current Employee Data Profile 11/17/01 |
| ✓ | | | 10 D | | Flexible Spending Acct Enrollment Form 12/7/01 |
| ✓ | | | 10 E | | Post Com 8/22/01 (FAXED) dated 8/20/01 |
| ✓ | | | 10 F | | Post Com Board Member Mtg Registration Form from Polito |
| ✓ | | | 10 G | | Enrollment/Change Request Aetna US Healthcare faxed 9/4/03 |
| ✓ | | | 10 H | | Form MW 507: Employee's MD withholding Exemption certif. dated 2/6/01 |
| ✓ | | | 10 I | | HHC Holding Inc: Incentive Stock Option Agreement |
| ✓ | | | 10 J | | Non-Qualified Stock Option Agreement (Option #251) Option 199 |
| ✓ | | | 10 K | | Non-Qualified Performance Stock Option Agreement Option #302 |
| ✓ | | | 10 L | | Non-Qualified " Option #1068 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

# United States District Court
## DISTRICT OF MASSACHUSETTS

Harte Hanks INC v. Charles Dall'Acqua et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-11548-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | Chaffin | Rooney |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| P-I 8/12/04 | Owens | Greenberg |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/12/04 | ✓ | M | Non Qualified Performance Stock Option Agreement - OPTION 1214 |
| ✓ | | | ✓ | N | Non Qualified Stock Option Agreement - OPTION 2028 |
| ✓ | | | ✓ | O | "    "    OPTION 2062 |
| ✓ | | | ✓ | P | "    "    OPTION 3038 |
| ✓ | | | ✓ | Q | "    "    OPTION 3485 |
| ✓ | | | ✓ | R | "    "    OPTION Q04659 |
| ✓ | | | ✓ | S | "    "    OPTION 005147 |
| ✓ | ✓ | | ✓ | T | "    "    OPTION 005652 |
| | | | 11 | ✓ | Blow-up of First 2 letters of Option 1214 |
| ✓ | | 8/12/04 | 12 | ✓ | Package of Blow up photos of portions of signature |
| | | | 12 A | | DD (from option 251) |
| | | | 12 B | | E (from Q1) |
| | | | 12 C | | B  "  " |
| | | | 12 D | | I  "  " |
| | | | 12 E | | GGG (from Aetna HC Enrollment) |
| | | | 12 F | | LLL from signature form dated 7/19/03 |
| | | | 12 G | | UU (from OPTION 3038) |
| | | | 12 H | | D (from Q1) |
| | | | 12 I | | FFF (from Aetna H.C.) |
| | | | 12 J | | BB (from OPTION 195) |
| | | | 12 K | | FF (from OPTION 251) |
| | | | 12 L | | EE (from OPTION 251) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

# United States District Court
## DISTRICT OF MASSACHUSETTS

Harte Hanks v Charles Dall'Acava et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-11548-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | Chaffin | Cooney |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| PI 8/12/04 | Owens | Greenberg |

| PLT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/12/04 | ✓ | 12M | OO (from option 1068) |
| ✓ | | 8/12/04 | ✓ | 12N | QQ (from option 1068) |
| ✓ | | | ✓ | 12O | KK (from option 2062) |
| ✓ | | | | 12P | MM (from option 2062) |
| ✓ | | | | 12Q | LL (from option 2062) |
| ✓ | | | | 12R | SS (from option 3038) |

DEFENDANTS' EXHIBITS
SEE PAGE 4

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages ___

# United States District Court
## DISTRICT OF MASSACHUSETTS

Harte Hanks Inc. v. Charles D'Acqua et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-11548-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WOODLOCK | Chaffin | Rooney |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| PI 8/12/04 | Owens | Greenberg |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/12/04 | ✓ | 1 | Schuetzner's list of testimony |
| ✓ | | | ✓ | 2 | ASTM |
| ✓ | | | ✓ | 3 | ORIGINAL checks/signatures relied on by Schuetzner |
| ✓ | | 8/12/04 | ✓ | 4 | enlargement of signature (paper) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages