AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

HARTE-HANKS INC.

V.

CHARLES DALL'ACQUA, ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-11548-DPW

| PRESIDING JUDGE<br>WOODLOCK | PLAINTIFF'S ATTORNEY<br>CHAFFIN | DEFENDANT'S ATTORNEY<br>ROONEY |
|---|---|---|
| TRIAL DATE (S)<br>PI HRG 8/10/04; 8/12/04 | COURT REPORTER<br>OWENS | COURTROOM DEPUTY<br>GREENBERG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **WITNESS LIST** |
| X | | 8/10/04 | | X | ELAINE DERNOGA |
| X | | 8/10/04 | | X | PAUL HACKER |
| X | | 8/12/04 | | X | WILLA J. GRAY |
| | X | 8/12/04 | | X | CHARLES DALL'ACQUA (Taken out of turn) |
| X | | 8/12/04 | | X | CHARLES M. SHURE |
| | X | 8/12/04 | | X | ELLEN MULCRONE SCHUETZNER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Case 1:04-cv-11548-DPW    Document 26    Filed 08/16/2004    Page 2 of 2