UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No.04-11548-DPW |

### DECLARATION OF ALAN T. ROBILLARD

I, Alan T. Robillard, under the penalties of perjury, state:

1. I am over the age of 21. I reside in Massachusetts. The statements made in this declaration are based on my personal knowledge, unless otherwise indicated.

2. I am a Questioned Document Examiner. Attached hereto as Exhibit A is a true and correct copy of my curriculum vitae.

3. On Monday, August 2, 2004, I was contacted by Kathleen Kelley of the law firm of Hare & Chaffin concerning my possible retention on behalf of Harte-Hanks, Inc. This was my first involvement of any sort in this case. I first met with Mr. Chaffin and Ms. Kelley on August 3, 2004.

4. I formed relatively final conclusions with respect to the authenticity of the signature in question on Friday, August 13, 2004. My final conclusions were formed this morning, when I first saw clean copies of certain documents.

5. My opinion is that it is more likely than not that the signature in question is authentic.

6. I have reviewed Ms. Schuetzner's reports and disagree with her conclusion.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 16th DAY OF AUGUST, 2004.

_____
Alan T. Robillard

422004.081504

2