UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.04-11548-DPW |
| | ) | |
| CHARLES R. DALL'ACQUA and | ) | |
| PROTOCOL MARKETING GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE MEMORANDUM
## IN RESPONSE TO COURT'S REQUEST

Plaintiff, Harte-Hanks, Inc., respectfully moves, pursuant to the Court's August 12, 2004 request, for leave to file a Memorandum Regarding the Weight to be Given to Opinion of Handwriting Analyst. The grounds for this motion are as follows.

1.      At the conclusion of the proceedings on August 12, the Court advised counsel for Harte-Hanks that they should be prepared to explain why the Court should not give significant weight to Ms. Schuetzner's testimony.

2.      In response, Harte-Hanks has prepared a brief memorandum (six pages), outlining some of the reasons why Ms. Schuetzner's opinion should be given little weight.

WHEREFORE, Harte-Hanks requests leave to file the accompanying memorandum.

Dated: August 18, 2004                     HARTE-HANKS, INC.,

                                           By its attorneys,


                                           David B. Chaffin
                                           BBO No. 549245
                                           Kathleen A. Kelley
                                           BBO No. 562342
                                           HARE & CHAFFIN
                                           160 Federal Street
                                           Boston, MA 02110
                                           (617) 330-5000

### CERTIFICATION OF CONSULTATION

Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that I have conferred with opposing counsel in an attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

                                           Kathleen A. Kelley


### CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by hand on counsel of record for defendants this 18th day of August, 2004.

                                           Kathleen A. Kelley


422004.0817