```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


HARTE-HANKS, INC.,                )
                                  ) CIVIL ACTION NO.
     Plaintiff,                   ) 04-11548-DPW
                                  )
     v.                           )
                                  )
CHARLES A. DALL'ACQUA             )
PROTOCOL MARKETING GROUP,         )
                                  )
     Defendants.                  )
```

PRELIMINARY INJUNCTION ORDER
August 25, 2004

Pursuant to Fed. R. Civ. P. 65(b), this matter having come before the Court upon the Motion of Plaintiff Harte-Hanks for Preliminary Injunction, and the matter having been duly heard with evidentiary hearings on August 10 and 12, 2004 and oral argument on August 18, 2004, for the reasons set forth in the stenographer's notes of the hearing on August 18, 2004, the Court in its equitable discretion, after consideration of the parties' submissions and their respective contentions concerning the form of this Order, hereby ORDERS in writing (as it directed orally at the August 18, 2004 hearing) that, pending further Order of this Court,:

> Defendants Charles A. Dall'Acqua and Protocol Marketing Group, their officers, agents, servants, employees and all persons in active concert or participation with them who receive actual notice of this preliminary injunction are hereby enjoined for a period not to exceed March 5, 2006 from attempting, directly or through others, to influence any

>    employee of Harte-Hanks to terminate
>    employment with Harte-Hanks and from
>    recruiting any Harte-Hanks employees for any
>    other employment.

And it is FURTHER ORDERED that in light of the limited cost and damage remedy available if this preliminary injunction is determined improvidently entered and the evident capacity of the Plaintiff to pay any conceivable such cost and damage remedy, no security from the Plaintiff is deemed necessary or proper.


/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE