UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 AUG 27  P 5:57

| | |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 CV 11548 DPW |
| ) | |
| CHARLES R. DALL'ACQUA and ) | |
| PROTOCOL MARKETING GROUP, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED PRE-TRIAL SCHEDULE

| | |
|---|---|
| August 26, 2004 - September 15, 2004 | Service of written discovery requests |
| September 10, 2004 | Service of initial disclosures pursuant to Rule 26(a) |
| September 17, 2004 | Service of plaintiff's expert disclosures/reports |
| October 1, 2004 | Service of defendants' expert disclosures/reports |
| October 2, 2004 | Service of responses to written discovery requests, including production of documents (unless sooner required) |
| October 15, 2004 | Service of reply expert disclosures/reports (if any) |
| November 3, 2004 | Completion of non-expert depositions |
| November 24, 2004 | Completion of expert depositions |
| November 30, 2004 | Service of amended and/or supplemental discovery responses |

| | |
|---|---|
| December 2004 | Submission of pre-trial memoranda, motions in limine, proposed instructions, proposed voir dire, witness lists, and exhibit lists (or other materials required by pre-trial order) |
| December 2004 | Final pre-trial conference/trial |

Dated: August 27, 2004

          HARTE-HANKS, INC.,

    By its attorneys,

_____
David B. Chaffin
BBO# 549245
Kathleen A. Kelley
BBO# 562342
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP,

    By their attorneys,

_____
John F. Rooney, III
BBO# 426895
Angela L. Lackard
BBO# 637789
MELICK PORTER & SHEA
28 State Street
Boston, MA 02109-1775
(617) 523-6200

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by first class mail on counsel of record for defendants this 27th day of August, 2004.

_____
David B. Chaffin

422004.082704