**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| HARTE-HANKS, INC., Plaintiff, v. CHARLES R. DALL'ACQUA and PROTOCOL MARKETING GROUP, Defendants. | ) | Civil Action No. 04-11548-DPW |

**DEFENDANTS' DEMAND FOR JURY TRIAL**

The defendants, Charles Dall'Acqua and Protocol Marketing Group, hereby make their demand for a trial by jury.

Dated: September 2, 2004

Respectfully submitted,

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP

By: */s/ John F. Rooney, III*

John F. Rooney III
Angela L. Lackard
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Susan C. Levy
Carla J. Rozycki
Darren M. Mungerson
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Attorneys for Defendants Charles R.
Dall'Acqua and Protocol Marketing Group