COURT
                                                                                                                     OF MASS.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS  2004 SEP 2 P 5: 11

                                                                                                              FILED
                                                                                                           'S OFFICE

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No. 04 CV 11548 DPW |

**PLAINTIFF'S CONFIRMATION OF WAIVER OF JURY TRIAL**

Plaintiff, Harte-Hanks, Inc. ("Harte-Hanks"), by its attorneys, Hare & Chaffin, hereby confirms its waiver of the right to a trial by jury.

Dated: September 1, 2004                                        HARTE-HANKS, INC.,

                                                                                        By its attorneys,

                                                                                        _____
                                                                                        David B. Chaffin
                                                                                        BBO# 549245
                                                                                        Kathleen A. Kelley
                                                                                        BBO # 562342
                                                                                        HARE & CHAFFIN
                                                                                        160 Federal Street
                                                                                        Boston, Massachusetts 02110
                                                                                        (617) 330-5000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9.1.04
_____