UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. ) | Civil Action No. 04 CV 11548 DPW |

### STIPULATION CONCERNING
### CUSTODY OF ORIGINAL EXHIBITS

Plaintiff, Harte-Hanks, Inc., and defendants, Charles R. Dall'Acqua and Protocol Marketing Group (a/k/a Protocol Services, Inc.), stipulate and agree that:

1. Counsel for Harte-Hanks may take possession from the Court of the original exhibits marked during the hearing on August 10 and 12, 2004;

2. Counsel for Harte-Hanks may retain the original exhibits until September 10, 2004, when counsel for Harte-Hanks shall deliver them, by hand, to counsel for Defendants;

3. The parties thereafter shall cooperate to ensure that each party has sufficient access to such exhibits;

4. The parties shall document through correspondence between counsel the chain-of-custody of such documents;

5.   Counsel shall take the utmost care in the handling and use of the original exhibits; and

6.   No destructive testing of the documents shall be performed absent agreement and an Order of the Court.

Dated: September 2, 2004

HARTE-HANKS, INC.,

By its attorneys,

_____
David B. Chaffin
BBO# 549245
Kathleen A. Kelley
BBO# 562342
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP,

By their attorneys,

_____
John F. Rooney, III
BBO# 426895
Angela L. Lackard
BBO# 637789
MELICK PORTER & SHEA
28 State Street
Boston, MA 02109-1775
(617) 523-6200

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/3/04
Karen Gibson

422004.0901