# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-11548-DPW |

## DEFENDANTS' INITIAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

The Defendants, Charles Dall'Acqua and Protocol Marketing Group, by and through counsel, hereby makes their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

**A.   Individuals Likely to have Discoverable Information**

1. Don Aicklen, Harte-Hanks, Cincinnati, OH

2. Joel Bakal, 9795 Savona Winds Drive, Delray Beach, FL

3. Dean Blythe, Harte-Hanks, Inc. (Harte-Hanks), San Antonio, TX

4. Kathy Calta, Harte-Hanks, Glen Burnie, MD

5. Janine Clark, Harte-Hanks, Glen Burnie, MD

6. Patricia Clark, Harte-Hanks, San Antonio, TX

7. Robert Collucci, Harte-Hanks, San Antonio, TX

8. Charles Dall'Acqua, c/o Melick, Porter and Shea, LLP, 28 State Street, Boston, MA

9. Jim Davis, Harte-Hanks, Jacksonville, FL

10. Carolyn DeLuca, Contracts Review, Harte-Hanks, San Antonio, TX

11. Elaine Dernoga, Harte-Hanks, Glen Burnie, MD

12. Larry Franklin, Chairman of the Board, Harte-Hanks, San Antonio, TX

13. Robert Froetscher, Protocol Services, Inc., Deerfield, IL

14. Bill Goldberg, Harte-Hanks, San Antonio, TX

15. Steven Gray, Harte-Hanks, San Antonio, TX

16. Willa Gray, Vice President, Human Resources, Harte-Hanks, Jacksonville, FL

17. Mercuria Griffin, Harte-Hanks, Billerica, MA

18. Paul Steven Hacker, Harte-Hanks, San Antonio, TX

19. Nina Hall, Harte-Hanks, San Antonio, TX

20. Andrew Harrison, Harte-Hanks, San Antonio, TX

21. Frank Harvey, Harte-Hanks, Langhorne, PA

22. Paula Collins Hill, current address unknown

23. Richard Hochhauser, CEO, Harte-Hanks, San Antonio, TX

24. Charles Howard, Vice President of Postal Affairs, Harte-Hanks, San Antonio, TX

25. Jessica Huff, Harte-Hanks, San Antonio, TX

26. Spencer Joyner, Harte-Hanks, Billerica, MA

27. Kevin Kerner, Harte-Hanks, Austin, TX

28. Jacques Kerrest, current address unknown

29. Ken Lambert, Harte-Hanks, Wauchula, FL

30. Engly Lator, current address unknown

31. Fred Leary, Harte-Hanks, San Antonio, TX

32. David Lobley, Harte-Hanks, San Antonio, TX

33. John Martus, Protocol Marketing Group, Deerfield, IL.

34. Robert Mason, Harte-Hanks Direct Marketing, Kansas City, MO

35. Christopher Nedherny, Spencer Stuart, 401 N. Michigan Ave., Ste. 3400, Chicago, IL

36. Sarah North, Platto Law Firm, 8 Beaver Meadow Road, Norwich, VT

37. Carolyn Oatman, Harte-Hanks, San Antonio, TX

38. Lico Ortiz, Harte-Hanks, San Antonio, TX

39. Charles Platto, Platto Law Firm, 8 Beaver Meadow Road, Norwich, VT

40. Karen Ravas, current address unknown

41. Christian Regan, Harte-Hanks, San Antonio, TX

42. Jeffrey Romans, Harte-Hanks, Baltimore, MD

43. David Schultz, Harte-Hanks, San Antonio, TX

44. Richard Schwartz, Harte-Hanks, San Antonio, TX

45. Gary Skidmore, Harte-Hanks, Austin, TX

46. Avy Stein, Willis Stein & Partners, One North Wacker Dr., Ste. 4800, Chicago, IL

47. Gilbert Stenholm, Spencer Stewart, 401 N. Michigan Ave., Ste. 3400, Chicago, IL

48. Kevin Sweeney, Harte-Hanks, San Antonio, TX

49. Terry Sykes, Harte-Hanks, San Antonio, TX

50. Tann Tueller, Harte-Hanks, Austin, TX

51. Susan Ward, current address unknown

52. Johanna White, Harte-Hanks, San Antonio, TX

The Defendants incorporate by reference all individuals identified or listed in Plaintiff's Answers to Defendants' Interrogatories or Responses to Requests for Production of Documents

and all individuals identified or listed in Plaintiff's Rule 26 disclosure. The Defendants also reserve their right to timely supplement this disclosure.

**B.    Relevant Documents and Tangible Items**

1. Original non-compete agreement purportedly signed by Defendant Dall'Acqua on January 25, 2002. (Plaintiff's Exhibit 1)[1]

2. E-mail from Harrison to North, 9/27/01 (Plaintiff's Exhibit 2)

3. E-mail from Platto to North, Harrison, et al., 11/6/01 (Plaintiff's Exhibit 3)

4. E-mail re: revision to confidentiality agreement, 1/21/02 (Plaintiff's Exhibit 4)

5. E-mail from Gray to Dernoga, 1/22/02 (Plaintiff's Exhibit 5)

6. Bakal Confidentiality Agreement (Plaintiff's Exhibit 6)

7. Performance evaluation package re: Dernoga (Plaintiff's Exhibit 7)

    a. 1/96 "Thank-Q" to Dernoga from Dall'Acqua

    b. 2/10/97 Dernoga performance review (1996)

    c. 1/26/98 Dernoga performance review (1997)

    d. 3/7/00 Dernoga performance review (1999)

    e. E-mail from Dernoga to Dall'Acqua

    f. E-mail from Dall'Acqua to Dernoga

    g. E-mail from Dall'Acqua to Dernoga

8. Non-solicitation agreement signed by Hochhauser (Plaintiff's Exhibit 8)

9. Handwriting samples from Harte-Hanks records (Plaintiff's Exhibits 10A-T)

    a. Harte-Hanks enrollment form 11/15/03

    b. Signatures 7/18/03; 7/19/03

---

[1] All references to exhibits in this disclosure were marked as evidence at the preliminary injunction hearing on August 10, 12 or 18, 2004.

    c. Current employee data profile 11/17/01

    d. Harte-Hanks Direct Marketing, Flexible Spending Account 12/7/02

    e. PostCom Memo 8/22/01

    f. PostCom Board meeting, registration form

    g. Aetna Enrollment 12/6/01

    h. Form MW 507: Employee's MD withholding exemption certificate

    i. HHC Holding Inc., Option 199, 1998

    j. Option 251, Non-qualified stock option 7/14/99

    k. Option 302, 1/2/91

    l. Option 1068, 1/3/93

    m. Option 1214, 1/7/98

    n. Option 2028, 1/2/92

    o. Option 2062

    p. Option 3038

    q. Option 3485

    r. Option 004659

    s. Option 005147

    t. Option 005652

10. Scheutzer's list of past testimony (Defense Exhibit 1)

11. ASTM Standards (Defense Exhibit 2)

12. Original checks/signatures relied on by Scheutzer (Defense Exhibit 3)

13. Enlargement of signature (paper) (Defense Exhibit 4)

14. All documents attached to Declaration, Supplemental Declaration and Second

    Supplemental Declarations by Elaine Dernoga.

15. Transcripts from the Preliminary Injunction hearings, August 10, 12, & 18, 2004.

16. Confidentiality agreement signed by Charles Howard, to be produced.

17. Map of Baltimore-Washington International Airport, to be produced.

18. Additional writing samples from Defendant Dall'Acqua, to be produced.

19. Organizational chart of Harte-Hanks Direct Marketing group circa December, 2003, in possession of Defendant Dall'Acqua.

20. Documents in support of Defendant Dall'Acqua's travel itinerary between January 20-26, 2002, to be produced.

21. Documents in support of Defendant Dall'Acqua's contacts, correspondence and meetings with "headhunter" firms, to be produced.

22. All documents that support claims made in Affidavit of Robert Froetscher, to be produced.

23. All documents which support Defendant Dall'Acqua's interaction with Protocol Services up to and including his date of hire, to be produced.

    The Defendants also incorporate by reference any and all documents produced in Plaintiff's Response to Defendants' Request for Production of Documents which may be discoverable and all documents identified or listed in Plaintiff's Rule 26 disclosure. The Defendants also reserve their right to timely supplement this disclosure.

**C.**    **Damages Computation**

    Not applicable to the Defendants.

**D.**    **Insurance**

    Not applicable to the Defendants.

Respectfully submitted,

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP


By:___*/s/ John F. Rooney, III*_____
John F. Rooney III
Angela L. Lackard
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109
(617) 523-6200

Susan C. Levy
Carla J. Rozycki
Darren M. Mungerson
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, IL  60611
(312) 222-9350

Attorneys for Defendants Charles R. Dall'Acqua
and Protocol Marketing Group.