UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No. 04 CV 11548 DPW |

**EMERGENCY JOINT MOTION FOR MODIFICATION OF PRE-TRIAL
SCHEDULE TO FACILITATE SETTLEMENT DISCUSSIONS**

Plaintiff, Harte-Hanks, Inc., and defendants, Charles R. Dall'Acqua and Protocol Marketing Group, jointly move for a 30-day postponement of each deadline and date of the Pre-trial Schedule. The ground for this motion is that the parties initiated settlement discussions last week, and a 30-day standstill will facilitate the negotiations and, if a settlement is reached, will conserve party resources.

This motion is brought on an emergency basis because deadlines that require substantial and expensive efforts are looming.

WHEREFORE, the parties jointly request that the Court postpone each deadline and date of the Pre-trial Schedule by 30 days.

Dated: September 27, 2004

HARTE-HANKS, INC.,

By its attorneys,

s/David B. Chaffin
David B. Chaffin
BBO# 549245
Kathleen A. Kelley
BBO # 562342
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP,

By their attorneys,

s/John F. Rooney III
John F. Rooney, III
BBO# 426895
Angela L. Lackard
BBO# 637789
MELICK PORTER & SHEA
28 State Street
Boston, MA 02109-1775
(617) 523-6200

422004.0927