**DEFENDANTS'
EXHIBIT A**

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen
Cheryl Mancuso
Kerry D. Florio
Paul T. Tetrault
Jessica M. Farrelly *(FL)

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

October 15, 2004

**BY FAX & MAIL**

Mr. David B. Chaffin
HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110-1701

Re: *Harte-Hanks, Inc. V. Protocol Marketing Group and Charles Dall'Acqua*
Civil Action No. 04-CV-11548

Dear Attorney Chaffin:

This letter serves as our documentation of the chain-of-custody of the original exhibits in this matter, as agreed under the Stipulation Concerning Custody of Original Exhibits, filed with the court on September 3, 2004.

| | | |
|---|---|---|
| September 10, 2004 | - | Original exhibits received by Melick, Porter & Shea via hand delivery from Hare & Chaffin. |
| September 10, 2004 | - | Original exhibits sent via overnight courier to defendants' expert witness, Ellen M. Schuetzner, Chicago, Illinois. |
| September 11, 2004 | - | Original exhibits received by Ms. Schuetzner. |
| September 20, 2004 | - | Original exhibits sent via overnight courier to defendants' expert witness, Peter Tytell, New York, New York. |
| September 21, 2004 | - | Original exhibits received by Mr. Tytell. |

The documents are currently in the possession of Mr. Tytell. Consistent with the stipulation, all parties related to the defendants have used the

MELICK, PORTER & SHEA, LLP

Mr. David B. Chaffin
October 15, 2004
Page 2

utmost care in the handling and use of the original exhibits. Furthermore, no destructive testing of the documents has been performed.

Thank you for your attention to this matter.

Very truly yours

John F. Rooney, III
Angela L. Lackard

cc: Daniel J. Winters