```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * * * *
 HARTE-HANKS, INC.          *
                            *
      Plaintiffs,           *
                            *
 v.                         *     CIVIL ACTION NO: 04-11548
                            *
 CHARLES R. DALL'ACQUA and  *
 PROTOCOL MARKETING GROUP   *
                            *
      Defendants,           *
                            *
* * * * * * * * * * * * * * *
```

**NOTICE OF APPEARANCE**

    Please enter my appearance as counsel for the defendants, Charles R. Dall'Acqua and Protocol Marketing Group in the above-entitled action.

                                      Respectfully submitted,
                                      Defendants,
                                      by their attorney,


                                      /s/ Matthew Grygorcewicz
                                    Matthew Grygorcewicz
                                    BBO# 655771
                                    MELICK, PORTER & SHEA, LLP
                                    28 State Street
                                    Boston, MA  02109-1775
                                    (617) 523-6200


Dated: October 15, 2004