## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **HARTE-HANKS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. 04-11548-DPW** |
| | ) | |
| **CHARLES R. DALL'ACQUA and** | ) | |
| **PROTOCOL MARKETING GROUP,** | ) | |
| | ) | |
| **Defendants.** | ) | |


### DECLARATION OF ROBERT C. FROETSCHER

Robert C. Froetscher, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am the Chairman of the Board of Protocol Services, Inc.  I have held this position since December 2003.

2.    Protocol Marketing Group is a "doing business as" name for Protocol Services, Inc.  In early 2003, Protocol Services began utilizing the trade name "Protocol Marketing Group" in connection with its operating activities.  In early 2003, Protocol Services applied to the United States Patent and Trademark Office to obtain trademark registration for "Protocol Marketing Group" and/or variations thereof.

3.    Protocol Services is a privately-held business corporation of the State of Delaware.  Protocol Services was incorporated in Delaware in approximately May 1998.  It has remained a Delaware corporation since that time.  In particular, in July 2004, at the time Harte-Hanks' complaint was filed, Protocol was a Delaware corporation.  (See Delaware Secretary of State Gateway print-out (attached as Exhibit B to defendants' motion to dismiss).)

4.    Protocol Services' headquarters and principal place of business are in Deerfield, Illinois.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of October, 2004.

Document No. 1170279