

# Delaware Secretary of State Gateway

This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

Source Info

## Detail Information

Date/Time of Results: 10-22-2004 at 11:44

File Number: 2895736    Name Type: Delaware Company    Stock Co Flag: Stock Company
Name: PROTOCOL SERVICES, INC.
Kind: Corporation General    Status: Good Standing as of 05-13-1998    Tax Type: A/R Filing Required
Residency: Domestic    State of Incorp: DE    Country: US
Original Country:    Incorp/Qualify Date: 05-13-1998    Foreign Incorporation Date:
Proclamation Date:    Renewal Date:    Expiration Date:
Bankruptcy Status:    Bankruptcy Date:    State:
Case Number:    Merged To:    State:
Federal ID:    Quarterly Filing?:    Last Annual Report: 2003
Registered Agent: 9000010    Registered Agent County: New Castle
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER    Phone: 302-658-7581
1209 ORANGE STREET
WILMINGTON , DE19801    Fax: 302-655-5049

### Stock Information:

Amendment Number: 000    Effective Date: 05-13-1998    Effective Time: 09:00

| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
|---|---|---|---|---|---|
| 1 | COMMON | | | | .001000 |

### Filing History:

| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2003 | 0250S | Merger; Survivor | 3 | | 12-31-2003 | 14:07 | 12-31-2003 | | | OWNERSHIP |
| 2 | 2003 | 0250S | Merger; Survivor | 3 | | 12-29-2003 | 14:06 | 12-31-2003 | | | OWNERSHIP |
| 3 | 2003 | 0250S | Merger; Survivor | 2 | | 12-29-2003 | 14:05 | 12-31-2003 | | | OWNERSHIP |
| 4 | 2003 | 0250S | Merger; Survivor | 2 | | 12-29-2003 | 14:04 | 01-01-2004 | | | OWNERSHIP |
| 5 | 2003 | 0250S | Merger; Survivor | 3 | | 12-29-2003 | 14:03 | 01-01-2004 | | | OWNERSHIP |

### Tax Info:

As Of Date: 10-22-2004    Tax Balance: .00

| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
|---|---|---|---|---|---|---|---|

| Year | | | | | | | |
|------|------:|------:|----:|----:|----:|------:|----:|
| 2004 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 2003 | 25.00 | 35.00 | .00 | .00 | .00 | 60.00 | .00 |
| 2002 | 20.00 | 30.00 | .00 | .00 | .00 | 50.00 | .00 |

Go Back

Go Back to Search

About LexisNexis  |  Terms and Conditions
Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Delaware graphic courtesy of The General Libraries, The University of Texas at Austin.