# EMPLOYMENT AGREEMENT

EMPLOYMENT AGREEMENT (the "Agreement"), dated as of March 25, 2004, by and between PROTOCOL SERVICES, INC., a Delaware corporation (the "Company"), and CHARLES DALL'ACQUA (the "Executive").

## WITNESSETH:

WHEREAS the Company desires to induce the Executive to enter into employment with the Company for the period provided in this Agreement, and the Executive is willing to accept such employment with the Company on a full-time basis, all in accordance with the terms and conditions set forth below;

NOW, THEREFORE, for and in consideration of the premises hereof and the mutual covenants contained herein, the parties hereto hereby covenant and agree as follows:

1. *Employment.* (a) The Company hereby employs the Executive, and the Executive hereby accepts such employment with the Company, for the period set forth in Section 2 hereof, all upon the terms and subject to the conditions hereinafter set forth.

   (b) The Executive affirms and represents that he is under no obligation to any former employer or other party that is in any way inconsistent with, or that imposes any restriction upon, the Executive's acceptance of employment hereunder with the Company, the employment of the Executive by the Company, or the Executive's undertakings under this Agreement.

## REDACTED

IN WITNESS WHEREOF, the Company and the Executive have duly executed and delivered this Agreement as of the day and year first above written.

PROTOCOL SERVICES, INC.

By: _____
Name: Robert C. Frisch
Title: Chairman

_____
Charles Dall'Acqua

CONFIDENTIAL

WS 0283