**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I, Matthew Grygorcewicz, counsel for the Defendants in the above matter, hereby certify pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts that, on October 25, 2004, I conferred with Kathleen Kelley, counsel for the plaintiff, Harte-Hanks, Inc., in a good faith effort to resolve or narrow the issues regarding the attached Motion to Dismiss.  Plaintiff's counsel has no objection to the filing of said motions.

Dated: October 25, 2004

Respectfully submitted,

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP

By:   */s/ Matthew Grygorcewicz*
     John F. Rooney III
     Angela L. Lackard
     Matthew Grygorcewicz
     MELICK, PORTER & SHEA, LLP
     28 State Street
     Boston, MA  02109
     (617) 523-6200

     Susan C. Levy
     Daniel J. Winters
     Darren M. Mungerson
     JENNER & BLOCK, LLP
     One IBM Plaza
     Chicago, IL  60611
     (312) 222-9350

     Attorneys for Defendants
     Charles R. Dall'Acqua and Protocol
     Marketing Group