**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

       I, Angela L. Lackard, counsel for the Defendants in the above matter, hereby certify pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts that, on October 29, 2004, I conferred with Kathleen Kelley, counsel for the plaintiff, Harte-Hanks, Inc., in a good faith effort to resolve or narrow the issues regarding the attached Emergency Motion to Stay Discovery.

Dated: October 29, 2004               Respectfully submitted,

                                             CHARLES R. DALL'ACQUA and
                                             PROTOCOL MARKETING GROUP

                                       By:   */s/ Angela L. Lackard*
                                             John F. Rooney III
                                             Angela L. Lackard
                                             MELICK, PORTER & SHEA, LLP
                                             28 State Street
                                             Boston, MA  02109
                                             (617) 523-6200

                                             Susan C. Levy
                                             Daniel J. Winters
                                             Darren M. Mungerson
                                             JENNER & BLOCK, LLP
                                             One IBM Plaza
                                             Chicago, IL  60611
                                             (312) 222-9350

                                             Attorneys for Defendants
                                             Charles R. Dall'Acqua and Protocol
                                             Marketing Group