UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No.  04-11548-DPW |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO STAY DISCOVERY PENDING RESOLUTION OF PENDING RULE 12(H)(3) MOTION TO DISMISS**

Pursuant to U.S. District Court Local Rule 7.1(B)(3), the defendants request leave to file a brief memorandum in reply to the plaintiff's opposition to defendants' Emergency Motion to Stay Discovery Pending Resolution of Pending Rule 12(H)(3) Motion to Dismiss.  As grounds for this motion, the defendant states that a short reply memorandum is necessary to respond to issues raised in the plaintiff's opposition.  A copy of the proposed reply memorandum is attached herewith, for filing in the event that this request is granted.

Dated: November 3, 2004  Respectfully submitted,

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP

By: __/s/ John F. Rooney, III_____
    John F. Rooney III
    Angela L. Lackard
    MELICK, PORTER & SHEA, LLP
    28 State Street
    Boston, MA  02109
    (617) 523-6200

    Susan C. Levy
    Daniel J. Winters
    JENNER & BLOCK, LLP
    One IBM Plaza
    Chicago, IL  60611
    (312) 222-9350

    Attorneys for Defendants
    Charles R. Dall'Acqua and Protocol
    Marketing Group