# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Angela L. Lackard, counsel for the Defendants in the above matter, hereby certify pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts that, on November 3, 2004, I conferred with David Chaffin, counsel for the plaintiff, Harte-Hanks, Inc., in a good faith effort to resolve or narrow the issues regarding the attached Motion for Leave to File Reply Memorandum to Plaintiff's Opposition to Defendants' Emergency Motion to Stay Discovery Pending Resolution of Pending Rule 12(H)(3) Motion To Dismiss. Plaintiff's counsel is not opposed to the filing of this motion.

Dated: November 3, 2004

Respectfully submitted,

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP

By: /s/ Angela L. Lackard
John F. Rooney III
Angela L. Lackard
Matthew Grygorcewicz
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Susan C. Levy
Daniel J. Winters
Darren M. Mungerson
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Attorneys for Defendants
Charles R. Dall'Acqua and Protocol
Marketing Group