UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No. 04 CV 11548 DPW |

## MOTION TO COMPEL AND FOR
## MODIFICATION OF PRE-TRIAL SCHEDULE

Plaintiff, Harte-Hanks, Inc., respectfully moves the Court (1) to compel defendant Dall'Acqua to respond immediately to Harte-Hanks's written discovery requests of him, **without objection**, and (2) to modify the pre-trial schedule based on the delay associated with the anticipated dismissal of Protocol, Inc. The ground for this motion are set forth in the accompanying memorandum of reasons.

### REQUEST FOR ORAL ARGUMENT

Harte-Hanks respectfully requests oral argument on this motion.

Dated: November 4, 2004                              HARTE-HANKS, INC.,

                                                     By its Attorneys,


                                                     s/David B. Chaffin
                                                     David B. Chaffin
                                                     BBO No. 549245
                                                     Kathleen A. Kelley
                                                     BBO No. 562342
                                                     HARE & CHAFFIN
                                                     160 Federal Street
                                                     Boston, MA 02110
                                                     (617) 330-5000


## CERTIFICATE PURSUANT TO LOCAL RULES 7.1 AND 37.1

I certify that on November 3, 2004, I conferred with Angela Lackard, Esq., co-counsel for defendants concerning defendants' refusal to provide discovery. Ms. Lackard confirmed that defendants' position is that they will not respond to Harte-Hanks' discovery requests until the Court rules on defendants' pending motions. The conference as to this subject was brief.


                                                     s/David B. Chaffin


422004.1104