UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04 CV 11548 DPW |
| | ) | |
| CHARLES R. DALL'ACQUA and PROTOCOL MARKETING GROUP, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL AND TO MODIFY PRE-TRIAL SCHEDULE**

Plaintiff, Harte-Hanks, Inc. ("Harte-Hanks"), respectfully moves, pursuant to Local Rule 7.1 (B)(3), for leave to file the accompanying supplemental memorandum in support of its motion to compel and to modify the pre-trial schedule. The ground for this motion is that an exchange of correspondence between counsel that occurred today underscores the need for the requested relief, and the supplemental memorandum describes this exchange of correspondence. The supplemental memorandum therefore will assist the Court in its consideration of the motion.

WHEREFORE, Harte-Hanks respectfully requests leave to file the accompanying supplemental memorandum.

Dated: November 5, 2004

Respectfully submitted,

HARTE-HANKS, INC.,

By its attorneys,

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

**CERTIFICATION OF CONSULTATION**

Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that counsel have conferred and counsel for defendant do not oppose this motion.

s/David B. Chaffin

422003.1105