UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  04-11548-DPW |
| v. ) | |
| ) | |
| CHARLES R. DALL'ACQUA and ) | |
| PROTOCOL MARKETING GROUP, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR LEAVE TO APPEAR AND
PRACTICE PRO HAC VICE ON BEHALF OF DEFENDANTS**

The undersigned counsel for Defendants Charles Dall'Acqua and Protocol Marketing Group ("Defendants"), who are members of the Bar of this Court, respectfully request that the Court admit, pursuant to Local Rule 83.5.3(b), Susan C. Levy, Daniel J. Winters and Darren M. Mungerson, Jenner and Block, LLP, One IBM Plaza, Chicago, Illinois 60611-7603, for the limited purpose of appearing and participating in the above-captioned case as counsel for Defendants.

Ms. Levy (Illinois Bar No. 6182580), Mr. Winters (Illinois Bar No. 6210431) and Mr. Mungerson (Illinois Bar No. 6256434) are members in good standing of the Bars of the State of Illinois and the United States District Courts for the Northern District of Illinois.  Ms. Levy, Mr. Winters and Mr. Mungerson regularly represent Defendants in employment litigation matters.  In addition, Ms. Levy, Mr. Winters and Mr. Mungerson are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

For the foregoing reasons, the undersigned counsel for Defendants request that Ms. Levy, Mr. Winters and Mr. Mungerson be admitted pursuant to Local Rule 83.5.3(b) for the limited purpose of appearing and participating in this case as counsel for Defendants.

Dated: November 8, 2004                    Respectfully submitted,

                                                  CHARLES R. DALL'ACQUA and
                                                  PROTOCOL MARKETING GROUP

                                                  By:  */s/ John F. Rooney, III*
                                                        John F. Rooney III
                                                        Angela L. Lackard
                                                        MELICK, PORTER & SHEA, LLP
                                                        28 State Street
                                                        Boston, MA  02109
                                                        (617) 523-6200

                                                        Susan C. Levy
                                                        Daniel J. Winters
                                                        Darren M. Mungerson
                                                        JENNER & BLOCK, LLP
                                                        One IBM Plaza
                                                        Chicago, IL  60611
                                                        (312) 222-9350

                                                        Attorneys for Defendants
                                                        Charles R. Dall'Acqua and Protocol
                                                        Marketing Group

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-11548-DPW |
| v. ) | |
| ) | |
| CHARLES R. DALL'ACQUA and ) | |
| PROTOCOL MARKETING GROUP, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SUSAN C. LEVY
### IN SUPPORT OF ADMISSION PRO HAC VICE

STATE OF ILLINOIS

COOK COUNTY

Susan C. Levy, being first duly sworn, deposes and says as follows:

1. My name is Susan C. Levy. I am over the age of eighteen (18) years and am fully competent to make this Affidavit.

2. I am a member of the law firm of JENNER AND BLOCK, LLP, One IBM Plaza, Chicago, Illinois 60611-7603, (312) 222-9350.

3. The resident attorney of the State of Massachusetts with whom I am associated in this cause of action is John F. Rooney, III, MELICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts 02109, (617) 523-6200.

4. I am a member in good standing of the bar of the State of Illinois (Illinois Bar No. 6182580). I am also admitted to practice and in good standing before the United States District Court, Northern District of Illinois, including the Trial Bar; the United States District Court,

Western District of Michigan; and the U.S. Court of Appeals, Seventh Circuit, Eighth Circuit, and the Federal Circuit.

5.   I have never been the subject of any disciplinary action by the Bar of the State of Illinois, nor any other court before which I have been admitted.

6.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and I will, at all times, abide by and comply with the Rules of the Bar during the pendency of this action.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct, signed this 23 day of September 2004.

_____
Susan C. Levy

Then personally appeared Susan C. Levy who is known to me and acknowledged his signature and the execution of the foregoing as his free act and deed.

_____
Notary Public
My commission expires: 9/29/07

"OFFICIAL SEAL"
TONI L. CARRANO
Notary Public, State of Illinois
My Commission Expires Sept. 29, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-11548-DPW |

### AFFIDAVIT OF DANIEL J. WINTERS
### IN SUPPORT OF ADMISSION PRO HAC VICE

STATE OF ILLINOIS

COOK COUNTY

Daniel J. Winters, being first duly sworn, deposes and says as follows:

1. My name is Daniel J. Winters. I am over the age of eighteen (18) years and am fully competent to make this Affidavit.

2. I am a partner in the law firm of JENNER AND BLOCK LLP, One IBM Plaza, Chicago, Illinois 60611-7603, (312) 222-9350.

3. The resident attorney of the State of Massachusetts with whom I am associated in this cause of action is John F. Rooney, III, MELICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts 02109, (617) 523-6200.

4. I am a member in good standing of the bar of the State of Illinois (Illinois Bar No. 6210431). I am also admitted to practice and in good standing before the United States District Court for the Northern District of Illinois; the United States District Court for the District

of Arizona; the United States District Court for the Western District of Michigan; the United States District Court for the Eastern District of Michigan; and the United States Court of Appeals for the Eleventh Circuit.

5.  I have never been the subject of any disciplinary action by the Bar of the State of Illinois, nor any other court before which I have been admitted.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and I will, at all times, abide by and comply with the Rules of the Bar during the pendency of this action.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct, signed this 22 day of September 2004.

_____
Daniel J. Winters

Then personally appeared Daniel J. Winters who is known to me and acknowledged his signature and the execution of the foregoing as his free act and deed.

_____
Notary Public
My commission expires: 09-30-2006

"OFFICIAL SEAL"
SUSAN CIHLAR
Notary Public, State of Illinois
My Commission Expires Sept. 30, 2006

Document No. 1156130

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-11548-DPW |

**AFFIDAVIT OF DARREN M. MUNGERSON
IN SUPPORT OF ADMISSION PRO HAC VICE**

STATE OF ILLINOIS

COOK COUNTY

Darren M. Mungerson, being first duly sworn, deposes and says as follows:

1. My name is Darren M. Mungerson. I am over the age of eighteen (18) years and am fully competent to make this Affidavit.

2. I am a member of the law firm of JENNER AND BLOCK, LLP, One IBM Plaza, Chicago, Illinois 60611-7603, (312) 222-9350.

3. The resident attorney of the State of Massachusetts with whom I am associated in this cause of action is John F. Rooney, III, MELICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts 02109, (617) 523-6200.

4. I am a member in good standing of the bar of the State of Illinois (Illinois Bar No. 6256434). I am also admitted to practice and in good standing before the United States District Court for the Northern, Central and Southern Districts of Illinois.

5.   I have never been the subject of any disciplinary action by the Bar of the State of Illinois, nor any other court before which I have been admitted.

6.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and I will, at all times, abide by and comply with the Rules of the Bar during the pendency of this action.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct, signed this 1st day of November 2004.

*Darren M. Mungerson*
Darren M. Mungerson

Then personally appeared Darren M. Mungerson who is known to me and acknowledged his signature and the execution of the foregoing as his free act and deed.

*Lynne B Braver*
Notary Public
My commission expires: _____

"OFFICIAL SEAL"
LYNNE B. BRAVER
Notary Public, State of Illinois
My Commission Expires January 2, 2005

# **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Matthew Grygorcewicz, counsel for the Defendants in the above matter, hereby certify pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts that, on November 8, 2004, I conferred with David Chaffin, counsel for the plaintiff, Harte-Hanks, Inc., in a good faith effort to resolve or narrow the issues regarding the attached Motion for Leave to Appear and Practice Pro Hac Vice on Behalf of Defenadants. Plaintiff does not oppose the filing of this motion.

Dated: November 8, 2004                     Respectfully submitted,

                                            CHARLES R. DALL'ACQUA and
                                            PROTOCOL MARKETING GROUP

                                            By:   */s/ Matthew Grygorcewicz*
                                                  John F. Rooney III
                                                  Angela L. Lackard
                                                  Matthew Grygorcewicz
                                                  MELICK, PORTER & SHEA, LLP
                                                  28 State Street
                                                  Boston, MA  02109
                                                  (617) 523-6200

                                                  Susan C. Levy
                                                  Daniel J. Winters
                                                  Darren M. Mungerson
                                                  JENNER & BLOCK, LLP
                                                  One IBM Plaza
                                                  Chicago, IL  60611
                                                  (312) 222-9350

                                                  Attorneys for Defendants
                                                  Charles R. Dall'Acqua and Protocol
                                                  Marketing Group