UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES R. DALL'ACQUA and ) <br> PROTOCOL MARKETING GROUP, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.  04-11548-DPW |

### ASSENTED-TO EMERGENCY MOTION FOR MODIFICATION OF TIME TO PRODUCE DEFENDANTS' EXPERT REPORT CONCERNING DAMAGES

The defendants, Charles Dall'Acqua and Protocol Services, Inc., respectfully move this Honorable Court, with the plaintiff's assent, to modify the deadline for submission of the defendants' expert report on damages, allowing for an extension until December 3, 2004.  In support of this emergency motion, the defendants state as follows:

The defendants are currently required to serve their expert report on damages by November 16, 2004.  Their expert, Mary Baker, will be unable to complete her report by this date.  Ms. Baker requires additional time to rebut the damages report of the plaintiff's expert, Elizabeth Becker, which was supplied to the defendants on November 2, 2004.

Under the original pre-trial schedule, all non-expert depositions were to have been completed by November 3, 2004 and all expert depositions were to have been completed by November 24, 2004.  Not a single deposition of experts or non-experts, however, has taken place in this matter.  Therefore, no party will be prejudiced by allowing the extension of time to file the defendants' expert report.  Allowing an extension until December 3, 2004 will not delay the case

any further and the plaintiffs will have the defendants' expert report well in advance of her deposition. The plaintiff assents to this motion.

WHEREFORE, the defendants' respectfully request that this Honorable Court modify the deadline for submission of the defendants' damages expert's report, allowing for an extension until December 3, 2004.

Dated: November 12, 2004                    Respectfully submitted,

                                            CHARLES R. DALL'ACQUA and
                                            PROTOCOL MARKETING GROUP

                                            By:    */s/ John F. Rooney, III*
                                                   John F. Rooney III
                                                   Angela L. Lackard
                                                   MELICK, PORTER & SHEA, LLP
                                                   28 State Street
                                                   Boston, MA  02109
                                                   (617) 523-6200

                                                   Susan C. Levy
                                                   Daniel J. Winters
                                                   JENNER & BLOCK, LLP
                                                   One IBM Plaza
                                                   Chicago, IL  60611
                                                   (312) 222-9350

                                                   Attorneys for Defendants
                                                   Charles R. Dall'Acqua and Protocol
                                                   Marketing Group