UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-11548-DPW |
| v. ) | |
| ) | |
| CHARLES R. DALL'ACQUA and ) | |
| PROTOCOL MARKETING GROUP, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### SUBSTITUTED ASSENTED-TO EMERGENCY MOTION FOR MODIFICATION OF TIME TO PRODUCE DEFENDANTS' EXPERT REPORT CONCERNING DAMAGES

The defendants, Charles Dall'Acqua and Protocol Services, Inc., respectfully move this Honorable Court to modify the deadline for submission of the defendants' expert report on damages, allowing for an extension until December 3, 2004. (This motion is a substitute and corrects the defendant's motion filed on November 12, 2004.) In support of this emergency motion, the defendants state as follows:

The defendants are currently required to serve their expert report on damages by November 16, 2004. Their expert, Mary Baker, will be unable to complete her report by this date. Ms. Baker requires additional time to rebut the damages report of the plaintiff's expert, Elizabeth Becker, which was supplied to the defendants on November 2, 2004.

Under the original pre-trial schedule, all non-expert depositions were to have been completed by November 3, 2004 and all expert depositions were to have been completed by November 24, 2004. Not a single deposition of experts or non-experts, however, has taken place in this matter. Therefore, no party will be prejudiced by allowing the extension of time to file the defendants' expert report. Allowing an extension until December 3, 2004 will not delay the case

any further and the plaintiff will have the defendants' expert report well in advance of her deposition.

Plaintiff assents to this motion only on the condition that the relief sought is mutual, extending the deadline in place for the submission of the reply/rebuttal reports of the plaintiff's handwriting experts (November 15, 2004), and making those rebuttal reports also due on December 3, 2004.  In addition, the parties agree that, should the court grant the defendants' motion, the deadline for the plaintiff's reply expert disclosures/reports would be extended until December 17, 2004.

WHEREFORE, the defendants respectfully request that this Honorable Court modify the deadline for submission of the defendants' expert report on damages, allowing for an extension until December 3, 2004.

Dated: November 15, 2004            Respectfully submitted,

                                    CHARLES R. DALL'ACQUA and
                                    PROTOCOL MARKETING GROUP

                                    By:     /s/ John F. Rooney, III
                                        John F. Rooney III
                                        Angela L. Lackard
                                        MELICK, PORTER & SHEA, LLP
                                        28 State Street
                                        Boston, MA  02109
                                        (617) 523-6200

                                        Susan C. Levy
                                        Daniel J. Winters
                                        JENNER & BLOCK, LLP
                                        One IBM Plaza
                                        Chicago, IL  60611
                                        (312) 222-9350

                                        Attorneys for Defendants
                                        Charles R. Dall'Acqua and Protocol
                                        Marketing Group