UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-11548-DPW |
| v. ) | |
| ) | |
| CHARLES R. DALL'ACQUA and ) | |
| PROTOCOL MARKETING GROUP, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**

Pursuant to U.S. District Court Local Rule 7.1(B)(3), the defendants request leave to file a brief memorandum in reply to the plaintiff's opposition to defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction. As grounds for this motion, the defendants state that a short reply memorandum is necessary to respond to issues raised in the plaintiff's opposition. A copy of the proposed reply memorandum is attached herewith, for filing in the event that this request is granted.

Dated: November 15, 2004          Respectfully submitted,

                                                          CHARLES R. DALL'ACQUA and
                                                        PROTOCOL MARKETING GROUP

                                                        By:  */s/ John F. Rooney, III*
                                                              John F. Rooney III
                                                              Angela L. Lackard
                                                               MELICK, PORTER & SHEA, LLP
                                                              28 State Street
                                                              Boston, MA  02109
                                                              (617) 523-6200

                                                              Susan C. Levy
                                                               Daniel J. Winters
                                                               JENNER & BLOCK, LLP
                                                               One IBM Plaza
                                                               Chicago, IL  60611
                                                               (312) 222-9350

                                                              Attorneys for Defendants
                                                              Charles R. Dall'Acqua and Protocol
                                                              Marketing Group