UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HARTE-HANKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  04-11548-DPW |
| ) | |
| **CHARLES R. DALL'ACQUA and** ) | |
| **PROTOCOL MARKETING GROUP,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
## MOTION TO DISMISS FOR LACK OF JURISDICTION

Defendants Protocol Services, Inc. and Charles R. Dall'Acqua, by their attorneys, submit this reply memorandum in support of their motion to dismiss for lack of subject matter jurisdiction.

The motion is moot.  Hate-Hanks agrees with defendants that Protocol is not an indispensable party, and that Protocol should be dismissed for lack of jurisdiction.  [Pl. Resp. Br. at 6-11.]

Accordingly, defendants request that the Court enter an Order:  (1) dismissing Protocol as a party; (2) dismissing all claims against Protocol; and (3) striking all outstanding discovery requests to Protocol.  In addition, the Court should modify its Preliminary Injunction Order to the extent that it is directed at Protocol, and not Dall'Acqua.  Given that this Court has no jurisdiction over Protocol and that Protocol is not an indispensable party, Protocol should not be named in that Order.  See Federal Prac. & Proc. § 2956; Fed. R. Civ. P. 65(d).

Finally, defendants' motion to stay discovery and Harte-Hanks' motion to compel are also moot. Given Harte-Hanks' decision to dismiss all claims against Protocol, Dall'Acqua will promptly provide Harte-Hanks with his responses to its written discovery requests. Also, the parties are working to schedule mutually convenient dates for all fact and expert depositions.

Dated: November 15, 2004                Respectfully submitted,

                                                  CHARLES R. DALL'ACQUA and
                                                  PROTOCOL MARKETING GROUP

                                                  By: ___*/s/ John F. Rooney, III*___
                                                        John F. Rooney III
                                                        Angela L. Lackard
                                                        MELICK, PORTER & SHEA, LLP
                                                        28 State Street
                                                        Boston, MA  02109
                                                        (617) 523-6200

                                                        Susan C. Levy
                                                        Daniel J. Winters
                                                        JENNER & BLOCK, LLP
                                                        One IBM Plaza
                                                        Chicago, IL  60611
                                                        (312) 222-9350

                                                        Attorneys for Defendants
                                                        Charles R. Dall'Acqua and Protocol
                                                        Marketing Group