# **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Matthew Grygorcewicz, counsel for the Defendants in the above matter, hereby certify pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts that, on November 15, 2004, I conferred with Kathleen Kelley, counsel for the plaintiff, Harte-Hanks, Inc., in a good faith effort to resolve or narrow the issues regarding the attached Motion for Leave to file Reply Memorandum to Plaintiff's Opposition To Defendants' Motion To Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction.

Dated: November 15, 2004

Respectfully submitted,

CHARLES R. DALL'ACQUA and
PROTOCOL MARKETING GROUP

By:   */s/ Matthew Grygorcewicz*
John F. Rooney III
Angela L. Lackard
Matthew Grygorcewicz
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109
(617) 523-6200

Susan C. Levy
Daniel J. Winters
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, IL  60611
(312) 222-9350

Attorneys for Defendants
Charles R. Dall'Acqua and Protocol Marketing Group