**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Angela L. Lackard, counsel for the Defendant in the above matter, hereby certify pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts that, on November 17, 2004, I conferred with David Chaffin, counsel for the plaintiff, Harte-Hanks, Inc., in a good faith effort to resolve or narrow the issues regarding the attached Defendant's Motion for Leave to File Amended Answer and Counterclaim. The parties were unable to resolve or narrow the issues.

Dated: November 17, 2004

Respectfully submitted,

CHARLES R. DALL'ACQUA

By: __/s/ Angela L. Lackard___
    John F. Rooney III
    Angela L. Lackard
    MELICK, PORTER & SHEA, LLP
    28 State Street
    Boston, MA 02109
    (617) 523-6200

    Susan C. Levy
    Daniel J. Winters
    JENNER & BLOCK, LLP
    One IBM Plaza
    Chicago, IL 60611
    (312) 222-9350

    Attorneys for Defendants
    Charles R. Dall'Acqua and Protocol
    Marketing Group