```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


HARTE-HANKS, INC.,              )
                                ) CIVIL ACTION NO.
     Plaintiff,                 ) 04-11548-DPW
                                )
     v.                         )
                                )
CHARLES A. DALL'ACQUA,          )
                                )
     Defendant.                 )
```

REVISED
PRELIMINARY INJUNCTION ORDER
November 18, 2004

The Court, having this day allowed the motion to dismiss Protocol Marketing Group as a defendant in this action, hereby modifies the Preliminary Injunction Order entered August 25, 2004, to provide as follows, pending further Order of this Court:

> Defendant Charles A. Dall'Acqua, his officers, agents, servants, employees and all persons in active concert or participation with him -- including Protocol Marketing Group -- who receive actual notice of this preliminary injunction are hereby enjoined for a period not to exceed March 5, 2006 from attempting, directly or through others, to influence any employee of Harte-Hanks to terminate employment with Harte-Hanks and from recruiting any Harte-Hanks employees for any other employment.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE