UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 CV 11548 DPW |
| ) | |
| CHARLES R. DALL'ACQUA, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S PROPOSED AMENDED PRE-TRIAL SCHEDULE

| | |
|---|---|
| November 26, 2004 | Service of Defendant's amended and supplemental responses to interrogatories |
| December 20, 2004 | Service of both Plaintiff's and Defendant's amended, supplemental, and additional expert disclosures/reports (if any) |
| January 14, 2005 | Service of reply expert disclosures/reports (if any) |
| February 15, 2005 | Completion of lay witness depositions |
| March 5, 2005 | Completion of expert depositions |
| March 12, 2005 | Submission of Daubert motions |
| March 18, 2005 | Final pre-trial conference |
| March 28, 2005 | Trial |

Dated: November 22, 2004

CHARLES R. DALL'ACQUA,

By his attorneys,

  */s/ John F. Rooney,III*
John F. Rooney, III
BBO# 426895
Angela L. Lackard
BBO# 637789
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts, I conferred with opposing counsel on this date in a good faith effort to resolve or narrow the issues regarding the above pre-trial schedule and was unable to do so.

  */s/ John F. Rooney, III*