UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC.,<br>Plaintiff,<br>v.<br>CHARLES R. DALL'ACQUA,<br>Defendants. | Civil Action No. 04 CV 11548 DPW |

**PLAINTIFF'S PROPOSED AMENDED PRE-TRIAL SCHEDULE**

| | |
|---|---|
| November 26, 2004 | Service of Defendant's amended and supplemental responses to interrogatories |
| November 30, 2004 | Service of supplemental document requests and interrogatories relating to Counterclaim (if any) |
| December 31, 2004 | Service of Defendant's amended, supplemental, and additional expert disclosures/reports (if any) |
| January 14, 2005 | Service of reply expert disclosures/reports (if any) |
| March 11, 2005 | Completion of lay witness depositions |
| April 15, 2005 | Completion of expert depositions |
| April 29, 2005 | Service of amended and/or supplemental discovery responses (if any); service of summary judgment motions (if any) |

| | |
|---|---|
| May 22, 2005 | Submission of materials pursuant to pre-trial order |
| May-June 2005 | Final pre-trial conference/trial |

Dated: November 22, 2004

HARTE-HANKS, INC.,

By its attorneys,

s/Kathleen A. Kelley

David B. Chaffin
BBO# 549245
Kathleen A. Kelley
BBO# 562342
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

CERTIFICATION OF CONSULTATION

I certify that I have conferred with opposing counsel regarding this schedule, and the parties are unable to agree on the dates herein.

s/Kathleen A. Kelley

422004.111904