UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-11548-DPW |

## NOTICE OF WITHDRAWALS OF COUNSEL

Pursuant to Local Rule 83.5.2, please enter the withdrawals of appearance of Susan C. Levy, Daniel J. Winters and Darren M. Mungerson as counsel of record for the defendant, Charles Dall'Acqua, in the above-captioned matter. The appearances of John F. Rooney, III, Angela L. Lackard and Matthew Grygorcewicz of Melick, Porter & Shea LLP remain in place.

Dated: December 2, 2004            Respectfully submitted,

CHARLES R. DALL'ACQUA


By:    */s/ John F. Rooney, III*
        John F. Rooney III
        Angela L. Lackard
        Matthew Grygorcewicz
        MELICK, PORTER & SHEA, LLP
        28 State Street
        Boston, MA  02109
        (617) 523-6200

        Attorneys for Defendant
        Charles R. Dall'Acqua