AO 88 (11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME) | MANNER OF SERVICE

SERVED BY (PRINT NAME) | TITLE

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: *

SUBPOENA DUCES TECUM TO: * D. Md. Misc. No.
   MJG-04-2967
   George Z. Petros, Esquire *
   90 Cathedral Street
   Annapolis, Maryland 21401 *

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HARTE-HANKS, INC. *

      Plaintiff *

      v. * Case No. 04 CV 11548 DPW
                                 (D. Mass)
CHARLES R. DALL'ACQUA and *
PROTOCOL MARKETING GROUP
 *
      Defendants
 *

---

## MOTION TO COMPEL AND/OR MOTION TO SHOW CAUSE

**EXHIBIT B**

LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

JAMES P. ULWICK
DIRECT DIAL
(410) 347-7426

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

E-MAIL
julwick@kg-law.com

ALSO ADMITTED IN NJ AND DC

September 21, 2004

**VIA FACSIMILE** (410-268-3852)
**AND FIRST-CLASS MAIL**
George Z. Petros, Esquire
90 Cathedral Street
Baltimore, Maryland 21401

Re: *Harte-Hanks v. Dall'Acqua and Protocol Marketing Group*
United States District Court for the
District of Massachusetts Case No. 04 cv 11548 DPW

Dear Mr. Petros:

Per the telephone message relayed by Carol of your office, enclosed please find a copy of a subpoena which has been issued in the above-captioned case. Please note that the subpoena calls for the production of documents from you relating to Charles Dall'Acqua and the *Dall'Acqua v. Dall'Acqua* case.

Thank you for agreeing to accept service of the subpoena. The subpoena does not require your personal appearance, and I will be happy to arrange to have the documents picked up at your office.

Thank you for your assistance in this matter. Please call me with any questions or comments that you have.

Very truly yours,

*James P. Ulwick*
James P. Ulwick

JPU:sms
Enclosure

04455/0/00114894.WPDv1

George Z. Petros, Esquire
September 21, 2004
Page 2

cc:   David B. Chaffin, Esquire
      (Via Facsimile: 617-330-1996)

```
*** TRANSMISSION REPORT ***

SEP-21-04 11:34    ID:4105391269           KRAMON+GRAHAM

JOB NUMBER                                    137
INFORMATION CODE                              OK
   TELEPHONE NUMBER      14102683852-04455000
   NAME(ID NUMBER)
   START TIME            SEP-21-04 11:31
   PAGES TRANSMITTED     005         TRANSMISSION MODE     G3
   RESOLUTION            STD         REDIALING TIMES       01
   SECURITY              OFF         MAILBOX               OFF
   MACHINE ENGAGED       02'59

THIS TRANSMISSION IS COMPLETED.
LAST SUCCESSFUL PAGE     005
```

LAW OFFICES
## KRAMON & GRAHAM, P.A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269
WWW.KRAMONANDGRAHAM.COM

### FACSIMILE COVER LETTER

Date: September 21, 2004          Client Name: Hare-Hanks/Dall'Acqua
Time: 11:03 am                    Client Number: 04-455

PLEASE TRANSMIT THE FOLLOWING PAGES TO:

Recipient: George Z. Petros, Esquire        Fax Number: 410-263-3852
Firm/Company: _____

Recipient: David B. Chaffin, Esquire        Fax Number: 617-330-1996
Firm/Company: Hare & Chaffin

TOTAL NUMBER OF PAGES (including this cover sheet): 5

Sender: James P. Ulwick                     Fax Number: 410-339-1269

Message:

If you do not receive all pages, please call back as soon as possible to (410) 752-6030; ask for Sue Sunderland. Thank you.

HARD COPY TO FOLLOW: ___ YES   X   NO

The information contained in this Fax message is intended only for the PERSONAL AND CONFIDENTIAL use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is PRIVILEGED AND CONFIDENTIAL. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. THANK YOU!

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                    *

SUBPOENA DUCES TECUM TO:                  *   D. Md. Misc. No.
                                              MJG-04-2967
    George Z. Petros, Esquire           *
    90 Cathedral Street
    Annapolis, Maryland 21401           *

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HARTE-HANKS, INC.                         *

        Plaintiff                 *

v.                                        *   Case No. 04 CV 11548 DPW
                                              (D. Mass)
CHARLES R. DALL'ACQUA and                 *
PROTOCOL MARKETING GROUP
                                          *
        Defendants
                                          *

---

## MOTION TO COMPEL AND/OR MOTION TO SHOW CAUSE

# EXHIBIT C

LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

JAMES P. ULWICK
DIRECT DIAL
(410) 347-7426

ALSO ADMITTED IN NJ AND DC

E-MAIL
julwick@kg-law.com

November 12, 2004

**VIA FACSIMILE (410-268-3852 and 301-423-3862)**
**AND FIRST-CLASS MAIL**

George Z. Petros, Esquire
90 Cathedral Street
Baltimore, Maryland 21401

Re: *Harte-Hanks v. Dall'Acqua and*
*Protocol Marketing Group*
United States District Court for the
District of Massachusetts Case No. 04 cv 11548 DPW

Dear Mr. Petros:

I have called and left messages for you several times, but have not received a return call.

As I believe you know, settlement negotiations were not successful in resolving this matter, and the documents requested from you by the subpoena dated September 17, 2004, must now be produced.

Please contact me as soon as possible to arrange for the production of those documents. If I do not hear from you by the end of business on Monday, I will assume that you are unwilling to voluntarily comply with the subpoena, and I will file the appropriate motions in federal court.

Very truly yours,

James P. Ulwick

JPU:sms
cc: David B. Chaffin, Esquire
(Via Facsimile: 617-330-1996)

04455/0/00119060.WPDv1

```
********************************
***   MULTI TX/RX REPORT    ***
********************************
TX/RX NO              1713
PGS.                  2
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)  14102683852p04455000
                      (2)  13014233862p04455000
                      (3)  16173301996p04455000
ERROR INFORMATION     -----
```

LAW OFFICES

# KRAMON & GRAHAM, P.A.

ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

WWW.KRAMONANDGRAHAM.COM

## FACSIMILE COVER LETTER

| | | | |
|---|---|---|---|
| Date: | November 12, 2004 | Client Name: | Harte-Hanks/Dall'Acqua |
| Time: | 4:37 pm | Client Number: | 04-455 |

**PLEASE TRANSMIT THE FOLLOWING PAGES TO:**

Recipient: George Z. Petros, Esquire     Fax #: 410-268-3852 and 301-423-3862

Firm/Company:

Recipient: David B. Chaffin, Esquire     Fax Number: 617-330-1996

Firm/Company: Hare & Chaffin

**TOTAL NUMBER OF PAGES (including this cover sheet): 5**

Sender: James P. Ulwick     Fax Number: 410-539-1269

Message:

If you do not receive all pages, please call back as soon as possible to (410) 752-6030; ask for _Sue Sunderland_. Thank you.

HARD COPY TO FOLLOW: ___YES   _X_ NO

The information contained in this Fax message is intended only for the **PERSONAL AND CONFIDENTIAL** use of the designated recipient(s) named above. This message may be an

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                          *

SUBPOENA DUCES TECUM TO:    *   D. Md. Misc. No.
                                                    MJG-04-2967
   George Z. Petros, Esquire         *
   90 Cathedral Street
   Annapolis, Maryland 21401          *

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HARTE-HANKS, INC.                       *

       Plaintiff                        *

v.                                              *   Case No. 04 CV 11548 DPW
                                                            (D. Mass)
CHARLES R. DALL'ACQUA and       *
PROTOCOL MARKETING GROUP
                                                    *
       Defendants
                                                    *

---

## ORDER

Before the Court is Harte-Hanks, Inc.'s Motion to Compel production of documents called for by a subpoena dated September 17, 2004. Good cause appearing, it is this ____ day of _____, 2004, ORDERED AND ADJUDGED:

    1.    Harte-Hanks' Motion is GRANTED;

04455/0/00119323.WPDv1

2. Deponent George Z. Petros, Esquire, is hereby ordered to produce the documents called for by the subpoena to counsel for Harte-Hanks on or before _____, 2004; and

3. The Clerk will mail and fax copies of this Order to all counsel and Mr. Petros.

_____
United States District Judge
District of Maryland

# Motions
## 1:04-cv-02967-MJG Harte-Hanks, Inc. v. Dall'Acqua et al

## U.S. District Court

### District of Maryland

Notice of Electronic Filing

The following transaction was received from Ulwick, James P entered on 11/17/2004 at 6:01 PM EST and filed on 11/17/2004

**Case Name:** Harte-Hanks, Inc. v. Dall'Acqua et al
**Case Number:** 1:04-cv-2967
**Filer:** Harte-Hanks, Inc.
**Document Number:** 3

**Docket Text:**
MOTION to Shorten Time *for George Z. Petros, Esquire to Respond to Motion to Compel* by Harte-Hanks, Inc.. Responses due by 12/6/2004 (Attachments: # (1) Text of Proposed Order)(Ulwick, James)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/17/2004] [FileNumber=619464-0
] [8a3b3fc2be3af6fea6d5bca584b1fa91fe523f0b9ba00dfb96ff19b8d7d52d07885
31af07e823fbb7fde23571add8044a8cf1b6f52c70c8cbfa8950112251d152]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/17/2004] [FileNumber=619464-1
] [799b6674f0efce716c758d05c917911d4f483db4d7764abbe433340e9c8201eaa56
622ffb2851fd27bc7cd5421852e3f2fbdba119a8db6384d8e6c4cf05f118e]]

**1:04-cv-2967 Notice will be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| SUBPOENA DUCES TECUM TO: | * | D. Md. Misc. No. MJG-04-2967 |
| George Z. Petros, Esquire 90 Cathedral Street Annapolis, Maryland 21401 | * * | |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No. 04 CV 11548 DPW (D. Mass) |
| CHARLES R. DALL'ACQUA and PROTOCOL MARKETING GROUP | * | |
| Defendants | * * | |

---

## REQUEST FOR ORDER TO SHORTEN TIME TO RESPOND

Plaintiff Harte-Hanks, Inc., by and through its attorneys, hereby respectfully requests that this Court shorten the time for responding to Harte-Hanks' Motion to Compel to two days, and for cause states:

1. For the reasons stated in Harte-Hanks' Motion to Compel, this Court should require deponent George Petros to produce documents called for by a subpoena dated September 17, 2004.

2. Because no objection was filed pursuant to Rule 45, Mr. Petros has no valid reason to contest the production of these documents.

3. The discovery schedule issued by the United States District Court for the District of Massachusetts requires that discovery be completed by November 30, 2004. Under the circumstances, it would not prejudice Mr. Petros to respond to the Motion within two days.

WHEREFORE, plaintiff Harte-Hanks respectfully requests that this Court grant its Motion to Compel George Petros, Esquire to respond to its Motion to Compel within two days of the date of this Court's Order.

/s/
_____
James P. Ulwick
Kramon & Graham, P.A.
One South Street – Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030
Facsimile: 410-539-1269
julwick@kg-law.com

David B. Chaffin, Esquire
Hare & Chaffin
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000
Facsimile: 617-330-1996
dchaffin@hare-chaffin.com

Attorneys for Plaintiff Harte-Hanks, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November, 2004, copies of the foregoing Request for Order to Shorten Time to Respond to Motion to Compel and/or Motion to Show Cause and a proposed Order were sent by facsimile and by Federal Express to:

> Daniel J. Winters, Esquire
> Jenner & Block
> One IBM Plaza
> Chicago, Illinois 60611-7603
> **Facsimile No. 312-840-7285**
> Attorney for Valerie LeBan
>
> John F. Rooney, III, Esquire
> Melick, Porter & Shea, LLP
> 28 State Street, 22nd Floor
> Boston, Massachusetts 02109-1775
> **Facsimile No. 617-523-8130**
> Attorney for Charles R. Dall'Acqua and Protocol Marketing Group
>
> and
>
> George Z. Petros, Esquire
> 90 Cathedral Street
> Baltimore, Maryland 21401
> **Facsimile Nos. 410-268-3852 and 301-423-3862**

/s/
_____
James P. Ulwick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| SUBPOENA DUCES TECUM TO: | *  D. Md. Misc. No. MJG-04-2967 |
| George Z. Petros, Esquire<br>90 Cathedral Street<br>Annapolis, Maryland 21401 | * <br><br> * |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC. | * |
| Plaintiff | * |
| v. | *  Case No. 04 CV 11548 DPW (D. Mass) |
| CHARLES R. DALL'ACQUA and PROTOCOL MARKETING GROUP | * <br> * |
| Defendants | * |

---

## ORDER

Before the Court is Harte-Hanks, Inc.'s Request for Order to Shorten Time to Respond to its Motion to Compel. Good cause appearing, it is this _____ day of November, 2004, ORDERED AND ADJUDGED:

1.    Harte-Hanks' Motion is GRANTED;

04455/0/00119326.WPDv1

2. Deponent George Z. Petros, Esquire, is hereby ordered to respond to the Motion to Compel on or before _____, 2004; and

3. The Clerk will mail and fax copies of this Order to all counsel and Mr. Petros.

_____
United States District Judge
District of Maryland

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                    *     Civil Action No.

SUBPOENA DUCES TECUM TO:   *     ~~DcMdcMisexNx~~
                                                                 MJG-04-2967

    George Z. Petros, Esquire            *
    90 Cathedral Street
    Annapolis, Maryland 21401          *

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HARTE-HANKS, INC.                      *

          Plaintiff                       *

          v.                                *      Case No. 04 CV 11548 DPW
                                                                   (D. Mass)

CHARLES R. DALL'ACQUA and      *
PROTOCOL MARKETING GROUP
                                                   *

          Defendants                    *

---

## ORDER

Before the Court is Harte-Hanks, Inc.'s Request for Order to Shorten Time to Respond to its Motion to Compel. Good cause appearing, it is this 18th day of November, 2004, ORDERED AND ADJUDGED:

    1.     Harte-Hanks' Motion is GRANTED;

04455/0/00119326.WPDv1

2. Deponent George Z. Petros, Esquire, is hereby ordered to respond to the Motion to Compel on or before _March 24_, 2004; and

3. The Clerk will mail and fax copies of this Order to all counsel and Mr. Petros.

/s/
United States District Judge
District of Maryland

# EXHIBIT G