IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| SUBPOENA DUCES TECUM TO: | * | D. Md. Misc. No. MJG-04-2967 |
| George Z. Petros, Esquire | * | |
| 90 Cathedral Street | | |
| Annapolis, Maryland 21401 | * | |

--------------------------------------------------------------------------------------------

IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No. 04 CV 11548 DPW (D. Mass) |
| CHARLES R. DALL'ACQUA and PROTOCOL MARKETING GROUP | * | |
| | * | |
| Defendants | * | |
| | * | |

**DEFENDANT CHARLES DALL'ACQUA'S MOTION
FOR RECONSIDERATION OF THE ORDER GRANTING PLAINTIFF'S
REQUEST TO SHORTEN THE TIME TO RESPOND TO
PLAINTIFF'S MOTION TO COMPEL AND/OR MOTION TO SHOW CAUSE**

Pursuant to Local Rule 105, Charles Dall'Acqua ("Dall'Acqua"), Defendant in the

underlying litigation in the United States District Court for the District of Massachusetts, through

undersigned counsel, respectfully submits this Motion for Reconsideration of the Court's Order

Granting Plaintiff's Request to Shorten the Time to Respond to Plaintiff's Motion to Compel

and/or Motion to Show Cause. Counsel have attached a memorandum in support of the motion.

Dated: November 18, 2004                    Respectfully submitted,

                              *Mark D. Schneider/ga*
                              ————————————————————————
                              Mark D. Schneider (D. Md. Bar No. 13650)
                              James A. Trilling (D. Md. Bar No. 16198)
                              JENNER & BLOCK LLP
                              601 Thirteenth Street, N.W.
                              Suite 1200 South
                              Washington, DC 20005
                              (202) 639-6000

                              Susan C. Levy
                              Daniel J. Winters
                              JENNER & BLOCK LLP
                              One IBM Plaza
                              Chicago, IL 60611
                              (312) 222-9350

                              John F. Rooney III
                              Angela L. Lackard
                              MELICK, PORTER & SHEA, LLP
                              28 State Street
                              Boston, MA 02109
                              (617) 523-6200

                              *Attorneys for Charles R. Dall'Acqua*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of November, 2004, I caused to be served upon the

following by Federal Express and facsimile the foregoing Motion for Reconsideration, the

Memorandum in Support of the Motion, and a proposed Order granting the motion:

> James P. Ulwick
> Kramon & Graham, P.A.
> One South Street, Suite 2600
> Baltimore, MD 21202-3201
> (410) 752-6030 (telephone)
> (410) 539-1269 (facsimile)

> David B. Chaffin
> Hare & Chaffin
> 160 Federal Street
> Boston, MA 02110
> (617) 330-5000 (telephone)
> (617) 330-1996 (facsimile)

> and

> George Z. Petros
> 90 Cathedral Street
> Baltimore, MD 21401
> (410) 269-3852 (facsimile)

James A. Trilling

# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| SUBPOENA DUCES TECUM TO: | * | D. Md. Misc. No. MJG-04-2967 |
| George Z. Petros, Esquire 90 Cathedral Street Annapolis, Maryland 21401 | * | |
| | * | |

---------------------------------------------------------------------------------------------

IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No. 04 CV 11548 DPW (D. Mass) |
| CHARLES R. DALL'ACQUA and PROTOCOL MARKETING GROUP | * | |
| | * | |
| Defendants | * | |

---

**MEMORANDUM IN SUPPORT OF DEFENDANT CHARLES DALL'ACQUA'S
MOTION FOR RECONSIDERATION OF THE ORDER GRANTING
PLAINTIFF'S REQUEST TO SHORTEN THE TIME TO RESPOND TO
PLAINTIFF'S MOTION TO COMPEL AND/OR MOTION TO SHOW CAUSE**

Pursuant to Local Rule 105, Charles Dall'Acqua ("Dall'Acqua"), Defendant in the

underlying litigation in the United States District Court for the District of Massachusetts, through

undersigned counsel, respectfully submits this Memorandum in Support of Defendant's Motion

for Reconsideration of the Court's Order Granting Plaintiff's Request to Shorten the Time to

Respond to Plaintiff's Motion to Compel and/or Motion to Show Cause. Defendant states the following in support of the motion for reconsideration:

      1.     On November 17, 2004, Plaintiff Harte-Hanks, Inc. ("Harte-Hanks") filed a Motion to Compel and/or Motion to Show Cause in this Miscellaneous Action seeking to compel deponent George Z. Petros, Esquire, to produce on or before November 30, 2004, documents related to Dall'Acqua's divorce in response to a subpoena issued by this Court. Harte-Hanks sought to compel production of the documents by November 30, because of the December 3, 2004, deadline for non-expert discovery in the underlying litigation in the District of Massachusetts.

      2.     Harte-Hanks also filed on November 17, 2004, a "Request for Order to Shorten Time to Respond" to its Motion to Compel and/or Motion to Show Cause. Harte-Hanks' "Request" sought for the Court to order that oppositions to its Motion to Compel and/or Motion to Show Cause would be due within two days, because of the approaching December 3, 2004, deadline for non-expert discovery in the underlying litigation.

      3.     The Court granted Harte-Hanks' Request for Order to Shorten Time to Respond on November 18, 2004, by entering an Order that requires Mr. Petros to respond to Harte-Hanks' Motion to Compel and/or Motion to Cause on or before November 24, 2004.

      4.     However, the pending deadline in the underlying Massachusetts litigation that formed the basis for Harte-Hanks' request to shorten time has now changed, so that there is no longer any need for such extraordinary relief. In particular, on November 18, 2004, the District of Massachusetts entered Orders leaving Dall'Acqua as the only remaining Defendant in the underlying litigation and requiring Harte-Hanks and Dall'Acqua to submit a revised pre-trial

schedule by November 22, 2004, that will extend the deadline for non-expert discovery beyond December 3, 2004. (*See* Exhibit A.). Thus, there are no longer any exigent circumstances to justify Harte-Hanks' request to shorten the time period for Mr. Petros and Dall'Acqua to oppose its Motion to Compel and/or Motion to Show Cause.

5.    For this reason, there is good cause for this Court to reconsider its Order and enter a new Order that permits Mr. Petros and Dall'Acqua to oppose Harte-Hanks' Motion to Compel and/or Motion to Show Cause on or before December 1, 2004, in accord with Local Rule 105's standard 14-day period for filing an opposition to a motion.

6.    Dall'Acqua intends to oppose Harte-Hanks' Motion to Compel and/or Motion to Show Cause on several grounds. Dall'Acqua seeks relief in this motion for reconsideration to have time to prepare an adequate response to Harte-Hanks' motion.

7.    Harte-Hanks will not be prejudiced if the Court permits Mr. Petros and Dall'Acqua to oppose Harte-Hanks' Motion to Compel and/or Motion to Show Cause within the Court's standard 14-day response period for opposing motions. The new pretrial schedule in the underlying litigation will provide Harte-Hanks with sufficient time to use any documents that Mr. Petros may be ordered to produce in response to Harte-Hanks' Motion to Compel.

For the foregoing reasons, Dall'Acqua, Defendant in the underlying litigation, respectfully requests that this Honorable Court reconsider its Order dated November 18, 2004, and issue a new Order permitting Mr. Petros and Dall'Acqua to file oppositions to Harte-Hanks' Motion to Compel on or before December 1, 2004.

Dated: November 18, 2004          Respectfully submitted,

*Mark D. Schneider /pr/*

Mark D. Schneider (D. Md. Bar No. 13650)
James A. Trilling (D. Md. Bar No. 16198)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
(202) 639-6000

Susan C. Levy
Daniel J. Winters
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

John F. Rooney III
Angela L. Lackard
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

*Attorneys for Charles R. Dall'Acqua*

# EXHIBIT A

NOV-18-2004 04:42    OWNERD BLACK    P.10/14
Case 1:04-cv-11548-DPW    Document 74-6    Filed 12/02/2004    Page 10 of 25
madei - Docket Report    Page 1 of 13

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11548-DPW

Harte-Hanks, Inc. v. Dall'Acqua et al
Assigned to: Judge Douglas P. Woodlock
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 07/12/2004
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Harte-Hanks, Inc.**

represented by **David B. Chaffin**
Hare & Chaffin
160 Federal Street
23rd Floor
Boston, MA 02110-1701
617-330-5000
Fax: 617-330-1996
Email: dchaffin@hare-chaffin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Kelley**
Hare & Chaffin
160 Federal Street
Boston, MA 02110-1701
617-330-5000
Email: kkelley@hare-chaffin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Charles A. Dall'Acqua**

represented by **John F. Rooney**
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200
Fax: 617-523-8130
Email: jrooney@melicklaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Grygorcewicz**
Melick, Porter & Shea, LLP

NOV-18-2004 04:42 PENNER & BLOCK LLP 11/14
Case 1:04-cv-11548-DPW Document 74-6 Filed 12/02/2004 Page 11 of 25
madei - Docket Report Page 2 of 13

28 State Street
22nd Floor
Boston, MA 02109-1775
617-523-6200
Fax: 617-523-8130
Email:
mgrygorcewicz@melicklaw.com
*ATTORNEY TO BE NOTICED*

**Protocol Marketing Group**        represented by  **John F. Rooney**
*TERMINATED: 11/18/2004*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Matthew Grygorcewicz**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 57193, filed by Harte-Hanks, Inc. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | | Summons Issued as to Charles A. Dall'Acqua, Protocol Marketing Group. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 2 | MOTION for Preliminary Injunction by Harte-Hanks, Inc. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 3 | MEMORANDUM in Support re 2 MOTION for Preliminary Injunction filed by Harte-Hanks, Inc. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 4 | DECLARATION of Paul Steven Hacker by Harte-Hanks, Inc. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 5 | DECLARATION of Dean H. Blythe by Harte-Hanks, Inc. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/12/2004 | 6 | DECLARATION of Elaine Dernoga by Harte-Hanks, Inc. (Rynne, Michelle) (Entered: 07/13/2004) |
| 07/13/2004 | 7 | SUMMONS Returned Executed: Charles A. Dall'Acqua served on 7/12/2004, answer due 8/2/2004. (Rynne, Michelle) (Entered: |

NOV-18-2004 1:04:42 PENNER & BLOCK LLP 12/14
Case 1:04-cv-11548-DPW Document 74-6    Filed 12/02/2004    Page 12 of 25
madei - Docket Report                                                      Page 12 of 13

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Dall'Acqua, Protocol Marketing Group. (Attachments: # 1 Reply Memorandum in Support of Motion to Dismiss for Lack of Jurisdiction# 2 Certificate of Compliance with Local Rule 7.1(A)(2)) (Grygorcewicz, Matthew) (Entered: 11/15/2004) |
| 11/15/2004 | 63 | Opposition re 50 MOTION for Sanctions *for Harte-Hanks' Spoliation of Evidence* filed by Harte-Hanks, Inc.. (Attachments: # 1 # 2 # 3 # 4) (Chaffin, David) (Entered: 11/15/2004) |
| 11/16/2004 |    | Judge Douglas P. Woodlock : Electronic ORDER entered granting 53 Motion for Leave to File, granting 56 Motion for Leave to File, granting 62 Motion for Leave to File. Counsel using the Electronic Case Files system should now file the documents for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Rynne, Michelle) (Entered: 11/16/2004) |
| 11/16/2004 | 64 | Supplemental MEMORANDUM in Support re 54 MOTION to Compel *AND FOR MODIFICATION OF PRE-TRIAL SCHEDULE* filed by Harte-Hanks, Inc.. (Chaffin, David) (Entered: 11/16/2004) |
| 11/16/2004 | 65 | Supplemental MEMORANDUM in Support re 48 MOTION to Dismiss for Lack of Jurisdiction filed by Charles A. Dall'Acqua, Protocol Marketing Group. (Grygorcewicz, Matthew) (Entered: 11/16/2004) |
| 11/16/2004 | 66 | Supplemental MEMORANDUM in Support re 49 Emergency MOTION to Stay *Discovery* filed by Charles A. Dall'Acqua, Protocol Marketing Group. (Grygorcewicz, Matthew) (Entered: 11/16/2004) |
| 11/17/2004 | 67 | MOTION for Leave to File *Amended Answer and Counterclaim* by Charles A. Dall'Acqua. (Attachments: # 1 Amended Answer and Counterclaim# 2 Certificate of Compliance with Local Rule 7.1(A)(2))(Grygorcewicz, Matthew) (Entered: 11/17/2004) |
| 11/18/2004 |    | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held;48 motion to dismiss is allowed to the extend Protocol Marketing is dismissed and a revised preliminary injunction order will issue; 49 motion to stay is denied; 50 motion for sanctions is denied without prejudice in light of considerations at trial (will consider cost shifting); 54 motion to compel and for modification of pretrial schedule is denied as moot in light of proposed amended schedule to be filed by 11/22/04; 60 and 61 motion to modify time to produce expert report are allowed to the extend that these changes will be reflected in the proposed amended schedule; 67 motion for leave to file amended answer is granted. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 11/18/2004) |
|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| SUBPOENA DUCES TECUM TO: | * | D. Md. Misc. No. MJG-04-2967 |
| George Z. Petros, Esquire 90 Cathedral Street Annapolis, Maryland 21401 | * * | |

-------------------------------------------------------------------------------

IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No. 04 CV 11548 DPW (D. Mass) |
| CHARLES R. DALL'ACQUA and PROTOCOL MARKETING GROUP | * | |
| | * | |
| Defendants | * | |

**[PROPOSED] ORDER**

Having considered Defendant Charles Dall'Acqua's Motion for Reconsideration of the

Order Granting Plaintiff's Request to Shorten the Time to Respond to Plaintiff's Motion to Compel

and/or Motion to Show Cause, it is hereby:

ORDERED that the Motion for Reconsideration is GRANTED.  Oppositions to

Plaintiff's Motion to Compel and/or Motion to Show Cause may be filed on or before December 1,

2004.


_____
Marvin J. Garbis
United States District Court Judge


2

2004 NOV 22 P 3 36

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE:                                              *

SUBPOENA DUCES TECUM TO:          *      D. Md. Misc. No.
                                                          MJG-04-2967
    George Z. Petros, Esquire          *
    90 Cathedral Street
    Annapolis, Maryland 21401          *

--------------------------------------------------------------------------------

IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HARTE-HANKS, INC.                         *

         Plaintiff                              *

    v.                                             *      Case No. 04 CV 11548 DPW
                                                          (D. Mass)
CHARLES R. DALL'ACQUA and          *
PROTOCOL MARKETING GROUP
                                                    *
         Defendants
                                                    *

--------------------------------------------------------------------------------

[PROPOSED] ORDER

Having considered Defendant Charles Dall'Acqua's Motion for Reconsideration of the

Order Granting Plaintiff's Request to Shorten the Time to Respond to Plaintiff's Motion to Compel

and/or Motion to Show Cause, it is hereby:

x Interpreted to include agreement not
to object, or deadlines/words, to discovery that
MAY be ordered. If this is not asked, the
extension is denied. (MJG)

ORDERED that the Motion for Reconsideration is GRANTED. Oppositions to

Plaintiff's Motion to Compel and/or Motion to Show Cause may be filed on or before December 1,

2004.

SO ORDERED, on <u>Monday, November 22, 2004</u>.

<u>        /s/        </u>.

Marvin J. Garbis
United States District Court Judge

# EXHIBIT I

# FAX TRANSMITTAL

# JENNER&BLOCK

Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Tel 202 639-6000
www.jenner.com

Chicago
Dallas
Washington, DC

| | | | |
|---|---|---|---|
| Date: | December 1, 2004 | | |
| To: | David B. Chaffin, Esq.<br>Hare & Chaffin | Fax:<br>Voice: | 617-330-1996<br>617-330-5000 |
| From: | James A. Trilling<br>jtrilling@jenner.com | Fax:<br>Voice: | 202 661-4956<br>202 639-6036 |
| Employee Number: | | Client Number: | 43025-10056 |

**Important:** This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is attorney work product, privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via postal service. Thank you.

## Message:

Please find attached a copy of Defendant Charles Dall'Acqua's Opposition to Plaintiff Harte-Hanks, Inc.'s pending Motion to Compel and/or Motion to Show Cause in In Re: Subpoena Duces Tecum To: George Z. Petros, Esq. (D. Md. Misc. No. MJG-04-2967). You will receive a copy via mail that includes the exhibit to the Opposition.

Total number of pages including this cover sheet: 5

Time Sent:

If you do not receive all pages, please call: 202 639-6000

Sent By:

Secretary: Lisa M. Green

Extension: 6026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| SUBPOENA DUCES TECUM TO: | * | D. Md. Misc. No. MJG-04-2967 |
| George Z. Petros, Esquire 90 Cathedral Street | * | |
| Annapolis, Maryland 21401 | * | |

-------------------------------------------------------------------------------------------------------

IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC., | * | |
| Plaintiff | * | |
| v. | * | Case No. 04 CV 11548 DPW (D. Mass) |
| CHARLES R. DALL'ACQUA, | * * | |
| Defendant | * | |

## DEFENDANT CHARLES DALL'ACQUA'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND/OR MOTION TO SHOW CAUSE

Charles Dall'Acqua ("Dall'Acqua"), Defendant in the underlying litigation in the United

States District Court for the District of Massachusetts, through undersigned counsel, respectfully

submits this Opposition to Plaintiff's Motion to Compel and/or Motion to Show Cause

("Motion"). Dall'Acqua respectfully requests that the Court defer its ruling on Plaintiffs' Motion

until after the Massachusetts Court rules on Dall'Acqua's Emergency Motion for Protective

Order ("Emergency Motion"), which Dall'Acqua filed in the Massachusetts Court on November

23, 2004, and has attached hereto as Exhibit A. Dall'Acqua will promptly notify this Court when the Massachusetts Court has ruled on the Emergency Motion.

Plaintiff seeks to compel here the divorce files that George Z. Petros, Esq. possesses due to his representation of Dall'Acqua's ex-wife in her divorce from Dall'Acqua. As explained in Dall'Acqua's Emergency Motion, those files have no relevance whatsoever to the underlying litigation, which arose out of Plaintiff's allegation that Dall'Acqua solicited Plaintiff's employees in violation of a purported Confidentiality/Non-Disclosure Agreement allegedly signed by Dall'Acqua on January 25, 2002. *See* Emergency Motion at 2. Dall'Acqua's Emergency Motion further explains that the divorce files likely include private information regarding finances, privileged attorney-client communications, and other personal details that make them improper subjects for Plaintiff's subpoena and motion to compel. *See id.* at 3.

In short, Dall'Acqua submits that Plaintiff seeks to compel the divorce files in order to harass Dall'Acqua rather to advance its case in the underlying commercial litigation. The Massachusetts Court has already admonished Plaintiff's counsel during a preliminary injunction hearing that Dall'Acqua's divorce is a "wholly inappropriate" topic that has "nothing to do with" the underlying litigation. *See id.* at 1-2 (quoting Preliminary Injunction Hearing Transcript). This Court should not permit Plaintiff to use a subpoena and motion to compel here as an end-run around the Massachusetts Court's rulings in the underlying litigation. Instead, the Court should defer action on Plaintiff's Motion to Compel until after the Massachusetts Court rules on Dall'Acqua's Emergency Motion.

## CONCLUSION

For the foregoing reasons, Defendant Dall'Acqua respectfully requests that the Court

defer ruling on Plaintiff's Motion to Compel and/or Motion to Show Cause until after the United

States District Court for the District of Massachusetts rules on Dall'Acqua's Emergency Motion

for Protective Order.

Dated: December 1, 2004          Respectfully submitted,

                                 *Mark D. Schneider/gr*

                                 Mark D. Schneider (D. Md. Bar No. 13650)
                                 James A. Trilling (D. Md. Bar No. 16198)
                                 JENNER & BLOCK LLP
                                 601 Thirteenth Street, N.W.
                                 Suite 1200 South
                                 Washington, DC 20005
                                 (202) 639-6000

                                 Susan C. Levy
                                 Daniel J. Winters
                                 JENNER & BLOCK LLP
                                 One IBM Plaza
                                 Chicago, IL 60611
                                 (312) 222-9350

                                 John F. Rooney III
                                 Angela L. Lackard
                                 MELICK, PORTER & SHEA, LLP
                                 28 State Street
                                 Boston, MA 02109
                                 (617) 523-6200

                                 *Attorneys for Charles R. Dall'Acqua*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of December, 2004, I caused to be served upon the

following by First-Class Mail and facsimile the foregoing Opposition brief:

> James P. Ulwick, Esq.
> Kramon & Graham, P.A.
> One South Street, Suite 2600
> Baltimore, MD 21202-3201
> (410) 752-6030 (telephone)
> (410) 539-1269 (facsimile)
>
> David B. Chaffin, Esq.
> Hare & Chaffin
> 160 Federal Street
> Boston, MA 02110
> (617) 330-5000 (telephone)
> (617) 330-1996 (facsimile)
>
> and
>
> George Z. Petros, Esq.
> 90 Cathedral Street
> Baltimore, MD 21401
> (410) 269-3852 (facsimile)

James A. Trilling

4

# EXHIBIT 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ | ) |
| HARTE-HANKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 04 CV 11548 DPW |
| | ) |
| CHARLES R. DALL'ACQUA and | ) |
| PROTOCOL MARKETING GROUP, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF KATHLEEN A. KELLEY

I, Kathleen A. Kelley, state, under the penalties of perjury:

1.      I am an attorney, residing and licensed to practice in the Commonwealth of Massachusetts. I represent plaintiff, Harte-Hanks, Inc. ("Harte-Hanks"), in this action.

2.      Before Mr. Dall'Acqua's motion for protective order was filed, Matthew Grygorcewicz, Mr. Dall'Acqua's co-counsel, called me, reportedly pursuant to Local Rule 7.1. (Mr. Grygorcewicz did not mention Local Rule 37.1.)

3.      Mr. Grygorcewicz made clear that the motion would seek to preclude <u>all</u> production pursuant to the subpoenas and that there was no room for negotiation.

4.      When I asked for the basis for the motion, Mr. Grygorcewicz cited (a) irrelevance and (b) availability through alternative means, <u>viz.</u>, the public record.

5.      Mr. Grygorcewicz did not say that he had been retained by or conferred with either Mr. Petros or Mr. Naditch.

SIGNED UNDER THE PENALTIES OF PERJURY
ON THIS 2nd DAY OF DECEMBER, 2004.

Kathleen A. Kelley

422003.1130

2