UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA and )<br>PROTOCOL MARKETING GROUP, )<br>)<br>Defendants. )<br>) | Civil Action No.  04-11548-DPW |

## DEFENDANT'S MOTION TO WITHDRAW EARLIER FILED NOTICES OF WITHDRAWALS OF COUNSEL

The defendant respectfully moves this Honorable Court to withdraw from the docket the Notices of Withdrawals of Counsel filed on December 2, 2003. As grounds for this motion, the defendant states that the same was filed as a result of a clerical error.

Wherefore, the defendant respectfully withdraws its Notices of Withdrawals of Counsel.

Respectfully submitted,

The Defendant,

By:   */s/ John F. Rooney, III*
John F. Rooney III
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109
(617) 523-6200

December 3, 2004

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I, John F. Rooney, III, counsel for the Defendant in the above matter, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts, I have notified counsel for the plaintiff, Harte-Hanks, Inc., of the filing of this motion.

Dated: December 3, 2004

Respectfully submitted,

By: */s/ John F. Rooney, III*
John F. Rooney III
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109
(617) 523-6200