**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| HARTE-HANKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES R. DALL'ACQUA and<br>PROTOCOL MARKETING GROUP,<br><br>Defendants. | ) | Civil Action No. 04-11548-DPW |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

Pursuant to U.S. District Court Local Rule 7.1(B)(3), the defendant requests leave to file a brief memorandum in reply to the plaintiff's opposition to defendant's Emergency Motion for Protective Order. As grounds for this motion, the defendant states that a short reply memorandum is necessary to respond to issues raised in the plaintiff's opposition. A copy of the proposed reply memorandum is attached herewith, for filing in the event that this request is granted.

Dated: December 7, 2004

Respectfully submitted,

CHARLES R. DALL'ACQUA

By: */s/ John F. Rooney, III*

John F. Rooney III
Angela L. Lackard
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Susan C. Levy
Daniel J. Winters
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Attorneys for Defendants
Charles R. Dall'Acqua and Protocol
Marketing Group

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Matthew Grygorcewicz, counsel for the Defendant in the above matter, hereby certify pursuant to Rule 7.1(A)(2) of the Local Rules of the U.S. District Court of the District of Massachusetts that, on November 17, 2004, I conferred with counsel for the plaintiff, Harte-Hanks, Inc., in a good faith effort to resolve or narrow the issues regarding the attached Defendant's Motion for Leave to File Reply Memorandum. Counsel for the plaintiff are unopposed to the filing of this motion.

Dated: December 7, 2004

Respectfully submitted,

CHARLES R. DALL'ACQUA

By: *___/s/ Matthew Grygorcewicz ___*

John F. Rooney III
Angela L. Lackard
Matthew Grygorcewicz
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Susan C. Levy
Daniel J. Winters
JENNER & BLOCK, LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Attorneys for Defendants
Charles R. Dall'Acqua and Protocol
Marketing Group