In late July 2004, Bakal received an offer of employment from Protocol. Bakal accepted, and

began employment at Protocol on August 23, 2004.

13.    Please describe in full detail all efforts by you to solicit any current or former
Harte-Hanks employees for employment at or with Protocol.

**ANSWER:**    Dall'Acqua objects to this interrogatory as vague, ambiguous, and seeking

irrelevant information to the extent it requests information regarding any conduct prior to the

entry of the preliminary injunction order. Dall'Acqua further objects on the grounds that this

interrogatory seeks information not reasonably likely to lead to the discovery of admissible

evidence. Without waiving said objections, Dall'Acqua states that the only Harte-Hanks

employees he solicited for employment at Protocol were John Martus and Joel Bakal.

Dall'Acqua incorporates by reference his response to Interrogatories Nos. 11-12 for the

circumstances surrounding their hiring.

14.    Please identify each person you anticipate calling as an expert witness at trial, and
with respect to any person so identified, please provide a curriculum vitae and set forth the
subject matter on which that person is expected to testify, the substance of the fact and opinions
to which that person is expected to testify, and a summary of the grounds for each such opinion.

**ANSWER:**    Dall'Acqua may call Ellen Mulcrone Schuetzner and Peter Tytell as expert

witnesses at trial to testify regarding the authenticity of the signature on the alleged agreement

and the results of their forensic examinations of the alleged agreement and other related

materials. Further answering, Dall'Acqua incorporates by references the Rule 26 expert reports

and related materials previously produced by Schuetzner and Tytell (and any supplemental

reports they may submit as new or additional information becomes available), and also

Schuetzner's testimony at the preliminary injunction hearing. In addition, Dall'Acqua may call a

rebuttal expert to testify at trial regarding Harte-Hanks' alleged damages and to rebut any expert

testimony from Elizabeth Becker. Dall'Acqua will disclose any necessary information regarding

this expert pursuant to the schedule issued by the Court for the disclosure of rebuttal experts.

    15.    Please state the basis in detail for your contention that you were unhappy in or
dissatisfied with your employment with Harte-Hanks in and before January 2002.

    **ANSWER:**    By January 2002, Dall'Acqua was less than satisfied with his position at

Harte-Hanks. At that time, Dall'Acqua's compensation package was declining. For example, in

April 2001, rather than receive a salary increase, Dall'Acqua's salary was reduced by $16,000.

Also, he did not receive a bonus for 2001.

    Also contributing were certain developing tensions arising between Dall'Acqua and

Hochhauser relating to Hochhauser's management decisions and style. For example, there were

a number of differences of opinion between Dall'Acqua and Hochhauser over the operations of

the business, including the proper compensation/rewarding of outstanding employees.

    Coupled with these factors, Dall'Acqua realized that he had employment opportunities

elsewhere. Beginning in approximately 1998, Dall'Acqua was contacted by executive search

firms to gauge his interest in other potential employment opportunities. Dall'Acqua indicated he

was interested should the right position open. Over the next few years, Dall'Acqua was

contacted regarding different openings. For example, in the summer/fall of 1999, Dall'Acqua

was contacted by Korn Ferry International regarding the CEO position with Brand Direct.

Dall'Acqua interviewed for this position in September 1999, but declined to proceed. And, in

the summer/fall of 2001, Dall'Acqua was approached by Spencer Stuart regarding the CEO

position  at AHL Services, Inc. Dall'Acqua listened, but eventually declined to proceed.

Dall'Acqua, however, directed Spencer Stuart to notify him regarding any opportunities at the

chief operating officer or chief executive officer level.   In January 2002, Dall'Acqua remained open to the possibility of pursuing other employment opportunities.

For all of these reasons, Dall'Acqua was less than satisfied with his employment at Harte-Hanks.  Further answering, Dall'Acqua refers Harte-Hanks to his affidavit and testimony at the preliminary injunction hearing on this subject.

16.    Please state the basis in detail for your contention that your employment with Harte-Hanks ruined your marriage.

**ANSWER:**    Dall'Acqua objects to this interrogatory on the grounds it is utterly irrelevant to the issues in this litigation and not reasonably likely to lead to the discovery of admissible evidence.  Dall'Acqua further objects on the grounds that this interrogatory constitutes harassment and an invasion of Dall'Acqua's privacy.   Dall'Acqua will not respond to this interrogatory.

Further answering, Dall'Acqua states that as of January 2000, he was separated from his then-wife.  Dall'Acqua's formal divorce proceedings were not final until February 2002.  At the preliminary injunction hearing, in response to questions from Harte-Hanks' attorney, Dall'Acqua testified that his divorce was over as of January 2002.  Immediately following this testimony, Dall'Acqua realized he meant to say he was separated at the time, and immediately asked his attorneys whether the record should be clarified as to the timing of his separation and divorce.

17.    Please state the basis in detail for your contention that you would not have asked Elaine Dernoga to meet you at the Baltimore-Washington International Airport on January 25, 2002.

**ANSWER:**    Dall'Acqua incorporates by reference his affidavit and testimony at the preliminary injunction hearing on this subject.

18.    Please describe in detail your conversations with Dean Blythe in March 2004.

**ANSWER:**    Dall'Acqua objects to this interrogatory as vague and ambiguous in not identifying the specific conversations at issue.    Without waiving said objections, Dall'Acqua states as follows regarding his March 1, 4 and 5, 2004 conversations with Dean Blythe. Dall'Acqua had been invited to have dinner with Richard Hochhauser in Manhattan on March 1, 2004, in advance of a March 2 Harte-Hanks' officers meeting.    When Dall'Acqua arrived for the dinner, Blythe met him and briefed him on a  conversation he was to have later that evening with Richard Hochhauser.    At this meeting,  Hochhauser accused Dall'Acqua of soliciting employees and seeking to take them to a new job opportunity.    Hochhauser also accused Dall'Acqua of interviewing with Vertis Inc., a competitor of Harte-Hanks located in Baltimore, Maryland. Hochhauser asked Dall'Acqua to turn in his laptop computer and cell phone.    Dall'Acqua returned the laptop, but retained the cell phone so as to have continued means to communicate. Hochhauser and  Blythe told Dall'Acqua not to speak with anyone at Harte-Hanks and that they would get back to him with a final determination on his status within a few days.

On the evening of March 4, 2004 (the day Hochhauser called Dall'Acqua to terminate him), Blythe called Dall'Acqua and informed him that he was trying to broker a severance package for him.

On March 5, 2004, Blythe called Dall'Acqua to inform regarding the terms of Harte-Hanks' severance package for him.    The terms of the severance package offered included severance for five months or until Dall'Acqua found a new job, whichever was earlier, contingent on Dall'Acqua signing a non-competition and non-solicitation agreement. Dall'Acqua declined the offer.

Further answering, Dall'Acqua incorporates by reference his affidavit and testimony at the preliminary injunction hearing regarding these conversations.

19.    Please state the basis in detail for your contention that you would never have signed any sort of restrictive agreement with Harte-Hanks in January 2002.

**ANSWER:**    Dall'Acqua had not been asked to sign any form of restrictive covenant at any time during his initial 20+ years at Harte-Hanks.  He would not have signed one in January 2002.

Beginning in approximately 1998, Dall'Acqua was contacted by executive search firms to gauge his interest in other potential employment opportunities.  Dall'Acqua indicated he was interested should the right position open.  Over the next few years, Dall'Acqua was contacted regarding certain openings.  For example, in the summer/fall of 1999, Dall'Acqua was contacted by Korn Ferry International regarding the CEO position with Brand Direct.  Dall'Acqua interviewed for this position in September 1999, but declined to proceed.  And, in the summer/fall of 2001, Dall'Acqua was approached by Spencer Stuart regarding the CEO position at AHL Services, Inc.  Dall'Acqua listened, but eventually declined to proceed.  Dall'Acqua, however, directed Spencer Stuart to notify him regarding any opportunities at the chief operating officer or chief executive officer level.  By January 2002, Dall'Acqua remained open to the possibility of pursuing other employment opportunities.

Contributing to Dall'Acqua's consideration of other employment opportunities was his declining compensation package.  For example, in April 2001, rather than receive a salary increase, Dall'Acqua's salary was reduced by $16,000.  Also, he did not receive a bonus for 2001.

Also contributing were certain developing tensions between Dall'Acqua and Hochhauser relating to Hochhauser's management decisions and style. For example, there were a number of differences of opinion between Dall'Acqua and Hochhauser over the operations of the business, including the proper compensation/rewarding of outstanding employees.

For all of these reasons, Dall'Acqua would not have signed any sort of restrictive covenant limiting his options for changing employers in January 2002. Further answering, Dall'Acqua refers Harte-Hanks to his affidavit and testimony at the preliminary injunction hearing on this subject.

20.    Please state the basis in detail for your contention that the signature on the agreement at issue is dissimilar to and/or does not appear to be and/or does not look like your signature.

**ANSWER:**    Dall'Acqua incorporates by reference his affidavit and testimony at the preliminary injunction hearing on this issue. Further answering, Dall'Acqua refers Harte-Hanks to the expert reports and testimony of Ellen Mulcrone Schuetzner and Peter Tytell regarding the basis for his contention that the signature and date appearing on the alleged agreement are forgeries.

CHARLES R. DALL'ACQUA.

By:    _/s/ John F. Rooney, III_
      John F. Rooney III
      Angela L. Lackard
      MELICK, PORTER & SHEA, LLP
      28 State Street
      Boston, MA  02109
      (617) 523-6200

      Susan C. Levy
      Daniel J. Winters
      Darren M. Mungerson
      JENNER & BLOCK, LLP
      One IBM Plaza
      330 North Wabash
      Chicago, IL  60611
      (312) 222-9350

Dated: November 26, 2004

<u>**VERIFICATION**</u>

Charles R. Dall'Acqua states on his oath that he has read the foregoing Charles F. Dall'Acqua's First Amended Objections and Responses to Plaintiff's First Set of Interrogatories and that the facts stated therein are true and correct to the best of his knowledge and belief.

_____
Charles R. Dall'Acqua

Dated: November ____, 2004

EXHIBIT 4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC.,       ) | |
|                 ) | |
| Plaintiff,       ) | |
|                 ) | Civil Action No. 04-11548-DPW |
| v.       ) | |
|                 ) | |
| CHARLES R. DALL'ACQUA and       ) | |
| PROTOCOL MARKETING GROUP,       ) | |
|                 ) | |
| Defendants.       ) | |
|                 ) | |

### DEFENDANT CHARLES R. DALL'ACQUA'S  FIRST AMENDED RESPONSE TO PLAINTIFF'S MONITORING INTERROGATORIES PROPOUNDED TO DEFENDANT CHARLES R. DALL'ACQUA

Defendant Charles R. Dall'Acqua ("Dall'Acqua"), by his attorneys, hereby responds to Plaintiff Harte-Hanks, Inc.'s Monitoring Interrogatories Propounded to Defendant Charles R. Dall'Acqua as follows:

### GENERAL OBJECTIONS

1.     Dall'Acqua objects to these interrogatories on the grounds that they exceed the maximum number of interrogatories a party may serve under Rule 33(a) of the Federal Rules of Civil Procedure.  In particular, including all discrete subparts as well as the interrogatories included in its "Monitoring Interrogatories," Harte-Hanks has submitted well in excess of the permitted twenty-five (25) interrogatories.

2.     Dall'Acqua objects to these interrogatories to the extent they seek information which is within the attorney-client privilege, the attorney work product privilege or any other recognized privilege or immunity.  Dall'Acqua and his counsel hereby assert such privileges and immunities and will not produce any such protected information.

3.      Dall'Acqua objects to these interrogatories, including the definitions and instructions, to the extent they seek to impose discovery obligations on Dall'Acqua greater than those specified in the Federal Rules of Civil Procedure. Dall'Acqua will respond to these interrogatories in accordance with his obligations pursuant to the Federal Rules of Civil Procedure.

4.      Dall'Acqua objects to these interrogatories to the extent that any particular request is overly broad, vague, ambiguous, misleading, subject to differing interpretations or otherwise objectionable under the Federal Rules of Civil Procedure.

5.      To the extent that any interrogatory calls for information generally available or otherwise known to defendants, Dall'Acqua objects on the grounds that such request is unduly burdensome and oppressive.

6.      Dall'Acqua submits these answers and responses without conceding the relevancy or materiality of the subject matter of any interrogatory, and without prejudice to his right to object to any further discovery or to object to the admissibility of proof on the subject matter.

7.      Dall'Acqua's investigation continues and, therefore, his responses are preliminary. Dall'Acqua expressly reserves the right to supplement these responses as necessary after discovery closes.

8.      All of the above general objections are incorporated by reference into each and every one of the following specific responses.

## MONITORING INTERROGATORIES

**INTERROGATORY NO 1:**   Please identify, by providing his or her full name, address, telephone number and e-mail address, each and every current or former employee of Harte-Hanks with whom you have communicated by any means, including in person or by telephone, e-mail, written correspondence, or otherwise, from January 1, 2004, to the date of your response.

**RESPONSE:**   Dall'Acqua objects to this interrogatory on the grounds it is overly broad,

burdensome and harassing in seeking the identities of all current and former Harte-Hanks

employees with whom Dall'Acqua communicated from January 1, 2004 to the present.

Dall'Acqua further objects on the grounds that it seeks information not reasonably likely to lead

to the discovery of admissible evidence.  Subject to some significant narrowing of the scope of

this interrogatory, Dall'Acqua will reconsider his response.  Without waiving this objection,

Dall'Acqua states that he has had numerous communications with Harte-Hanks employees from

January 1, 2004 to the present based upon his longtime association with the plaintiff.   Further

answering, Dall'Acqua incorporates by reference his responses to Interrogatories Nos. 8, 11, 12

and 13 which discuss his (pre-preliminary injunction order) discussions with Harte-Hanks'

employees regarding their possible employment at Protocol.  Subsequent to this Court's issuance

of the preliminary injunction, Dall'Acqua has not had any conversations that violate this Court's

Order.

**INTERROGATORY 2:**  Please describe in complete detail each communication of any sort you have had with any current or former employee of Harte-Hanks from January 1, 2004, to the date of your response.  Your description of each such communication should include, but not be limited to, (a) an identification of the individual with whom you communicated; (b) an identification of the method(s) (e.g., telephone, writing, etc.) of communication employed; (c) an identification of the date(s) of the communication(s); (d) a word-for-word account of the communication(s) or, where such an account is not possible, a statement of the substance of the communication; (d) an identification of any witness(es) to the communication; and (f) an identification of any documents referring to, relating to, or memorializing the communication.

**RESPONSE:**   Dall'Acqua objects to this interrogatory on the grounds it is overly broad,

burdensome and harassing in seeking the identities of all current and former Harte-Hanks

employees with whom Dall'Acqua communicated from January 1, 2004 to the present.

Dall'Acqua further objects on the grounds that it seeks information not reasonably likely to lead

to the discovery of admissible evidence. Subject to some significant narrowing of the scope of

this interrogatory, Dall'Acqua will reconsider his response. Without waiving this objection,

Dall'Acqua states that he has had numerous communications with Harte-Hanks employees from

January 1, 2004 to the present based upon his longtime association with the plaintiff. Further

answering, Dall'Acqua incorporates by reference his responses to Interrogatories Nos. 8, 11, 12

and 13 which discuss his (pre-preliminary injunction order) discussions with Harte-Hanks'

employees regarding their possible employment at Protocol. Subsequent to this Court's issuance

of the preliminary injunction, Dall'Acqua has not had any conversations that violate this Court's

Order.

**INTERROGATORY NO. 3:** Identify all procedures, steps, and/or safeguards that you or any of your agents have undertaken to ensure compliance with the Court's ruling of August 18, 2004, and order of August 25, 2004. As to each such procedure, step, and/or safeguard, please describe in full detail (a) the individual and/or entity who devised such procedure, step, and/or safeguard; (b) the date, time, place and manner in which such procedure, step, and/or safeguard was adopted; and (c) the identity of the individual or entity responsible for monitoring your full compliance with each such procedure, step, and/or safeguard.

**RESPONSE:** Dall'Acqua objects to this interrogatory to the extent it seeks to intrude upon

privileged matters. Dall'Acqua further objects in that the Court's preliminary injunction order

did not require Dall'Acqua to implement any specific "procedures, steps and/or safeguards," but

rather directed Dall'Acqua not solicit Harte-Hanks employees. Without waiving said objections,

Dall'Acqua states that he has fully complied with the Court's Order and has not influenced any

Harte-Hanks employee to terminate their employment with Harte-Hanks or otherwise recruited

any Harte-Hanks employee for any other employment.  To ensure compliance, Protocol,

Dall'Acqua and all those acting on their behalf have steadfastly adhered to the Court's Order.

CHARLES R. DALL'ACQUA

By: _____*/s/ John F. Rooney*_____
John F. Rooney III
Angela L. Lackard
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109
(617) 523-6200

Susan C. Levy
Daniel J. Winters
JENNER & BLOCK LLP
One IBM Plaza
330 North Wabash
Chicago, IL  60611
(312) 222-9350

Dated:  November 26, 2004

## <u>VERIFICATION</u>

Charles R. Dall'Acqua states on his oath that he has read the foregoing Defendant

Charles R. Dall'Acqua's First Amended Response to Plaintiff's Monitoring Interrogatories

Propounded to Defendant Charles R. Dall'Acqua and that the facts stated therein are true and

correct to the best of his knowledge and belief.

_____
Charles R. Dall'Acqua

Dated: November _____, 2004

EXHIBIT 5

202 of 258

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|---|---|---|---|---|
| 4105075656 | 5625339063 | 6/24/2004 14:30 | 302 | Incoming |
| 4105075656 | 9492759195 | 6/24/2004 14:34 | 179 | Incoming |
| 4105075656 | 9492759074 | 6/24/2004 15:02 | 336 | Incoming |
| 4105075656 | 2135059240 | 6/24/2004 15:25 | 81 | Incoming |
| 4105075656 | 4105075656 | 6/24/2004 15:27 | 49 | Incoming |
| 4105075656 | 4105075656 | 6/24/2004 16:45 | 27 | 4105075656 |
| 4105075656 | #777 | 6/24/2004 17:13 | 80 | 4105075656 |
| 4105075656 | #777 | 6/24/2004 17:15 | 43 | 4105075656 |
| 4105075656 | 5625339063 | 6/24/2004 17:31 | 304 | Incoming |
| 4105075656 | 14105730526 | 6/24/2004 17:53 | 129 | 4105075656 |
| 4105075656 | 2135059039 | 6/24/2004 18:07 | 33 | Incoming |
| 4105075656 | 2135059240 | 6/24/2004 18:26 | 81 | Incoming |
| 4105075656 | 2135059777 | 6/24/2004 18:28 | 34 | Incoming |
| 4105075656 | 18002282100 | 6/24/2004 20:47 | 89 | 4105075656 |
| 4105075656 | 4105075656 | 6/24/2004 21:07 | 72 | Incoming |
| 4105075656 | 4105075656 | 6/24/2004 21:28 | 102 | Incoming |
| 4105075656 | *86 | 6/24/2004 21:31 | 96 | 4105075656 |
| 4105075656 | 18472363499 | 6/24/2004 21:33 | 52 | 4105075656 |
| 4105075656 | 18472363499 | 6/24/2004 21:34 | 24 | 4105075656 |
| 4105075656 | 14105730590 | 6/24/2004 21:34 | 61 | 4105075656 |
| 4105075656 | 18008727245 | 6/24/2004 21:53 | 351 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 0:32 | 92 | 4105075656 |
| 4105075656 | 14105730526 | 6/25/2004 4:40 | 352 | 4105075656 |
| 4105075656 | 14105730526 | 6/25/2004 5:36 | 25 | 4105075656 |
| 4105075656 | 18479020948 | 6/25/2004 5:45 | 59 | 4105075656 |
| 4105075656 | 2135059740 | 6/25/2004 5:58 | 35 | Incoming |
| 4105075656 | 14109916470 | 6/25/2004 6:18 | 38 | 4105075656 |
| 4105075656 | 18472363486 | 6/25/2004 6:19 | 463 | 4105075656 |
| 4105075656 | *86 | 6/25/2004 6:26 | 33 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 8:58 | 65 | Incoming |
| 4105075656 | 4105075656 | 6/25/2004 9:27 | 28 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 11:12 | 53 | Incoming |
| 4105075656 | 4105075656 | 6/25/2004 12:51 | 15 | Incoming |
| 4105075656 | 4105075656 | 6/25/2004 12:52 | 31 | Incoming |
| 4105075656 | 4105075656 | 6/25/2004 12:55 | 43 | Incoming |
| 4105075656 | *86 | 6/25/2004 14:34 | 117 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 14:34 | 116 | 4105075656 |
| 4105075656 | 14109916470 | 6/25/2004 14:47 | 106 | 4105075656 |
| 4105075656 | 14109916470 | 6/25/2004 14:53 | 29 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 14:55 | 210 | Incoming |
| 4105075656 | 2154989822 | 6/25/2004 14:55 | 210 | Incoming |
| 4105075656 | 18472363486 | 6/25/2004 15:23 | 1228 | 4105075656 |
| 4105075656 | 14109916470 | 6/25/2004 15:44 | 85 | 4105075656 |
| 4105075656 | 14105730590 | 6/25/2004 15:46 | 48 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 15:50 | 25 | Incoming |
| 4105075656 | 4105075656 | 6/25/2004 15:51 | 83 | Incoming |
| 4105075656 | *86 | 6/25/2004 16:00 | 59 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 16:01 | 58 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 16:03 | 47 | Incoming |
| 4105075656 | 3025849023 | 6/25/2004 16:03 | 48 | Incoming |
| 4105075656 | 18472363499 | 6/25/2004 16:14 | 25 | 4105075656 |
| 4105075656 | 15169227887 | 6/25/2004 16:28 | 34 | 4105075656 |
| 4105075656 | 14107521008 | 6/25/2004 16:29 | 59 | 4105075656 |
| 4105075656 | 4105075656 | 6/25/2004 16:36 | 520 | Incoming |

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|----------|----------|-------------|------------------|-----------|
| 4105075656 | 12016371774 | 6/30/2004 13:19 | 46 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 13:36 | 118 | Incoming |
| 4105075656 | 6304591363 | 6/30/2004 13:38 | 177 | Incoming |
| 4105075656 | 18285263220 | 6/30/2004 13:44 | 31 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 13:52 | 25 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 13:59 | 25 | Incoming |
| 4105075656 | 6304591131 | 6/30/2004 14:09 | 465 | Incoming |
| 4105075656 | 18882255303 | 6/30/2004 14:22 | 175 | 4105075656 |
| 4105075656 | 14109916470 | 6/30/2004 14:25 | 43 | 4105075656 |
| 4105075656 | 18472363994 | 6/30/2004 14:26 | 30 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 14:28 | 44 | Incoming |
| 4105075656 | 12176369285 | 6/30/2004 14:32 | 29 | 4105075656 |
| 4105075656 | 18472363406 | 6/30/2004 14:33 | 31 | 4105075656 |
| 4105075656 | 12154443162 | 6/30/2004 14:34 | 24 | 4105075656 |
| 4105075656 | 14107667900 | 6/30/2004 14:34 | 74 | 4105075656 |
| 4105075656 | 16092790900 | 6/30/2004 14:36 | 113 | 4105075656 |
| 4105075656 | 6304591904 | 6/30/2004 14:36 | 119 | 4105075656 |
| 4105075656 | 18008621934 | 6/30/2004 14:38 | 295 | 4105075656 |
| 4105075656 | *86 | 6/30/2004 14:43 | 135 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 14:43 | 2 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 14:46 | 612 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 14:51 | 2 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 14:52 | 79 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 14:59 | 34 | Incoming |
| 4105075656 | *86 | 6/30/2004 15:15 | 33 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 15:21 | 316 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 15:25 | 20 | Incoming |
| 4105075656 | 14109916470 | 6/30/2004 15:27 | 74 | 4105075656 |
| 4105075656 | 18472363406 | 6/30/2004 15:28 | 43 | 4105075656 |
| 4105075656 | 6304591274 | 6/30/2004 15:28 | 46 | Incoming |
| 4105075656 | 14105730590 | 6/30/2004 15:29 | 50 | 4105075656 |
| 4105075656 | 14105730590 | 6/30/2004 15:30 | 68 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 15:38 | 173 | Incoming |
| 4105075656 | 14104724584 | 6/30/2004 15:41 | 262 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 15:43 | 88 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 15:43 | 133 | 4105075656 |
| 4105075656 | 6306191461 | 6/30/2004 15:46 | 613 | 4105075656 |
| 4105075656 | 13026586852 | 6/30/2004 15:47 | 23 | 4105075656 |
| 4105075656 | 6094971958 | 6/30/2004 15:49 | 74 | 4105075656 |
| 4105075656 | 16092928262 | 6/30/2004 15:51 | 123 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 15:51 | 58 | Incoming |
| 4105075656 | 16092928262 | 6/30/2004 15:53 | 157 | 4105075656 |
| 4105075656 | 16092790900 | 6/30/2004 15:56 | 180 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 16:15 | 31 | 4105075656 |
| 4105075656 | 6306191270 | 6/30/2004 16:21 | 316 | 4105075656 |
| 4105075656 | 6306191910 | 6/30/2004 16:38 | 172 | Incoming |
| 4105075656 | 4105075656 | 6/30/2004 17:33 | 116 | Incoming |
| 4105075656 | *86 | 6/30/2004 18:42 | 123 | 4105075656 |
| 4105075656 | 4105075656 | 6/30/2004 18:42 | 122 | 4105075656 |
| 4105075656 | 14109916470 | 6/30/2004 18:45 | 52 | 4105075656 |
| 4105075656 | 13125437472 | 6/30/2004 18:46 | 26 | 4105075656 |
| 4105075656 | 15169227887 | 6/30/2004 19:14 | 66 | 4105075656 |
| 4105075656 | 14102795881 | 6/30/2004 19:16 | 76 | 4105075656 |
| 4105075656 | 15165090108 | 6/30/2004 19:17 | 120 | 4105075656 |

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|----------|----------|-------------|------------------|-----------|
| 4105075656 | 13125437472 | 6/30/2004 19:20 | 56 | 4105075656 |
| 4105075656 | 14432236822 | 6/30/2004 19:24 | 193 | 4105075656 |
| 4105075656 | 14432236822 | 6/30/2004 19:27 | 79 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 9:06 | 61 | Incoming |
| 4105075656 | 14107667900 | 7/1/2004 9:21 | 29 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 9:44 | 913 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 9:50 | 72 | Incoming |
| 4105075656 | 14105719490 | 7/1/2004 10:00 | 73 | 4105075656 |
| 4105075656 | 14109916470 | 7/1/2004 10:10 | 114 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 10:29 | 164 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 10:32 | 218 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 10:35 | 27 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 10:36 | 257 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 11:03 | 16 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 11:10 | 72 | Incoming |
| 4105075656 | *86 | 7/1/2004 11:27 | 61 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 11:27 | 61 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 11:38 | 120 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 11:41 | 106 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 11:44 | 88 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 11:45 | 28 | Incoming |
| 4105075656 | *86 | 7/1/2004 12:02 | 197 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 12:02 | 197 | 4105075656 |
| 4105075656 | 18188257281 | 7/1/2004 12:06 | 65 | 4105075656 |
| 4105075656 | 18472363406 | 7/1/2004 12:07 | 43 | 4105075656 |
| 4105075656 | 14109916470 | 7/1/2004 12:08 | 34 | 4105075656 |
| 4105075656 | 18472363486 | 7/1/2004 12:17 | 489 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 12:48 | 155 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 12:53 | 381 | Incoming |
| 4105075656 | 14109916470 | 7/1/2004 13:00 | 35 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 13:03 | 220 | Incoming |
| 4105075656 | 5169227887 | 7/1/2004 13:09 | 49 | 4105075656 ← |
| 4105075656 | 4105075656 | 7/1/2004 13:10 | 426 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 13:23 | 77 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 14:43 | 144 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 14:47 | 76 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 15:18 | 28 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 15:49 | 24 | Incoming |
| 4105075656 | 18472363406 | 7/1/2004 15:50 | 457 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 16:06 | 763 | Incoming |
| 4105075656 | 4108049758 | 7/1/2004 16:06 | 763 | Incoming |
| 4105075656 | 18008621934 | 7/1/2004 16:52 | 121 | 4105075656 |
| 4105075656 | 18002416522 | 7/1/2004 16:54 | 336 | 4105075656 |
| 4105075656 | 14105730590 | 7/1/2004 17:00 | 54 | 4105075656 |
| 4105075656 | 18472363499 | 7/1/2004 17:01 | 176 | 4105075656 |
| 4105075656 | 16106621818 | 7/1/2004 17:14 | 56 | 4105075656 |
| 4105075656 | 13026586852 | 7/1/2004 17:16 | 73 | 4105075656 |
| 4105075656 | 18472363994 | 7/1/2004 17:22 | 41 | 4105075656 |
| 4105075656 | 18472363994 | 7/1/2004 17:34 | 43 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 17:45 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/1/2004 17:45 | 75 | Incoming |
| 4105075656 | *86 | 7/1/2004 17:53 | 49 | 4105075656 |
| 4105075656 | 4105075656 | 7/1/2004 17:53 | 48 | 4105075656 |
| 4105075656 | 15165090108 | 7/1/2004 17:54 | 35 | 4105075656 |

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|----------|----------|-------------|------------------|-----------|
| 4105075656 | 4105075656 | 7/7/2004 11:21 | 345 | Incoming |
| 4105075656 | 7725797630 | 7/7/2004 11:21 | 344 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 11:26 | 350 | Incoming |
| 4105075656 | 7725797924 | 7/7/2004 11:26 | 352 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 11:33 | 210 | Incoming |
| 4105075656 | 7725797561 | 7/7/2004 11:33 | 208 | Incoming |
| 4105075656 | 14105730590 | 7/7/2004 11:40 | 46 | 4105075656 |
| 4105075656 | 18053773270 | 7/7/2004 11:41 | 73 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 11:47 | 252 | Incoming |
| 4105075656 | 7725797576 | 7/7/2004 11:48 | 253 | Incoming |
| 4105075656 | 18775960386 | 7/7/2004 12:08 | 1532 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 12:21 | 2 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 12:22 | 68 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 12:31 | 2 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 12:31 | 36 | Incoming |
| 4105075656 | *86 | 7/7/2004 12:43 | 308 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 12:43 | 307 | 4105075656 |
| 4105075656 | 18472363994 | 7/7/2004 12:48 | 101 | 4105075656 |
| 4105075656 | 18472363486 | 7/7/2004 12:50 | 391 | 4105075656 |
| 4105075656 | 18472363486 | 7/7/2004 12:57 | 167 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 12:59 | 13 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 13:00 | 31 | Incoming |
| 4105075656 | 7725797834 | 7/7/2004 13:00 | 53 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 13:26 | 100 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 14:09 | 6 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 14:12 | 50 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 14:15 | 5 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 14:36 | 4 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 14:39 | 4 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 14:45 | 104 | Incoming |
| 4105075656 | 7046046953 | 7/7/2004 14:56 | 311 | Incoming |
| 4105075656 | 7046046953 | 7/7/2004 14:56 | 311 | Incoming |
| 4105075656 | 16318645027 | 7/7/2004 15:02 | 225 | 4105075656 |
| 4105075656 | *86 | 7/7/2004 15:05 | 148 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 15:06 | 142 | 4105075656 |
| 4105075656 | 7046046937 | 7/7/2004 15:07 | 865 | Incoming |
| 4105075656 | 7046046937 | 7/7/2004 15:07 | 865 | Incoming |
| 4105075656 | 15615041800 | 7/7/2004 15:21 | 170 | 4105075656 |
| 4105075656 | 18472363486 | 7/7/2004 15:30 | 459 | 4105075656 |
| 4105075656 | 7046046973 | 7/7/2004 15:36 | 24 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 15:36 | 32 | Incoming |
| 4105075656 | 7046046940 | 7/7/2004 15:37 | 24 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 15:37 | 31 | Incoming |
| 4105075656 | 18002485562 | 7/7/2004 15:38 | 375 | 4105075656 |
| 4105075656 | 15169227887 | 7/7/2004 15:52 | 151 | 4105075656 |
| 4105075656 | *86 | 7/7/2004 15:57 | 134 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 15:57 | 129 | 4105075656 |
| 4105075656 | 18472363486 | 7/7/2004 15:59 | 45 | 4105075656 |
| 4105075656 | 14109916470 | 7/7/2004 16:00 | 86 | 4105075656 |
| 4105075656 | 13124225280 | 7/7/2004 16:02 | 163 | 4105075656 |
| 4105075656 | 16302356390 | 7/7/2004 16:10 | 47 | 4105075656 |
| 4105075656 | 14105730590 | 7/7/2004 16:12 | 22 | 4105075656 |
| 4105075656 | 16092790900 | 7/7/2004 16:12 | 65 | 4105075656 |
| 4105075656 | 14109916470 | 7/7/2004 16:13 | 44 | 4105075656 |

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|---|---|---|---|---|
| 4105075656 | 18472363499 | 7/7/2004 16:14 | 29 | 4105075656 |
| 4105075656 | 13142837816 | 7/7/2004 16:15 | 83 | 4105075656 |
| 4105075656 | 17275967880 | 7/7/2004 16:17 | 60 | 4105075656 |
| 4105075656 | 7046046929 | 7/7/2004 16:22 | 26 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 16:22 | 31 | Incoming |
| 4105075656 | 7046046925 | 7/7/2004 16:24 | 108 | Incoming |
| 4105075656 | 7046046925 | 7/7/2004 16:24 | 108 | Incoming |
| 4105075656 | 14109916470 | 7/7/2004 16:32 | 25 | 4105075656 |
| 4105075656 | 18003443403 | 7/7/2004 16:32 | 78 | 4105075656 |
| 4105075656 | 14102795881 | 7/7/2004 16:34 | 338 | 4105075656 |
| 4105075656 | 7046046932 | 7/7/2004 16:36 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 16:36 | 68 | Incoming |
| 4105075656 | *86 | 7/7/2004 16:40 | 54 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 16:40 | 49 | 4105075656 |
| 4105075656 | 7046046968 | 7/7/2004 16:43 | 309 | Incoming |
| 4105075656 | 7046046968 | 7/7/2004 16:43 | 308 | Incoming |
| 4105075656 | 19416852004 | 7/7/2004 16:50 | 608 | 4105075656 |
| 4105075656 | 7046046963 | 7/7/2004 17:07 | 253 | Incoming |
| 4105075656 | 7046046963 | 7/7/2004 17:07 | 252 | Incoming |
| 4105075656 | 15169831617 | 7/7/2004 17:26 | 111 | 4105075656 |
| 4105075656 | 7046046913 | 7/7/2004 17:27 | 14 | Incoming |
| 4105075656 | 7046046913 | 7/7/2004 17:27 | 439 | Incoming |
| 4105075656 | 7046046913 | 7/7/2004 17:28 | 425 | Incoming |
| 4105075656 | 7046046923 | 7/7/2004 17:36 | 27 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 17:36 | 69 | Incoming |
| 4105075656 | *86 | 7/7/2004 17:39 | 49 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 17:39 | 45 | 4105075656 |
| 4105075656 | 15169831617 | 7/7/2004 17:40 | 2 | 4105075656 |
| 4105075656 | 15169831617 | 7/7/2004 17:41 | 62 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 18:20 | 65 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 18:52 | 5 | Incoming |
| 4105075656 | *86 | 7/7/2004 19:15 | 66 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 19:15 | 65 | 4105075656 |
| 4105075656 | 15169831617 | 7/7/2004 19:16 | 43 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 19:21 | 30 | Incoming |
| 4105075656 | 9736999153 | 7/7/2004 19:21 | 30 | Incoming |
| 4105075656 | 15169831617 | 7/7/2004 19:22 | 26 | 4105075656 |
| 4105075656 | 15169831617 | 7/7/2004 19:30 | 38 | 4105075656 |
| 4105075656 | 14109916470 | 7/7/2004 19:31 | 656 | 4105075656 |
| 4105075656 | 18473740848 | 7/7/2004 19:42 | 76 | 4105075656 |
| 4105075656 | 14432236822 | 7/7/2004 19:48 | 69 | 4105075656 |
| 4105075656 | 14109916470 | 7/7/2004 19:55 | 195 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 19:58 | 2 | Incoming |
| 4105075656 | 9177109208 | 7/7/2004 19:58 | 31 | Incoming |
| 4105075656 | 4105075656 | 7/7/2004 19:59 | 24 | Incoming |
| 4105075656 | 18479513877 | 7/7/2004 20:02 | 72 | 4105075656 |
| 4105075656 | 14109916470 | 7/7/2004 20:04 | 168 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 21:41 | 204 | Incoming |
| 4105075656 | 9177109862 | 7/7/2004 21:41 | 205 | Incoming |
| 4105075656 | 14105730526 | 7/7/2004 22:07 | 51 | 4105075656 |
| 4105075656 | 4105075656 | 7/7/2004 22:10 | 671 | Incoming |
| 4105075656 | 9177109784 | 7/7/2004 22:10 | 672 | Incoming |
| 4105075656 | 14105730526 | 7/7/2004 23:01 | 174 | 4105075656 |
| 4105075656 | 14105730526 | 7/8/2004 6:38 | 396 | 4105075656 |

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|----------|----------|-------------|------------------|-----------|
| 4105075656 | 4105075656 | 7/8/2004 15:54 | 34 | 4105075656 |
| 4105075656 | 15169831617 | 7/8/2004 15:55 | 80 | 4105075656 |
| 4105075656 | 13129232909 | 7/8/2004 15:57 | 1205 | 4105075656 |
| 4105075656 | 18472363486 | 7/8/2004 16:17 | 15 | 4105075656 |
| 4105075656 | 18003799664 | 7/8/2004 16:18 | 627 | 4105075656 |
| 4105075656 | 4105075656 | 7/8/2004 16:29 | 212 | Incoming |
| 4105075656 | 2154989665 | 7/8/2004 16:29 | 213 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 16:37 | 810 | Incoming |
| 4105075656 | 3025849004 | 7/8/2004 16:37 | 810 | Incoming |
| 4105075656 | 18472363994 | 7/8/2004 16:51 | 36 | 4105075656 |
| 4105075656 | 18472363994 | 7/8/2004 16:52 | 149 | 4105075656 |
| 4105075656 | 15615041800 | 7/8/2004 16:55 | 57 | 4105075656 |
| 4105075656 | 18474521333 | 7/8/2004 16:56 | 86 | 4105075656 |
| 4105075656 | 15615041800 | 7/8/2004 17:48 | 117 | 4105075656 |
| 4105075656 | 14109916470 | 7/8/2004 17:52 | 38 | 4105075656 |
| 4105075656 | 4105075656 | 7/8/2004 18:05 | 117 | Incoming |
| 4105075656 | 12016371774 | 7/8/2004 18:07 | 79 | 4105075656 |
| 4105075656 | 18474521333 | 7/8/2004 18:10 | 99 | 4105075656 |
| 4105075656 | 4105075656 | 7/8/2004 18:12 | 82 | Incoming |
| 4105075656 | 19145527603 | 7/8/2004 18:14 | 1110 | 4105075656 |
| 4105075656 | 4105075656 | 7/8/2004 18:53 | 54 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 19:17 | 23 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 19:19 | 51 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 20:20 | 30 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 20:47 | 28 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 20:49 | 32 | Incoming |
| 4105075656 | 6312525339 | 7/8/2004 20:52 | 49 | 4105075656 |
| 4105075656 | 16318645027 | 7/8/2004 20:53 | 256 | 4105075656 |
| 4105075656 | 4105075656 | 7/8/2004 20:58 | 35 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 21:31 | 76 | Incoming |
| 4105075656 | 4105075656 | 7/8/2004 22:11 | 77 | Incoming |
| 4105075656 | *86 | 7/8/2004 22:33 | 48 | 4105075656 |
| 4105075656 | 4105075656 | 7/8/2004 22:33 | 47 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 8:47 | 897 | Incoming |
| 4105075656 | 4105075656 | 7/9/2004 9:14 | 26 | Incoming |
| 4105075656 | 4105075656 | 7/9/2004 11:05 | 35 | Incoming |
| 4105075656 | 4105075656 | 7/9/2004 11:06 | 124 | Incoming |
| 4105075656 | *86 | 7/9/2004 11:09 | 102 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 11:09 | 101 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 11:28 | 89 | Incoming |
| 4105075656 | *86 | 7/9/2004 11:35 | 87 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 11:35 | 86 | 4105075656 |
| 4105075656 | 18472363486 | 7/9/2004 11:37 | 58 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 12:16 | 36 | Incoming |
| 4105075656 | 4105075656 | 7/9/2004 12:18 | 69 | Incoming |
| 4105075656 | *86 | 7/9/2004 12:24 | 33 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 12:24 | 32 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 12:42 | 86 | Incoming |
| 4105075656 | 4105075656 | 7/9/2004 12:42 | 103 | Incoming |
| 4105075656 | 4105075656 | 7/9/2004 13:11 | 78 | Incoming |
| 4105075656 | *86 | 7/9/2004 13:17 | 157 | 4105075656 |
| 4105075656 | 4105075656 | 7/9/2004 13:17 | 156 | 4105075656 |
| 4105075656 | 16093911616 | 7/9/2004 13:55 | 60 | 4105075656 |
| 4105075656 | 13025403305 | 7/9/2004 13:57 | 70 | 4105075656 |

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|---|---|---|---|---|
| 4105075656 | 4105075656 | 7/26/2004 14:36 | 59 | Incoming |
| 4105075656 | *86 | 7/26/2004 14:43 | 54 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 14:43 | 53 | 4105075656 |
| 4105075656 | 18008621934 | 7/26/2004 14:44 | 129 | 4105075656 |
| 4105075656 | 14109916470 | 7/26/2004 15:17 | 335 | 4105075656 |
| 4105075656 | 15615041800 | 7/26/2004 15:43 | 755 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 15:48 | 2 | Incoming |
| 4105075656 | 4105075656 | 7/26/2004 15:48 | 23 | Incoming |
| 4105075656 | 14432236822 | 7/26/2004 15:56 | 129 | 4105075656 |
| 4105075656 | 13129232888 | 7/26/2004 15:59 | 366 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 16:00 | 2 | Incoming |
| 4105075656 | 4105075656 | 7/26/2004 16:00 | 86 | Incoming |
| 4105075656 | 13129232909 | 7/26/2004 16:06 | 619 | 4105075656 |
| 4105075656 | 18472363414 | 7/26/2004 16:16 | 244 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 16:22 | 85 | Incoming |
| 4105075656 | 7185948096 | 7/26/2004 16:22 | 87 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 16:22 | 21 | Incoming |
| 4105075656 | 4105075656 | 7/26/2004 16:23 | 2 | Incoming |
| 4105075656 | *86 | 7/26/2004 16:30 | 38 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 16:30 | 37 | 4105075656 |
| 4105075656 | 18472363486 | 7/26/2004 16:31 | 81 | 4105075656 |
| 4105075656 | 18472363994 | 7/26/2004 16:32 | 44 | 4105075656 |
| 4105075656 | 18472363499 | 7/26/2004 16:33 | 119 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 16:38 | 196 | Incoming |
| 4105075656 | 7185948556 | 7/26/2004 16:38 | 196 | Incoming |
| 4105075656 | 14107667900 | 7/26/2004 16:42 | 97 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 16:42 | 7 | Incoming |
| 4105075656 | 14109916470 | 7/26/2004 16:44 | 94 | 4105075656 |
| 4105075656 | 18002485562 | 7/26/2004 16:46 | 2 | 4105075656 |
| 4105075656 | 18472363486 | 7/26/2004 16:46 | 360 | 4105075656 |
| 4105075656 | 14105730590 | 7/26/2004 16:53 | 46 | 4105075656 |
| 4105075656 | 15169831617 | 7/26/2004 16:54 | 74 | 4105075656 |
| 4105075656 | 13124222406 | 7/26/2004 16:55 | 45 | 4105075656 |
| 4105075656 | 14109916470 | 7/26/2004 16:56 | 65 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 17:01 | 27 | Incoming |
| 4105075656 | 4105075656 | 7/26/2004 17:01 | 88 | Incoming |
| 4105075656 | 4105075656 | 7/26/2004 17:45 | 5 | Incoming |
| 4105075656 | 4105075656 | 7/26/2004 18:02 | 29 | Incoming |
| 4105075656 | 4105075656 | 7/26/2004 19:14 | 87 | Incoming |
| 4105075656 | 18008621934 | 7/26/2004 19:40 | 115 | 4105075656 |
| 4105075656 | 18003311200 | 7/26/2004 19:45 | 159 | 4105075656 |
| 4105075656 | 18004002261 | 7/26/2004 19:48 | 113 | 4105075656 |
| 4105075656 | *86 | 7/26/2004 19:54 | 15 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 19:54 | 11 | 4105075656 |
| 4105075656 | 14109916470 | 7/26/2004 19:55 | 3 | 4105075656 |
| 4105075656 | 14105730526 | 7/26/2004 19:55 | 37 | 4105075656 |
| 4105075656 | 14109916470 | 7/26/2004 19:55 | 75 | 4105075656 |
| 4105075656 | 7046046944 | 7/26/2004 19:57 | 170 | Incoming |
| 4105075656 | 7046046944 | 7/26/2004 19:57 | 170 | Incoming |
| 4105075656 | 19419531234 | 7/26/2004 20:00 | 307 | 4105075656 |
| 4105075656 | *86 | 7/26/2004 20:06 | 155 | 4105075656 |
| 4105075656 | 4105075656 | 7/26/2004 20:06 | 151 | 4105075656 |
| 4105075656 | 13124222406 | 7/26/2004 20:08 | 86 | 4105075656 |
| 4105075656 | 8572227467 | 7/26/2004 20:10 | 263 | 4105075656 |

| Mobile # | Dialed # | Date & Time | Duration/Seconds | Calling # |
|----------|----------|-------------|------------------|-----------|
| 4105075656 | 9087836076 | 7/30/2004 14:02 | 296 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 14:08 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 14:08 | 144 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 14:16 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 14:16 | 92 | Incoming |
| 4105075656 | *86 | 7/30/2004 14:51 | 244 | 4105075656 |
| 4105075656 | 4105075656 | 7/30/2004 14:51 | 243 | 4105075656 |
| 4105075656 | 19145527603 | 7/30/2004 14:56 | 913 | 4105075656 |
| 4105075656 | 13129232772 | 7/30/2004 15:11 | 34 | 4105075656 |
| 4105075656 | 15169831617 | 7/30/2004 15:13 | 215 | 4105075656 |
| 4105075656 | 18668981313 | 7/30/2004 15:20 | 196 | 4105075656 |
| 4105075656 | 18002485562 | 7/30/2004 15:27 | 230 | 4105075656 |
| 4105075656 | 18002282100 | 7/30/2004 15:32 | 192 | 4105075656 |
| 4105075656 | 4105075656 | 7/30/2004 15:46 | 163 | Incoming |
| 4105075656 | 9087836543 | 7/30/2004 15:46 | 163 | 4105075656 |
| 4105075656 | 4105075656 | 7/30/2004 15:51 | 116 | Incoming |
| 4105075656 | 9087836273 | 7/30/2004 15:51 | 116 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 17:12 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 17:12 | 31 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 17:15 | 67 | Incoming |
| 4105075656 | 9087836092 | 7/30/2004 17:15 | 68 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 18:10 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 18:10 | 74 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 18:11 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 18:11 | 80 | Incoming |
| 4105075656 | *86 | 7/30/2004 18:15 | 107 | 4105075656 |
| 4105075656 | 4105075656 | 7/30/2004 18:15 | 106 | 4105075656 |
| 4105075656 | 13128408611 | 7/30/2004 18:17 | 54 | 4105075656 |
| 4105075656 | 14432236822 | 7/30/2004 18:22 | 35 | 4105075656 |
| 4105075656 | 4105075656 | 7/30/2004 18:26 | 33 | Incoming |
| 4105075656 | 9087836442 | 7/30/2004 18:26 | 34 | 4105075656 |
| 4105075656 | 4105075656 | 7/30/2004 18:34 | 335 | Incoming |
| 4105075656 | 9087836395 | 7/30/2004 18:34 | 336 | 4105075656 |
| 4105075656 | 4105075656 | 7/30/2004 19:47 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 19:47 | 33 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 20:44 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 20:44 | 31 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 21:54 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/30/2004 21:54 | 171 | Incoming |
| 4105075656 | 4105075656 | 7/31/2004 0:23 | 25 | Incoming |
| 4105075656 | 4105075656 | 7/31/2004 0:23 | 301 | Incoming |
| 4105075656 | 4105075656 | 7/31/2004 8:37 | 91 | Incoming |
| 4105075656 | *86 | 7/31/2004 10:45 | 407 | 4105075656 |
| 4105075656 | 4105075656 | 7/31/2004 10:45 | 406 | 4105075656 |
| 4105075656 | 4105075656 | 7/31/2004 10:47 | 2 | Incoming |
| 4105075656 | 4105075656 | 7/31/2004 10:47 | 206 | Incoming |
| 4105075656 | 8473740848 | 7/31/2004 11:02 | 93 | 4105075656 |
| 4105075656 | 13125437472 | 7/31/2004 11:04 | 238 | 4105075656 |
| 4105075656 | 4105075656 | 7/31/2004 11:40 | 43 | Incoming |
| 4105075656 | 9087836597 | 7/31/2004 11:40 | 44 | Incoming |
| 4105075656 | 4105075656 | 7/31/2004 11:45 | 34 | Incoming |
| 4105075656 | 9087836045 | 7/31/2004 11:45 | 35 | Incoming |
| 4105075656 | 9783422945 | 7/31/2004 12:01 | 161 | 4105075656 |
| 4105075656 | 8473740848 | 7/31/2004 12:47 | 70 | 4105075656 |

| Sensor | Date | Time | Mobile # | Dialed # | Calling # | Call Dur in Sec |
|--------|------|------|----------|----------|-----------|-----------------|
| tampa_bay | 08/17/2004 | 09:15:36 | 4105075656 | 14105730526 | 4105075656 | 886 |
| tampa_bay | 08/17/2004 | 09:06:46 | 4105075656 | 18006772001 | 4105075656 | 58 |
| tampa_bay | 08/17/2004 | 09:03:34 | 4105075656 | 18283292700 | 4105075656 | 34 |
| tampa_bay | 08/17/2004 | 08:59:40 | 4105075656 | 18006772001 | 4105075656 | 117 |
| tampa_bay | 08/17/2004 | 08:25:16 | 4105075656 | 18006542210 | 4105075656 | 42 |
| tampa_bay | 08/17/2004 | 08:20:24 | 4105075656 | 18003311200 | 4105075656 | 283 |
| woodlawn | 08/17/2004 | 08:12:46 | 4105075656 | 4105075656 | 4105075656 | 49 |
| tampa_bay | 08/17/2004 | 08:11:35 | 4105075656 | 14105730526 | 4105075656 | 517 |
| tampa_bay | 08/17/2004 | 08:10:40 | 4105075656 | *86 | 4105075656 | 51 |
| woodlawn | 08/17/2004 | 08:07:33 | 4105075656 | 8635141222 | Incoming | 39 |
| tampa_bay | 08/17/2004 | 08:05:29 | 4105075656 | 4105075656 | Incoming | 38 |
| woodlawn | 08/17/2004 | 07:41:52 | 4105075656 | 4105075656 | 4105075656 | 38 |
| miami1 | 08/16/2004 | 22:31:58 | 4105075656 | 14105730526 | 4105075656 | 113 |
| miami1 | 08/16/2004 | 22:17:43 | 4105075656 | 18002416522 | 4105075656 | 849 |
| miami1 | 08/16/2004 | 21:39:54 | 4105075656 | 14105730526 | 4105075656 | 123 |
| miami1 | 08/16/2004 | 21:23:47 | 4105075656 | 14105730526 | 4105075656 | 453 |
| woodlawn | 08/16/2004 | 19:15:03 | 4105075656 | 7725797992 | Incoming | 23 |
| miami1 | 08/16/2004 | 19:14:36 | 4105075656 | 4105075656 | Incoming | 22 |
| woodlawn | 08/16/2004 | 18:46:49 | 4105075656 | 7725797507 | Incoming | 551 |
| miami1 | 08/16/2004 | 18:46:22 | 4105075656 | 4105075656 | Incoming | 551 |
| miami1 | 08/16/2004 | 18:30:07 | 4105075656 | 15613814065 | 4105075656 | 204 |
| miami1 | 08/16/2004 | 18:13:30 | 4105075656 | 14109916470 | 4105075656 | 97 |
| miami1 | 08/16/2004 | 18:11:37 | 4105075656 | 15613814065 | 4105075656 | 81 |
| woodlawn | 08/16/2004 | 18:11:14 | 4105075656 | 4105075656 | 4105075656 | 36 |
| miami1 | 08/16/2004 | 18:10:45 | 4105075656 | *86 | 4105075656 | 37 |
| woodlawn | 08/16/2004 | 18:09:14 | 4105075656 | 4105075656 | Incoming | 73 |
| miami1 | 08/16/2004 | 18:08:49 | 4105075656 | 4105075656 | Incoming | 2 |
| woodlawn | 08/16/2004 | 17:34:19 | 4105075656 | 7725797788 | 4105075656 | 2206 |
| miami1 | 08/16/2004 | 17:33:54 | 4105075656 | 4105075656 | Incoming | 2204 |
| woodlawn | 08/16/2004 | 17:22:04 | 4105075656 | 7725797951 | 4105075656 | 707 |
| miami1 | 08/16/2004 | 17:21:38 | 4105075656 | 4105075656 | Incoming | 708 |
| woodlawn | 08/16/2004 | 17:16:34 | 4105075656 | 7725797566 | 4105075656 | 288 |
| miami1 | 08/16/2004 | 17:16:08 | 4105075656 | 4105075656 | Incoming | 287 |
| woodlawn | 08/16/2004 | 17:15:30 | 4105075656 | 7725797702 | 4105075656 | 364 |
| miami1 | 08/16/2004 | 17:15:04 | 4105075656 | 4105075656 | Incoming | 351 |
| miami1 | 08/16/2004 | 17:10:05 | 4105075656 | 18004466677 | 4105075656 | 122 |
| miami1 | 08/16/2004 | 16:57:44 | 4105075656 | 18004466677 | 4105075656 | 61 |
| miami1 | 08/16/2004 | 16:55:18 | 4105075656 | 18004466677 | 4105075656 | 111 |
| orlando | 08/16/2004 | 16:36:58 | 4105075656 | 16094423991 | 4105075656 | 74 |
| orlando | 08/16/2004 | 16:32:48 | 4105075656 | 14109916470 | 4105075656 | 140 |
| orlando | 08/16/2004 | 16:31:33 | 4105075656 | 15166337474 | 4105075656 | 35 |
| orlando | 08/16/2004 | 16:29:22 | 4105075656 | 15169227887 | 4105075656 | 85 |
| orlando | 08/16/2004 | 16:26:51 | 4105075656 | 14432236822 | 4105075656 | 48 |
| orlando | 08/16/2004 | 16:21:14 | 4105075656 | 14078253700 | 4105075656 | 288 |
| orlando | 08/16/2004 | 16:02:24 | 4105075656 | 13129232772 | 4105075656 | 510 |
| woodlawn | 08/16/2004 | 15:16:12 | 4105075656 | 3212469891 | 4105075656 | 172 |
| orlando | 08/16/2004 | 15:15:24 | 4105075656 | 4105075656 | Incoming | 171 |
| woodlawn | 08/16/2004 | 14:40:27 | 4105075656 | 3212469548 | 4105075656 | 730 |
| orlando | 08/16/2004 | 14:39:38 | 4105075656 | 4105075656 | Incoming | 729 |
| orlando | 08/16/2004 | 14:25:51 | 4105075656 | 14105444000 | 4105075656 | 120 |

| Sensor | Date | Time | Mobile # | Dialed # | Calling # | Call Dur in Sec |
|--------|------|------|----------|----------|-----------|-----------------|
| mapleshade1 | 08/20/2004 | 12:55:29 | 4105075656 | 15615041800 | 4105075656 | 78 |
| mapleshade1 | 08/20/2004 | 12:45:40 | 4105075656 | 15616595522 | 4105075656 | 562 |
| mapleshade1 | 08/20/2004 | 12:42:18 | 4105075656 | 14109916470 | 4105075656 | 102 |
| mapleshade1 | 08/20/2004 | 12:41:50 | 4105075656 | 4105075656 | Incoming | 24 |
| woodlawn | 08/20/2004 | 12:41:45 | 4105075656 | 9087836124 | Incoming | 25 |
| woodlawn | 08/20/2004 | 12:41:21 | 4105075656 | 4105075656 | Incoming | 4 |
| mapleshade1 | 08/20/2004 | 12:41:18 | 4105075656 | 18479513877 | 4105075656 | 56 |
| mapleshade1 | 08/20/2004 | 12:36:26 | 4105075656 | 13129232772 | 4105075656 | 286 |
| mapleshade1 | 08/20/2004 | 12:34:44 | 4105075656 | 4105075656 | Incoming | 95 |
| woodlawn | 08/20/2004 | 12:34:38 | 4105075656 | 9087836051 | Incoming | 96 |
| mapleshade1 | 08/20/2004 | 12:34:03 | 4105075656 | 18002485562 | 4105075656 | 53 |
| mapleshade1 | 08/20/2004 | 12:25:49 | 4105075656 | 4105075656 | Incoming | 200 |
| woodlawn | 08/20/2004 | 12:25:45 | 4105075656 | 9087836571 | Incoming | 201 |
| mapleshade1 | 08/20/2004 | 12:19:46 | 4105075656 | 16093911616 | 4105075656 | 53 |
| mapleshade1 | 08/20/2004 | 12:11:16 | 4105075656 | 14432236822 | 4105075656 | 36 |
| mapleshade1 | 08/20/2004 | 11:52:49 | 4105075656 | 14105730590 | 4105075656 | 84 |
| mapleshade1 | 08/20/2004 | 11:52:35 | 4105075656 | 16093911616 | 4105075656 | 3 |
| mapleshade1 | 08/20/2004 | 11:46:49 | 4105075656 | 16093911616 | 4105075656 | 4 |
| mapleshade1 | 08/20/2004 | 11:10:34 | 4105075656 | 4105075656 | Incoming | 48 |
| woodlawn | 08/20/2004 | 11:10:29 | 4105075656 | 9087836087 | Incoming | 49 |
| mapleshade1 | 08/20/2004 | 11:04:10 | 4105075656 | 13125804308 | 4105075656 | 86 |
| mapleshade1 | 08/20/2004 | 11:02:34 | 4105075656 | *86 | 4105075656 | 85 |
| woodlawn | 08/20/2004 | 11:02:32 | 4105075656 | 4105075656 | 4105075656 | 84 |
| mapleshade1 | 08/20/2004 | 10:52:46 | 4105075656 | 4105075656 | Incoming | 25 |
| woodlawn | 08/20/2004 | 10:52:42 | 4105075656 | 4105075656 | Incoming | 80 |
| mapleshade1 | 08/20/2004 | 10:17:20 | 4105075656 | 4105075656 | Incoming | 95 |
| woodlawn | 08/20/2004 | 10:17:15 | 4105075656 | 9087836019 | Incoming | 96 |
| mapleshade1 | 08/20/2004 | 10:16:16 | 4105075656 | 16093911616 | 4105075656 | 4 |
| mapleshade1 | 08/20/2004 | 10:16:05 | 4105075656 | 16093911616 | 4105075656 | 5 |
| mapleshade1 | 08/20/2004 | 10:11:37 | 4105075656 | 13129232772 | 4105075656 | 107 |
| mapleshade1 | 08/20/2004 | 10:00:17 | 4105075656 | 5169227887 | 4105075656 | 459 |
| mapleshade1 | 08/20/2004 | 09:49:45 | 4105075656 | 4105075656 | Incoming | 104 |
| woodlawn | 08/20/2004 | 09:49:41 | 4105075656 | 9087836464 | Incoming | 104 |
| mapleshade1 | 08/20/2004 | 09:41:27 | 4105075656 | 14109916470 | 4105075656 | 243 |
| mapleshade1 | 08/20/2004 | 09:35:50 | 4105075656 | 4105075656 | Incoming | 30 |
| woodlawn | 08/20/2004 | 09:35:45 | 4105075656 | 9087836558 | Incoming | 30 |
| mapleshade1 | 08/20/2004 | 09:29:06 | 4105075656 | 15165090108 | 4105075656 | 58 |
| mapleshade1 | 08/20/2004 | 09:25:57 | 4105075656 | 14109916470 | 4105075656 | 54 |
| mapleshade1 | 08/20/2004 | 08:53:49 | 4105075656 | 4105075656 | Incoming | 54 |
| woodlawn | 08/20/2004 | 08:53:44 | 4105075656 | 9087836375 | Incoming | 55 |
| mapleshade1 | 08/20/2004 | 08:50:21 | 4105075656 | 4105075656 | Incoming | 23 |
| woodlawn | 08/20/2004 | 08:50:17 | 4105075656 | 9087836665 | Incoming | 24 |
| mapleshade1 | 08/20/2004 | 08:09:07 | 4105075656 | 18006456115 | 4105075656 | 130 |
| mapleshade1 | 08/20/2004 | 08:05:47 | 4105075656 | *86 | 4105075656 | 48 |
| woodlawn | 08/20/2004 | 08:05:45 | 4105075656 | 4105075656 | 4105075656 | 46 |
| mapleshade1 | 08/20/2004 | 07:58:39 | 4105075656 | 4105075656 | Incoming | 25 |
| woodlawn | 08/20/2004 | 07:58:34 | 4105075656 | 4105075656 | Incoming | 72 |
| mapleshade1 | 08/19/2004 | 23:38:32 | 4105075656 | 14109916470 | 4105075656 | 167 |
| mapleshade1 | 08/19/2004 | 23:12:04 | 4105075656 | 15165090108 | 4105075656 | 855 |
| mapleshade1 | 08/19/2004 | 23:11:27 | 4105075656 | 4105075656 | Incoming | 22 |