UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 CV 11548 DPW |

## DECLARATION OF PAUL STEVEN HACKER
## IN SUPPORT OF MOTION TO COMPEL RESPONSES
## TO MONITORING INTERROGATORIES

I, Paul Steven Hacker, state:

1. I am over the age of 21. I reside in Texas. I am Vice-President, Legal and Secretary, for Harte-Hanks, Inc. ("Harte-Hanks").

2. Deborah Kennedy was, until recently, a sales representative for Harte-Hanks.

3. I am informed and believe that in the past, Ms. Kennedy was successful. I am informed and believe that her performance deteriorated this year.

4. I am informed and believe that Ms. Kennedy was advised in September that unless her performance improved, she would be terminated, and that her performance did not improve.

5. I am informed and believe that she was terminated in October because of her failure to improve her performance.

6. I am informed and believe that Ms. Kennedy has been hired by Protocol.

7. Ms. Kennedy signed a non-competition agreement with Harte-Hanks. I have reviewed correspondence between Ms. Kennedy and Harte-Hanks, and the correspondence makes very clear that she is well aware of the agreement.

8. Ms. Kennedy submitted telephone records to Harte-Hanks in connection with requests for reimbursement for expenses. These and other records indicate that her telephone numbers are (516) 922-7887 (home), (516) 983-1617 (cell), and (516) 706-0688 (facsimile). The telephone records indicate the following calls to Mr. Dall'Acqua's cell phone:

| DATE | DURATION (Minutes) |
| --- | --- |
| 6/29/04 | 1 |
| 6/29/04 | 5 |
| 7/7/04 | 1 |
| 7/7/04 | 1 |
| 8/26/04 | 2 |

SIGNED UNDER THE PENALTIES OF PERJURY
ON THIS 10th DAY OF DECEMBER 2004.

Paul Steven Hacker

422003.12804

2