UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04 CV 11548 DPW |
| CHARLES R. DALL'ACQUA, | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM IN SUPPORT OF UNOPPOSED**
**MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Harte-Hanks, Inc., submits this memorandum in support of its unopposed motion, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for leave to amend its complaint, principally to add a claim based on recent events and circumstances.

**Factual Background**

This action arises out of Mr. Dall'Acqua's breach of the non-solicitation provision of his Confidentiality/Non-Disclosure Agreement with Harte-Hanks. When the complaint was filed, Harte-Hanks was aware of one breach – Mr. Dall'Acqua's solicitation of John Martus. The count is now up to three.

In the summer, Mr. Dall'Acqua persuaded another Harte-Hanks employee, Joel Bakal, to take a position with Protocol. Recently, Harte-Hanks learned that yet another ex-Harte-Hanks employee, Deborah Kennedy, had been hired by Protocol, and an examination of telephone records indicates that Mr. Dall'Acqua may have solicited her as well. Equally important, Ms.

Kennedy has a non-competition agreement with Harte-Hanks, Mr. Dall'Acqua (and his employer) have known about the agreement for at least a month, and they nevertheless continue to employ her.

The proposed amended complaint contains new factual allegations concerning the hiring of Mr. Bakal and Ms. Kennedy, new allegations in the existing cause of action concerning the hiring of Mr. Bakal and Ms. Kennedy, a new claim for interference with contractual relations arising out of the hiring and employment of Ms. Kennedy, and a new claim for breach of fiduciary duty arising out of recently unearthed evidence concerning Mr. Dall'Acqua's pre-termination use of Harte-Hanks resources to assist him in his negotiations with Protocol.

### Argument

### LEAVE TO AMEND SHOULD BE GRANTED

"Leave to amend is to be 'freely given,' unless it would be futile . . . or [would] reward, inter alia, undue or intended delay." Resolution Trust Corp. v. Gold, 30 F.3d 252, 253 (1st Cir. 1994) (citing Fed. R. Civ. P. 15(a), Northeast Fed. Credit Union v. Neves, 837 F.2d 531, 536 (1st Cir. 1988), and Foman v. Davis, 371 U.S. 178, 182 (1962)). The amendments as to which Harte-Hanks seeks leave would not be futile, and Harte-Hanks has not unduly or intentionally delayed seeking leave to amend.

The new causes of action state claims upon which relief may be granted. Particularly in view of the continued employment of Ms. Kennedy by Protocol, a cause of action for interference will lie. Mr. Dall'Acqua's use of Harte-Hanks resources to assist him in his negotiations with Protocol gives rise to a claim for breach of fiduciary duty.

Harte-Hanks has not unduly or intentionally delayed seeking leave to amend. It seeks leave principally because of the events and circumstances concerning Ms. Kennedy, and Harte-Hanks has been aware of them for only a matter of weeks. But for the Kennedy matter, amendment would not have been necessary or sought, for the other new allegations simply flesh out the complaint with facts and circumstances that are well-known to both sides or that, in the case of the breach of fiduciary duty claim, were recently unearthed.

In any event, Mr. Dall'Acqua does not oppose Harte-Hanks's motion.

WHEREFORE, Harte-Hanks respectfully requests leave to amend the complaint.

Dated: December 23, 2004          HARTE-HANKS, INC.,

                                  By its attorneys,


                                  s/David B. Chaffin
                                  David B. Chaffin
                                  BBO# 549245
                                  Kathleen A. Kelley
                                  BBO # 562342
                                  HARE & CHAFFIN
                                  160 Federal Street
                                  Boston, Massachusetts 02110
                                  (617) 330-5000

422004.1223