UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., <br><br>          Plaintiff, <br><br> v. <br><br> CHARLES R. DALL'ACQUA, <br><br>          Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 04-11548-DPW <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF CHARLES R. DALL'ACQUA

Charles R. Dall'Acqua, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am the President and Chief Executive Officer of Protocol Services, Inc.

2.      Deb Kennedy contacted me in September 2004 to say that she was being terminated by Harte-Hanks.

3.      I advised her regarding the Court's Order and informed her that I could not talk to her regarding any employment-related issues. I then terminated the conversation.

4.      Our next conversation was in October, after Kennedy had been terminated by Harte-Hanks.

5.      Kennedy was not offered employment by Protocol until October 28, 2004. Her first date working at Protocol was November 8, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2004.

_____
Charles R. Dall'Acqua

Document No. 1194546