UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04 CV 11548 DPW |
| CHARLES R. DALL'ACQUA, | ) ) ) | |
| Defendant. | ) ) | |

**EMERGENCY MOTION FOR LEAVE TO TAKE MORE THAN TEN DEPOSITIONS**

Plaintiff, Harte-Hanks, Inc. ("Harte-Hanks"), respectfully moves, pursuant to Local Rule 26.1, for leave to take more than ten deposition. The grounds for this motion are as set forth in the accompanying memorandum of law. The motion is brought on an emergency basis because (a) Harte-Hanks was just advised of the need for the requested relief, (b) the outcome of this motion will substantially affect scheduling, and (c) only five weeks remain in the period for depositions of lay witnesses, and none have been conducted by either side.

Dated: January 10, 2005                              HARTE-HANKS, INC.,

By its attorneys,

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

## CERTIFICATION OF CONSULTATION

      Pursuant to Local Rule 7.1(A) and 37.1, I certify that I have conferred with opposing counsel in an attempt to narrow or resolve the issue presented by this motion but have been unable to do so. The consultations included multiple telephone conversations between myself and Messrs. Winters and Grygorcewicz.

                                            s/David B. Chaffin
                                            David B. Chaffin

422004.011005