# EXHIBIT A

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy D. Gagnolini
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan R. Kurts
John D. DeWick
Matthew Grygorcewicz
Margaret M. Carlsen
Cheryl Mancuso
Kerry D. Fluris
Paul T. Tetrault
Jessica M. Fonelly *(FL)
Stephen D. Eldridge

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6260

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

December 10, 2004

**BY FAX**

Mr. David B. Chaffin
Ms. Kathleen Kelley
HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110-1701

Re: *Harte-Hanks, Inc. V. Protocol Marketing Group and Charles Dall'Acqua*
Civil Action No. 04-CV-11548

Dear Counsel:

Pursuant to the chain-of-custody correspondence requirement in the second stipulation concerning custody of original documents, I write to inform you that the subject documents are being sent via overnight mail to our expert, Peter Tytell, in New York, for a Saturday delivery.

Very truly yours,

Matthew Grygorcewicz

cc: Daniel J. Winters
Enclosures

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III *(DC & NH)
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy B. Goyanian
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen B. Lane *(NH)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan B. Kures
John P. DeWick
Matthew Grygorcewicz
Margaret M. Carleen
Kerry D. Florio
Paul T. Tetrault
Jessica M. Farrelly *(FL)
Stephen D. Eldridge

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

## FACSIMILE COVER SHEET

DATE: December 10, 2004

RECIPIENT'S NAME: David Chaffin

FAX: (617) 330-1996    PHONE: _____

SENDER'S NAME: Matthew Grygorcewicz

NUMBER OF PAGES (Including cover sheet): 2

RE: H-H

SUMMARY: _____

### PLEASE DELIVER THIS FAX TRANSMISSION AS SOON AS POSSIBLE

CONFIDENTIALITY NOTICE:
The information contained in this facsimile message is privileged and confidential and intended only for the use of the individual(s) and/or entity(ies) named above. Any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the telecopied materials is strictly prohibited, and review by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege. If you have received this transmission in error, please immediately notify us by telephone (collect) to arrange for the return of the materials.
Thank you.