| | |
|---|---|
| Ck. #1517, dated 2/2/02 | 2/2/02 |
| Ck. #1519, dated 2/8/02 | 2/8/02 |
| Ck. #1518, dated 2/9/02 | 2/9/02 |
| Ck. #1520, dated 2/15/02 | 2/15/02 |
| Ck. #1521, dated 2/15/02 | 2/15/02 |
| Ck. #1522, dated 2/15/02 | 2/15/02 |
| Ck. #1523, dated 2/15/02 | 2/15/02 |
| Ck. #1524, dated 2/15/02 | 2/15/02 |
| Ck. #1526, dated 2/20/02 | 2/20/02 |
| Ck. #1527, dated 2/20/02 | 2/20/02 |

Known Dates of Charles R. Dall'Acqua                    – 8 –                    Sorted by Date

| | |
|---|---|
| Ck. #1528,<br>dated 2/20/02 | 2/20/02 |
| Ck. #1529,<br>dated 2/20/02 | 2/20/02 |
| Ck. #1530,<br>dated 2/20/02 | 2/20/02 |
| Ck. #1531,<br>dated 2/20/02 | 2/20/02 |
| Ck. #1532,<br>dated 2/20/02 | 2/20/02 |
| Ck. #1533,<br>dated 2/20/02 | 2/20/02 |
| Ck. #1535,<br>dated 2/20/[02] | 2/20 |
| Ck. #1538,<br>dated 2/20/02 | 2/20/02 |
| Ck. #1536,<br>dated 2/21/02 | 2/21/02 |
| Ck. #1537,<br>dated 2/25/02 | 2/25/02 |

| Ex. D-3-I<br>Expense report form<br>for 2/3 to 2/9<br>dated 3/10/02<br>*copy* | 3/10/02 | 2/3 - 2/9 |
| Ex. D-3-J<br>Expense report form<br>for 2/17 to 2/23<br>dated 3/10/02<br>*copy* | 3/10/02 | 2/17 - 2/23 |
| Ex. D-3-K<br>Expense report form<br>for 3/3 to 3/9<br>dated 3/10/02<br>*copy* | 3/10/02 | 3/3 - 3/9 |
| Ex. P-10-H<br>Form MW 507<br>dated 10/4/02 | 10/4/02 | |
| Ex. D-3-A<br>Check #1265<br>dated 12/30/02 | 12/30/02 | |
| Ex. D-3-A<br>Check #1267<br>dated 1/1/03 | 1/1/03 | |
| Ex. P-10-B<br>Signature page (p. 26)<br>dated 7/19/03 | 7/19/03 | |
| Ex. D-3-N<br>Agreement (handwritten)<br>dated 7/24/03<br>*copy* | 7/24/03<br><br>7/24/03 | |

| | |
|---|---|
| Ex. P-10-F<br>Registration Form<br>dated as faxed 9/2/03 | Noon on 10/14<br>10/15<br>of any discrepancy. |
| Ex. P-10-A<br>Enrollment form<br>dated 11/15/03 | 11/15/03 |

| A-1 Agreement, as of 9/11/84 | *(signature)* Participant |
| A-2 Agreement, as of 1/1/86 | *(signature)* Participant |
| A-3 Agreement, as of 1/30/87 | *(signature)* DDRESS |
| Ex. P-10-I Agreement, as of 1/25/88 | *(signature)* DDRESS: |
| A-4 Agreement, as of 1/3/89 | *(signature)* |

| | |
|---|---|
| Ex. P-10-J<br>Agreement,<br>as of 7/14/89 | *[signature]*<br>harles R. Dall'Acqua |
| A-5<br>Agreement,<br>as of 1/3/90 | *[signature]* |
| Ex. P-10-K<br>Option Agreement,<br>as of 1/2/91 | *[signature]* |
| A-6<br>Agreement,<br>as of 3/1/91 | *[signature]* |
| Ex. P-10-N<br>Agreement,<br>as of 1/1/92 | *[signature]*<br>rles R. Dall'Acqua |

| A-7<br>  Agreement,<br>  as of 2/1/92 | <br>Charles R. Dall' |
| Ex. P-10-L<br>  Agreement,<br>  as of 1/1/93 |  |
| Ex. P-10-O<br>  Agreement,<br>  as of 1/1/93 |  |
| Ex. P-10-P<br>  Agreement,<br>  as of 7/23/93 |  |
| A-8<br>  Agreement,<br>  as of 3/1/95 |  |
| A-9<br>  Agreement,<br>  as of 1/2/96 |  |

Known Signatures of Charles R. Dall'Acqua — 4 —                    Sorted by date

| Ex. P-10-Q<br>  Agreement,<br>  as of 7/24/96 | |
|---|---|
| Ex. P-7-A<br>  ThankQ form<br>  dated 12/6/96<br>  *copy (fax)* | *Signature* |
| A-10<br>  Agreement,<br>  as of 1/6/97 | |
| A-11<br>  Performance Agreement,<br>  as of 1/6/97 | |
| Ex. P-7-B<br>  Memo<br>  dated 2/10/97<br>  *copy (fax)* | |
| Ex. P-10-M<br>  Performance Agreement,<br>  as of 1/7/98 | |

| A-12<br>  Agreement,<br>  as of 1/7/98 |  |
|---|---|
| Ex. P-7-C<br>  Memo<br>  dated 1/26/98<br>  *copy (fax)* |  |
| A-13<br>  Agreement,<br>  as of 1/12/99 |  |
| Ex. P-10-R<br>  Agreement,<br>  as of 8/30/99 |  |
| A-14<br>  Agreement,<br>  as of 8/14/00 | <br>ture |

| Ex. P-10-S<br>    Agreement,<br>    as of 1/9/01 |  |
| Ex. P-10-E<br>    PostCom memo<br>    dated 8/20/01 |  |
| A-15<br>    Intent to Respond,<br>    as of 9/26/01 |  |
| A-16<br>    Agreement (Caltex),<br>    as of 9/26/01 |  |
| A-17<br>    Agreement (Chevron),<br>    as of 9/26/01 |  |
| A-18<br>    Agreement (Texaco),<br>    as of 9/26/01 |  |

Known Signatures of Charles R. Dall'Acqua    – 7 –    Sorted by date

| | |
|---|---|
| Ex. D-3-A<br>Check #1394<br>dated 10/1/01 | <br>⬛ 1394 ⌐'00000 |
| Ex. D-3-A<br>Check #1411<br>dated 11/8/01 | <br>⬛ 1411 ⌐'0001 |
| Ex. D-3-B<br>Addendum/Amendment<br>form<br>dated 11/09/01<br>*copy (fax)* | **All other terms**<br> |
| Ex. D-3-C<br>Form regarding<br>grading permit<br>dated 11/16/01<br>*copy* | <br>GNATURE OF NEW PERM |
| Ex. D-3-D<br>Expense report form<br>for 10/28 to 11/3<br>dated 12/2/01<br>*copy* | <br>OVED |
| Ex. D-3-E<br>Expense report form<br>for 11/4 to 11/10<br>dated 12/2/01<br>*copy* | <br>ED |

Known Signatures of Charles R. Dall'Acqua          – 8 –                                    Sorted by date

| | |
|---|---|
| Ex. D-3-F<br>Expense report form<br>for 11/11 to 11/17<br>dated 12/2/01<br>*copy* | |
| Ex. D-3-G<br>Expense report form<br>for 11/18 to 11/24<br>dated 12/2/01<br>*copy* | |
| Ex. D-3-H<br>Expense report form<br>for 11/25 to 12/1<br>dated 12/2/01<br>*copy* | |
| Ex. P-10-C<br>Memo<br>dated 12/5/01 | |
| Ex. D-3-A<br>Check #1434<br>dated 12/6/01 | |
| Ex. P-10-D<br>Enrollment Form<br>dated 12/7/01 | |

| Ex. P-10-G<br>Ætna form<br>dated 12/7/01 | the information supplied in |
|---|---|
| Ex. D-3-A<br>Check #1459<br>dated 12/18/54 (*sic*) | |
| Ck. #1483,<br>dated 1/1/02 | |
| Ck. #1484,<br>dated 1/1/02 | |
| Ck. #1485,<br>dated 1/2/02 | |
| Ck. #1486,<br>dated 1/2/02 | |
| Ck. #1487,<br>dated 1/5/02 | |

| Ex. P-10-T Agreement, as of 1/8/02 | |
| Ck. #1489, dated 1/9/02 | |
| Ck. #1488, dated 1/10/[02] | |
| Ck. #1490, dated 1/19/02 | |
| Ck. #1492, dated 1/21/02 | |
| Ck. #1493, dated 1/21/02 | |

| Ck. #1494, dated 1/22/02 |  |
| Ck. #1495, dated 1/23/02 |  |
| Ck. #1496, dated 1/23/02 |  |
| Ck. #1497, dated 1/23/02 |  |
| Ck. #1498, dated 1/23/[02] |  |
| Ck. #1499, dated 1/23/02 |  |

| Ck. #1500, dated 1/23/02 |  |
| Ck. #1501, dated 1/23/02 |  |
| Ck. #1502, dated 1/23/02 |  |
| Ck. #1503, dated 1/23/02 |  |
| Ck. #1504, dated 1/23/02 |  |
| Ck. #1508, dated 1/23/02 |  |

| Ck. #1505, dated 1/27/02 |  |
| Ck. #1480, dated 2/1/02 |  |
| Ck. #1506, dated 2/1/02 |  |
| Ck. #1507, dated 2/1/02 |  |
| Ck. #1509, dated 2/1/02 |  |
| A-19 Expense report form for 1/20 to /26 dated 2/2/02 *copy* |  |

| Ck. #1510, dated 2/2/02 |  |
| Ck. #1511, dated 2/2/02 |  |
| Ck. #1512, dated 2/2/02 |  |
| Ck. #1513, dated 2/2/02 |  |
| Ck. #1514, dated 2/2/02 |  |
| Ck. #1515, dated 2/2/02 |  |

| Ck. #1516, dated 2/2/02 |  |
| Ck. #1517, dated 2/2/02 |  |
| Ck. #1519, dated 2/8/02 |  |
| Ck. #1518, dated 2/9/02 |  |
| Ck. #1520, dated 2/15/02 |  |
| Ck. #1521, dated 2/15/02 |  |

| Ck. #1522, dated 2/15/02 |  |
| Ck. #1523, dated 2/15/02 |  |
| Ck. #1524, dated 2/15/02 |  |
| Ck. #1526, dated 2/20/02 |  |
| Ck. #1527, dated 2/20/02 |  |
| Ck. #1528, dated 2/20/02 |  |
| Ck. #1529, dated 2/20/02 |  |

Known Signatures of Charles R. Dall'Acqua    – 17 –    Sorted by date

| Ck. #1530, dated 2/20/02 |  |
| Ck. #1531, dated 2/20/02 |  |
| Ck. #1532, dated 2/20/02 |  |
| Ck. #1533, dated 2/20/02 |  |
| Ck. #1535, dated 2/20/[02] |  |
| Ck. #1538, dated 2/20/02 |  |

Known Signatures of Charles R. Dall'Acqua          – 18 –                    Sorted by date

| | |
|---|---|
| Ck. #1536, dated 2/21/02 |  |
| Ck. #1537, dated 2/25/02 |  |
| Ex. D-3-I Expense report form for 2/3 to 2/9 dated 3/10/02 *copy* |  |
| Ex. D-3-J Expense report form for 2/17 to 2/23 dated 3/10/02 *copy* |  |
| Ex. D-3-K Expense report form for 3/3 to 3/9 dated 3/10/02 *copy* |  |

Known Signatures of Charles R. Dall'Acqua          – 19 –                                    Sorted by date

| | |
|---|---|
| Ex. D-3-L<br>  Merrill Lynch form<br>  dated 9/13/02<br>  *copy (fax)* | *(signature)*<br>(Client Signature) |
| Ex. P-10-H<br>  Form MW 507<br>  dated 10/4/02 | *(signature)* |
| Ex. D-3-A<br>  Check #1265<br>  dated 12/30/02 | *(signature)*<br>1265 0000 |
| Ex. D-3-A<br>  Check #1267<br>  dated 1/1/03 | *(signature)*<br>1267 |
| Ex. D-3-M<br>  Memo<br>  dated 1/29/03<br>  [and 2/13/03]<br>  *copy* | *(signature)* |
| Ex. P-10-B<br>  Signature page (p. 26)<br>  dated 7/19/03 | *(signature)*<br>President |

| | |
|---|---|
| Ex. D-3-N<br>　Agreement (handwritten)<br>　dated 7/24/03<br>　*copy* |  |
| Ex. P-10-F<br>　Registration Form<br>　dated as faxed 9/2/03 |  |
| Ex. P-10-A<br>　Enrollment form<br>　dated 11/15/03 | benefit programs. I understand that I canno<br>…dge that I am responsible for verifying that<br> |
| Ex. D-3-O<br>　Agreement (page 6)<br>　undated<br>　*copy (fax)* |  |
| Ex. D-3-P<br>　Agreement (page 8)<br>　undated<br>　*copy (fax)* |  |

Known Signatures of Charles R. Dall'Acqua          – 21 –                    Sorted by date

| Ex. D-3-Q<br>  Agreement (page 6)<br>  undated<br>  *copy (fax)*<br>  *(copy of Ex. P-10-T)* |  |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC.,         ) | |
|         ) | |
|     Plaintiff,       ) | |
|         ) | Civil Action No.  04-11548-DPW |
|     v.         ) | |
|         ) | |
| CHARLES R. DALL'ACQUA,     ) | |
|         ) | |
|     Defendant.     ) | |
|         ) | |

## CERTIFICATION OF RECEIPT

I, the undersigned, hereby certify that, on December 20, 2004, Attorney David B. Chaffin, Hare & Chaffin, 160 Federal Street, 23rd Floor Boston, Massachusetts took custody of Plaintiff's Exhibits P-1 through P-12; Defendant's Exhibits D-1 through D-3;. Nineteen (19) additional documents previously reviewed by Plaintiff's expert; and Ten (10) purportedly contemporaneous documents to the Questioned document in regard to the above-captioned matter from Melick Porter & Shea, LLP, 28 State Street, Boston, Massachusetts.

_____
(sign name)

_____
(print name)