UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 CV 11548 DPW |

**MOTION FOR LEAVE TO FILE REPLY**
**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

Plaintiff, Harte-Hanks, Inc., respectfully moves, pursuant to Local Rule 7.1 (B)(3), for leave to file a five-page reply memorandum in support of its motion to compel Mr. Dall'Acqua, to provide proper answers to Harte-Hanks's monitoring interrogatories. The grounds for this motion are:

1. Harte-Hanks moved to compel based in part on its discovery of extensive contact between Mr. Dall'Acqua and Deborah Kennedy last summer, while Ms. Kennedy was employed by Harte-Hanks. Ms. Kennedy now works for Protocol.

2. In response to the motion to compel, Mr. Dall'Acqua argued (without evidentiary support) that his extensive contact with Ms. Kennedy and his contact with other Harte-Hanks employees was and is simply a continuation of pre-existing personal relationships.

3. After receiving Mr. Dall'Acqua's response, Harte-Hanks tested his argument. Telephone records were examined to determine whether Mr. Dall'Acqua had had frequent

contact with Ms. Kennedy before last summer, the notion being, obviously, that if it were true that there was a pre-existing relationship that explains the summer contact, there should be evidence of it in the form of similar contact before then.

4. The reply memorandum relates, and discusses the significance of, the results of Harte-Hanks's testing of Mr. Dall'Acqua's argument. Because it sheds light on Mr. Dall'Acqua's principal justification for failing to respond to Harte-Hanks's monitoring interrogatories, the supplemental memorandum should assist the Court in its consideration of the motion to compel.

WHEREFORE, Harte-Hanks respectfully requests leave to file the accompanying reply memorandum.

Dated: January 12, 2005

Respectfully submitted,

HARTE-HANKS, INC.,

By its attorneys,

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

**CERTIFICATION OF CONSULTATION**

Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that counsel have conferred in an attempt to narrow or resolve the issues presented, but were unable to do so.

s/David B. Chaffin