# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  04-11548-DPW |
| v. | ) | |
| | ) | |
| CHARLES R. DALL'ACQUA and | ) | |
| PROTOCOL MARKETING GROUP, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANT CHARLES R. DALL'ACQUA'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Defendant Charles R. Dall'Acqua ("Dall'Acqua"), by his attorneys and pursuant to Federal Rule of Civil Procedure 34, hereby requests that Plaintiff Harte-Hanks, Inc. ("Harte-Hanks") produce for inspection and copying, or to allow for inspection, at a mutually convenient location the following documents.

### DEFINITIONS AND INSTRUCTIONS

A.      The term "Plaintiff" shall mean and refer to Harte-Hanks, its attorneys, and all others acting or purporting to act on its behalf.

B.      The term "Defendants" shall mean any defendant named in this case and any officers, directors, employees, agents, attorneys and all others acting or purporting to act on behalf of Defendants.

C.      The term "Complaint" shall mean the Complaint for filed by Harte-Hanks against Dall'Acqua and Protocol on July 12, 2004, in the United States District Court for the District of Massachusetts, bearing the case number 04 CV 11548 DPW.

1

D.    The term "Purported Dall'Acqua Agreement" shall mean the January 25, 2002 Confidentiality/Non-Disclosure Agreement allegedly entered into between Dall'Acqua and Harte-Hanks which is attached to the Complaint as Exhibit A.

E.    The words "document" or "documents" are used in their customary broad sense and include, but are not limited to, correspondence, letters, personal and business memoranda, notes, diaries, audio or visual recordings, or any other tangible things which constitute or contain matters within the scope of Rule 26(b) of the Federal Rules of Civil Procedure which are within the possession, custody or control of Plaintiff.  The term "document" shall include all drafts and copies of each document if the copies contain any additional writing or are not identical copies of the originals.

F.    The words "refer" or "relate" shall mean, in addition to the customary and usual meaning, to discuss, reflect, assess, record, evidence, mention, constitute or in any way be logically or factually connected with the matter discussed.

G.    Words in the singular shall be construed to include the plural, and words in the plural shall be construed to include the singular, so as to make the words used in the broadest sense possible.

H.    Each document request must be answered separately and in the order shown. Each page of each document must be numerically stamped consecutively or "Bates Stamped," to minimize the chance of any dispute as to which documents were produced, and for identification purposes.  If a document already has been provided in response to a previous document request, the response merely should identify the document; a second copy is not required.

I.    If any requested information is claimed to be privileged, to constitute work product or to be otherwise confidential, state the grounds on which such privilege, work product

2

or confidentiality is being asserted, and include a brief description of the subject matter of the information withheld, the identity of all persons by whom and to whom the information was communicated, and if the information is contained in a document, the identity of the document.

J.      Each Document Request constitutes a continuing request for information pursuant to Federal Rule of Civil Procedure 26(e) so as to require, whenever necessary, continuing production and supplementation of responses between the initial date for production set forth above and the time of trial.

## DOCUMENT REQUESTS

52.     All documents where Elaine Dernoga signed Charles R. Dall'Acqua's signature, either in full or in part.

Dated:          September 21, 2004          Respectfully submitted,

CHARLES R. DALL'ACQUA

By:_____
        John F. Rooney III
        Angela L. Lackard
        MELICK, PORTER & SHEA, LLP
        28 State Street
        Boston, MA  02109
        (617) 523-6200

        Susan C. Levy
        Carla J. Rozycki
        Darren M. Mungerson
        JENNER & BLOCK, LLP
        One IBM Plaza
        330 N. Wabash
        40th Floor
        Chicago, IL  60611
        (312) 222-9350

        Attorneys for Defendant Charles R.
        Dall'Acqua

3

# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC.,        ) <br><br> Plaintiff,        ) <br><br> v.        ) <br><br> CHARLES R. DALL'ACQUA and    ) <br> PROTOCOL MARKETING GROUP,    ) <br><br> Defendants.        ) | Civil Action No. 04 CV 11548 DPW |

**RESPONSE TO DEFENDANT CHARLES R. DALL'ACQUA'S
THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

Plaintiff, Harte-Hanks, Inc. ("Harte-Hanks"), submits the following Response to

Defendant Charles R. Dall'Acqua's Third Request for Production of Documents (the "Third

Request").

Harte-Hanks objects to the Third Request in its entirety, and declines to provide any

further response because the Third Request was not served within the period allowed for the

service of written discovery requests under the pre-trial schedule.  Harte-Hanks reserves the right

to amend or supplement this response.

Dated: November 3, 2004                  HARTE-HANKS, INC.,

By its attorneys,

David B. Chaffin
BBO# 549245
Kathleen A. Kelley
BBO # 562342
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing document was served by hand on counsel of record this 3rd day of November, 2004.

Kathleen A. Kelley

422004.100104

# EXHIBIT C

# HARTE-HANKS DIRECT MARKETING
## AMD
## EXPENSE REPORT

| NAME Elaine Dernoga | | DATE PREPARED 6/24/2004 |
|---|---|---|

| LOCATION AMD | DEPARTMENT ADMINISTRATION |
|---|---|

| [X] BUSINESS TRIP | [ ] CONVENTION | [ ] COMPANY SEMINAR | [ ] OTHER SEMINAR |
|---|---|---|---|

| TRIP DESTINATION **AUSTIN, TX** | PERIOD COVERED 6/13-18/2004 |
|---|---|

| TRIP PURPOSE **HRIS SYSTEM TRAINING** |
|---|

1 3061
17261
7J613

| | TYPE OF EXPENSE | EXPENSES PAID OUT-OF-POCKET | REMARKS |
|---|---|---|---|
| 1. | MAJOR TRANSPORTATION | 487.40 | |
| 2. | PERSONAL CAR: ____MILES@____ ¢ | | JUN 2 5 2004 |
| 3. | RENTED CAR | | |
| 4. | PARKING, TOLLS | | |
| 5. | TAXI, BUS FARES | 41.00 | |
| 6. | LODGING | 471.25 | POSTED JUN 29 2004 |
| 7. | TELEPHONE TOLLS, ETC. | | |
| 8. | MEALS FOR SELF | 28.09 | |
| 9. | ENTERTAINING, MEALS FOR OTHERS | | — METHOD OF SETTLEMENT |
| 10. | MISCELLANEOUS TIPS | | [X] ISSUE CHECK     [ ] PAY IN CASH |
| 11. | OTHER ITEMS, SUNDRY | 9.00 | [ ] RECEIPT ATTACHED   [ ] ADJUST PERS. ACCT. |
| | TOTAL OUT-OF-POCKET | 1,036.74 | SIGNED *Elaine Dernoga* |
| | LESS FUNDS ADVANCED | 487.4 | ELAINE DERNOGA |
| | NET DUE EMPLOYEE (COMPANY) | 549.34 | APPROVED |

203 419

Complete reverse side for trip expense details and attach duplicate copy of all charge tickets.

H 05752

TRIP EXPENSE DETAILS

| TYPE OF EXPENSE | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | WEEKLY |
|---|---|---|---|---|---|---|---|---|
| INSERT DATES | 13-Jun | 14-Jun | 15-Jun | 16-Jun | 17-Jun | 18-Jun | | TOTALS |
| 1. MAJOR TRANSPORTATION | 487.40 | | | | | | | 487.40 |
| 2. PERSONAL CAR | | | | | | | | - |
| 3. RENTED CAR | | | | | | | | - |
| 4. PARKING, TOLLS | | | | | | | | - |
| 5. TAXI, BUS FARES | 41.00 | | | | | | | 41.00 |
| 6. LODGING | 94.25 | 94.25 | 94.25 | 94.25 | 94.25 | | | 471.25 |
| 7. TELEPHONE TOLLS, ETC. | | | | | | | | - |
| 8. A    BREAKFAST | | | | | | | | - |
| 8. B    LUNCH | | | | | | 5.36 | | 5.36 |
| 8. C    DINNER | 6.75 | 9.98 | | | | | | 16.73 |
| 8. D    SNACKS, ETC. | | 2.50 | | 3.50 | | | | 6.00 |
| 8. TOTAL MEALS FOR SELF: | | | | | | | | - |
| 9. ENTERTAINING, MEALS FOR OTHERS | | | | | | | | - |
| 10. MISCELLANEOUS TIPS | | | | | | | | - |
| 11. OTHER ITEMS, SUNDRY | | 2.50 | | 2.00 | 4.50 | | | 9.00 |
| DAILY TOTALS | 629.40 | 109.23 | 94.25 | 99.75 | 98.75 | 5.36 | - | 1,036.74 |

H 05753

| LINE | DATE | AMOUNT | ADDITIONAL EXPLANATION |
|---|---|---|---|
| 1 | 6/13 | 487.40 | Southwest - Baltimore - Austin - Baltimore |
| 8 | 6/13 | 41.00 | Taxi from Airport to Hotel |
| 6 | 6/13-18 | 471.25 | Lodging (5) nights |
| 8 | 6/13 | 6.75 | Dinner @ Hotel |
| 8 | 6/14 | 9.98 | Dinner @ Iron Cactus |
| 8 | 6/14 | 2.50 | Snacks @ Hotel |
| 11 | 6/14 | 2.50 | Water |
| 8 | 6/16 | 3.50 | Snacks @ Baseball Game |
| 11 | 6/16 | 2.00 | Water |

| LINE | DATE | AMOUNT | ADDITIONAL EXPLANATION |
|---|---|---|---|
| 11 | 617 | 4.50 | Water |
| 8 | 6/18 | 5.36 | Lunch @ Airport |



**Elaine Dernoga**
05/27/2004 02:50 PM

To: Kim Stringer/SMI/HarteHanksInc@HarteHanksInc
cc:
Subject: Air options - Austin

Please book the following. Can you copy Lori Atkins and Andrew Harrison on my final itin? Thanks!

**Elaine Dernoga**
Human Resources
410-412-1751 Phone
410-412-1801 Fax
Harte-Hanks Privileged and Confidential Information

----- Forwarded by Elaine Dernoga/AMD/HarteHanksInc on 05/27/2004 02:45 PM -----



**Kim Stringer**
05/27/2004 12:19 PM

To: Elaine Dernoga/AMD/HarteHanksInc@HarteHanksInc
cc:
Subject: Air options - Austin

```
Air Option:      USD 487.4000    Penalty: Yes
----------
Air Segment:
Southwest Airlines 1575
       Depart:     Baltimore, MD (BWI) - Sun, Jun 13 2004  2:45 PM
       Arrive:     Austin, TX (AUS) - Sun, Jun 13 2004  7:05 PM  (4 hrs 25 min)
       Class:      Coach
       Meals:      None
       Equip:      733
       -----------------------------------------------------------
Air Segment:
Southwest Airlines 2360
       Depart:     Austin, TX (AUS) - Fri, Jun 18 2004  1:30 PM
       Arrive:     Baltimore, MD (BWI) - Fri, Jun 18 2004  5:45 PM  (3 hrs 15
min)
       Class:      Coach
       Meals:      None
       Equip:      733
       -----------------------------------------------------------
```

JUN 2 5 2004

H 05765

# EXHIBIT D

# HARTE-HANKS DIRECT MARKETING
## AMD
## EXPENSE REPORT

| NAME Elaine Dernoga | | DATE PREPARED   8/12/2004 |
|---|---|---|
| LOCATION   AMD | DEPARTMENT ADMINISTRATION | |
| [X] BUSINESS TRIP   [ ] CONVENTION | [ ] COMPANY SEMINAR | [ ] OTHER SEMINAR |
| TRIP DESTINATION   **Boston, MA** | PERIOD COVERED   **8/9 - 8/10/04** | 13089 |
| TRIP PURPOSE    **Meeting with Steve Hacker** | | 17267 |
| | | 25029 |

| | TYPE OF EXPENSE | EXPENSES PAID OUT-OF-POCKET | REMARKS |
|---|---|---|---|
| 1. | MAJOR TRANSPORTATION | 312.00 | REC'D AUG 1 3 2004 |
| 2. | PERSONAL CAR: ____MILES@_____ ¢ | | |
| 3. | RENTED CAR | | |
| 4. | PARKING, TOLLS | 69.00 | |
| 5. | TAXI, BUS FARES | | |
| 6. | LODGING | 115.19 | |
| 7. | TELEPHONE TOLLS, ETC. | | |
| 8. | MEALS FOR SELF | 28.50 | |
| 9. | ENTERTAINING, MEALS FOR OTHERS | | METHOD OF SETTLEMENT |
| 10. | MISCELLANEOUS TIPS | | [X] ISSUE CHECK     [ ] PAY IN CASH |
| 11. | OTHER ITEMS, SUNDRY | | [ ] RECEIPT ATTACHED   [ ] ADJUST PERS. ACCT. |
| | TOTAL OUT-OF-POCKET | 524.69 | SIGNED |
| | LESS FUNDS ADVANCED | (312.00) | **ELAINE DERNOGA**  *Elaine Dernoga* |
| | NET DUE EMPLOYEE (COMPANY) | 212.69 | APPROVED  *see attached approval.*  *from a Harrison* |

Complete reverse side for trip expense details and attach duplicate copy of all charge tickets.

132.10 , 130.60       203300       ──  203419       524.69

50.00       ← 1st 6. Mail       102470       (312.00)

312.70

H 05813

TRIP EXPENSE DETAILS

| TYPE OF EXPENSE | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | WEEKLY TOTALS |
|---|---|---|---|---|---|---|---|---|
| INSERT DATES | | 9-Aug | 10-Aug | | | | | |
| 1. MAJOR TRANSPORTATION | | | 312.00 | | | | | 312.00 |
| 2. PERSONAL CAR | | | | | | | | - |
| 3. RENTED CAR | | | | | | | | - |
| 4. PARKING, TOLLS | | | 69.00 | | | | | 69.00 |
| 5. TAXI, BUS FARES | | | | | | | | - |
| 6. LODGING | | | 115.19 | | | | | 115.19 |
| 7. TELEPHONE TOLLS, ETC. | | | | | | | | - |
| 8. A BREAKFAST | | | | | | | | - |
| 8. B LUNCH | | | 8.00 | | | | | 8.00 |
| 8. C DINNER | | 16.48 | | | | | | 16.48 |
| 8. D SNACKS, ETC. | | 4.02 | | | | | | 4.02 |
| 8. TOTAL MEALS FOR SELF: | | | | | | | | - |
| 9. ENTERTAINING, MEALS FOR OTHERS | | | | | | | | - |
| 10. MISCELLANEOUS TIPS | | | | | | | | - |
| 11. OTHER ITEMS, SUNDRY | | | | | | | | - |
| DAILY TOTALS | - | 20.50 | 504.19 | - | - | - | - | 524.69 |

H 05814

| LINE | DATE | AMOUNT | ADDITIONAL EXPLANATION | LINE | DATE | AMOUNT | ADDITIONAL EXPLANATION |
|---|---|---|---|---|---|---|---|
| 1 | 8/10 | 312.00 | American - Balto-Boston; Air Tran - Boston-Balto | | | | |
| 4 | 8/10 | 33.00 | Parking in Boston | | | | |
| 4 | 8/10 | 36.00 | Parking at BWI Airport | | | | |
| 6 | 8/10 | 115.19 | Lodging 8/9 | | | | |
| 8B | 8/10 | 8.00 | Lunch at airport on 8/10 (no receipt) | | | | |
| 8C | 8/9 | 16.48 | Dinner at hotel 8/9 | | | | |
| 8D | 8/9 | 3.17 | Snack/water at airport | | | | |
| 8D | 8/9 | 0.85 | Snack at airport | | | | |

AUG 16 2004

By

*granola bar snack*

**Hudson News**
BWI Airport
Baltimore, MD

Store:110
------------------------------------------
Candy                              .81 T1D1
                                   -----
Sub-Total                            .81
Sales Tax        .81 5.00% Tax       .04
                                   =====
Sale Total                           .85

Cash                                1.00

Change                               .15

------------------------------------------

------------------------------------------
TRN# 1423??      08/09/04      4:15 PM
Terminal: ??!  Drawer# 01,  Cashier# 04185

H 05817

*water/pretzels - snach*

### Hudson News
BWI Airport
Baltimore, MD

Store:113
--------------------------------------------------
Candy                              1.43 T1D1
Candy                              1.59 T1D1
                                   -----
Sub                                3.02
Sales              5.00% Tax        .15
                                   =====
Sale Total                         3.17

Cash                              20.00

Change                            16.83

--------------------------------------------------

TRN# 14....    ......    3:54 PM
Terminal# 00,  Drawer#  , Cashier# 04185

H 05818

*Denner*

7:44.53 Pm                    Monday, August 9th '04
juan                                    CHECK #7844
TABLE 604                               1 COVER


**** RECORD OF CHARGE ****

- AMER.EXPRESS -
Card # X372345732601009 ^0805
Auth Code : APPROVAL 538597

Check # 7844
Name: DERHOGA/ELAINE A
Name: or Merchant# 217820034      7


                          16.48 Amount

............. Gratuity

............. Total

Signature ......................

H 05820

*886*

Parking    33.  +
           36.  +
           69.  *

150 FEDERAL ST GARAGE
150 FEDERAL ST
BOSTON, MA 02110

*Parking*

DATE: TUESDAY, AUG 10, 2004 01:57 PM
ACCT#: 372345732681009   EXP.: 05/08
UNIT: SPRKT13171
CARD TYPE: AM EXPRESS
TRANS TYPE: SALE
REFERENCE #: 01E7    AUTH #: 598352

TOTAL AMOUNT  =    $  33.00

LICENSE/PHONE_____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

SIGNATURE: _____

B. W. I. AIRPORT PARKING
MAIN TERMINAL GARAGE
HARLAND PARKING

*Parking*

Rcpt# 1564
08/10/04 16:33   L#18 A# 51   Txn# 10998
08/09/04 15:23 In   08/10/04 16:33 Out
Tkt# 334319
Fee ......4   $   34.80
Total Tax    $    1.20
Total Fee    $   36.00
AMERICAN EXP $   36.00-
XXXXXXXXXXX1009 05/08
Approval No.: 540284
Reference No.: 22310037
Change Due    $   0.00
        THANK YOU
    HAVE A SAFE TRIP

H 05821

# EXHIBIT E

## HARTE-HANKS DIRECT MARKETING
## AMD
## EXPENSE REPORT

| NAME Elaine Dernoga | | | DATE PREPARED | 8/18/2004 |
|---|---|---|---|---|

| LOCATION AMD | DEPARTMENT ADMINISTRATION |
|---|---|

| [X] BUSINESS TRIP | [ ] CONVENTION | [ ] COMPANY SEMINAR | [ ] OTHER SEMINAR |
|---|---|---|---|

| TRIP DESTINATION | Boston, MA | PERIOD COVERED | 8/18/2004 |
|---|---|---|---|

| TRIP PURPOSE | Meeting with Steve Hacker |
|---|---|

*13/04*
*17267*
REC'D AUG 2 0 2004

| TYPE OF EXPENSE | EXPENSES PAID OUT-OF-POCKET | REMARKS    *75382* |
|---|---|---|
| 1. MAJOR TRANSPORTATION | 262.70 | |
| 2. PERSONAL CAR: _____ MILES@ _____ ¢ | | |
| 3. RENTED CAR | | |
| 4. PARKING, TOLLS | 30.00 | |
| 5. TAXI, BUS FARES | 21.00 | |
| 6. LODGING | | |
| 7. TELEPHONE TOLLS, ETC. | | |
| 8. MEALS FOR SELF | 8.81 | |
| 9. ENTERTAINING, MEALS FOR OTHERS | | METHOD OF SETTLEMENT |
| 10. MISCELLANEOUS TIPS | | [X] ISSUE CHECK    [ ] PAY IN CASH |
| 11. OTHER ITEMS, SUNDRY | | [ ] RECEIPT ATTACHED   [ ] ADJUST PERS. ACCT. |
| TOTAL OUT-OF-POCKET | 322.51 | SIGNED |
| LESS FUNDS ADVANCED | (262.70) | ELAINE DERNOGA  *EDernoga 8/19/04* |
| NET DUE EMPLOYEE (COMPANY) | 59.81 | APPROVED |

POSTED AUG 23 2004

*1900    203200    322.81*
*102470    (262.70)*

Complete reverse side for trip expense details and attach duplicate copy of all charge tickets.

H 05789

TRIP EXPENSE DETAILS

| TYPE OF EXPENSE | | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | WEEKLY |
|---|---|---|---|---|---|---|---|---|---|
| | INSERT DATES | | | | 8/18 | | | | TOTALS |
| 1. | MAJOR TRANSPORTATION | | | | 262.70 | | | | 262.70 |
| 2. | PERSONAL CAR | | | | | | | | - |
| 3. | RENTED CAR | | | | | | | | - |
| 4. | PARKING, TOLLS | | | | 30.00 | | | | 30.00 |
| 5. | TAXI, BUS FARES | | | | 21.00 | | | | 21.00 |
| 6. | LODGING | | | | | | | | - |
| 7. | TELEPHONE TOLLS, ETC. | | | | | | | | - |
| 8. A | BREAKFAST | | | | 4.31 | | | | 4.31 |
| 8. B | LUNCH | | | | 4.50 | | | | 4.50 |
| 8. C | DINNER | | | | | | | | - |
| 8. D | SNACKS, ETC. | | | | | | | | - |
| 8. | TOTAL MEALS FOR SELF: | | | | | | | | - |
| 9. | ENTERTAINING, MEALS FOR OTHERS | | | | | | | | - |
| 10. | MISCELLANEOUS TIPS | | | | | | | | - |
| 11. | OTHER ITEMS, SUNDRY | | | | | | | | - |
| | DAILY TOTALS | - | - | - | 322.51 | - | - | - | 322.51 |

AUG 23 2000

H 05790

| LINE | DATE | AMOUNT | ADDITIONAL EXPLANATION | LINE | DATE | AMOUNT | ADDITIONAL EXPLANATION |
|---|---|---|---|---|---|---|---|
| 1 | 8/18 | 262.70 | Airfare - Balto - Boston - Balto | | | | |
| 4 | 8/18 | 30.00 | Parking at BWI Airport | | | | |
| 5 | 8/18 | 21.00 | Cab fare in Boston | | | | |
| 8A | 8/18 | 4.31 | Snacks | | | | |
| 8B | 8/18 | 4.50 | Lunch @ airport | | | | |



"Lisa Kaffenberger"
<LKaffenberger@travizo
n.com>

To: <Elaine_Dernoga@harte-hanks.com>
cc:
Subject: RE: Travel Reservation August 18 for DERNOGA

08/17/2004 09:49 AM

Airtran does not produce an eticket receipt.
You might want to get this from Airtran when you fly.
The cost is $262.70

thanks

-----Original Message-----
From: Elaine_Dernoga@harte-hanks.com
[mailto:Elaine_Dernoga@harte-hanks.com]
Sent: Tuesday, August 17, 2004 9:29 AM
To: LKaffenberger@travizon.com
Subject: Re: Travel Reservation August 18 for DERNOGA

Need to make this official....can you tell me the price of these flights?
I cannot get the e-ticket receipt to print.

Thanks.



Elaine Dernoga
Human Resources
410-412-1751 Phone
410-412-1801 Fax
Harte-Hanks Privileged and Confidential Information



TRAVIZON
<jhiggins@travizo
n.com>

elaine_dernoga@harte-hanks.com

To:

cc:
Subject:  Travel Reservation

August 18 for DERNOGA

08/17/2004 09:25
AM

AUG 23 2004

TRAVIZON is pleased to deliver your complete travel itinerary through Sabre
(R) Virtually There (R).

Click on the link below to display your travel arrangements, as well as
weather, maps and directions, gate assignments, currency converter and much
more!  By using this link, you always have access to the most current
information about your trip.

https://www.virtuallythere.com/new/reservations.html?host=1W&pnr=KBGBDC87KU6
O&name=DERNOGA&language=0&email=2


For your convenience, a text version of your itinerary is included in this
e-mail and was current as of the time the e-mail was sent.  Please click on
the link above or contact TRAVIZON for the most current information.

H 05803

```
****************************************************************
```

Itinerary

ELAINE DERNOGA

Reservation code: CBTZGI

Travel Arranger Priority Comments:
    PLEASE REVIEW ALL DOCUMENTATION IMMEDIATELY
    TRAVIZON DOES NOT ACCEPT RESPONSIBILITY
    FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS AFTER
    RECEIPT OF DOCUMENTS, WHETHER BY FAX, ELECTRONIC
    DOCUMENT, OR PAPER TICKET.
    THANK YOU FOR BOOKING WITH TRAVIZON.
    AIRTRAN AIRWAYS DOES NOT ASSIGN SEATS
    TICKET IS NONREFUNDABLE.  TICKETED SPACE MUST BE
    CANCELLED BEFORE THE ORIGINAL SCHEDULED DEPARTURE OR
    ENTIRE VALUE OF TICKET WILL BE FORFEITED.  OTHERWISE,
    TICKET MAY BE EXCHANGED WITHIN 1 YEAR OF ORIGINAL ISSUE
    DATE, SUBJECT TO A RE-ISSUE FEE, ANY INCREASE IN FARE
    TO BE PAID, AND OTHER RESTRICTIONS THAT MAY APPLY
    CHECK IN FOR DOMESTIC FLIGHTS 2 HRS PRIOR TO DEPARTURE
    GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR CHECK IN

Wed, Aug 18
Flights: AIRTRAN AIRWAYS, FL 0444
    From: BALTIMORE WASHNTN, MD (BWI)    Departs: 9:05am
    To: BOSTON, MA (BOS)    Arrives: 10:28am
    Arrival Terminal: TERMINAL D
    Class: Economy    Seat: Check-In Required
    Status: Confirmed    Confirmation:
    Meal:    Smoking: No
    Aircraft: BOEING 717 JET    Mileage: 369
    Flight Time: 1 hours and 23 minutes
    Verify flight times prior to departure

Wed, Aug 18
Flights: AIRTRAN AIRWAYS, FL 0455
    From: BOSTON, MA (BOS)    Departs: 5:40pm
    Departure Terminal: TERMINAL D
    To: BALTIMORE WASHNTN, MD (BWI)    Arrives: 7:15pm
    Class: Economy    Seat: Check-In Required
    Status: Confirmed    Confirmation:
    Meal:    Smoking: No
    Aircraft: BOEING 717 JET    Mileage: 369
    Flight Time: 1 hours and 35 minutes
    Verify flight times prior to departure

Tue, Nov 16
Other:
    Status: Confirmed
    Information: 20.00 FEE

ARRANGER REMARKS
    Notes:
    NO HOTEL REQUESTED
    NO CAR REQUESTED

```
****************************************************************
```

https://www.virtuallythere.com/new/reservations.html?host=1W&pnr=KBGBDC87KU6
O&name=DERNOGA&language=0&email=2

*(stamp: AUG 23 2004)*

# EXHIBIT F

 **Richard Hochhauser**
03/05/2004 04:28 PM

To: Elaine Dernoga/AMD/HarteHanksInc@HarteHanksInc
cc:
Subject: Re: A Few MORE Questions

CAPS
Elaine Dernoga

 **Elaine Dernoga**
03/05/04 04:22 PM

To: Richard Hochhauser/STI/HarteHanksInc@HarteHanksInc
cc:
Subject: A Few MORE Questions

In answer to your question below about the contents of the facility files, the files include financials, monthly reports, some leases - nothing jumps out as being major. I can keep the library of files here, since I have the room and my office is secure, and if/when the time comes that someone needs something, I can redirect. GREAT

What do you suggest I do with his monthly report files from his direct reports and his reports to you? Again I can just keep them filed here. FOR NOW YES

I have cancelled his subscriptions to local papers, publications and magazines. THANKS

Verizon cell phone - ok to cancel? SEND A NOTE TO DEAN TO ASK HIM

AAA - membership was renewed in Feb 04 for one year - cost $87.00. What do you suggest I do here? NOTHING

Thanks so much for you help with these items. I truly hate bothering you with things like this. Try to have a good weekend and get some R&R. I don't know if you know this, but my husband is a pilot and we own a Cessna....last night I told my husband that all I want to do is go flying this weekend - just the two of us up there against the world, no one around....it's a great escape. Take care. ENJOY

**Elaine Dernoga**
410-412-1751 Phone
410-412-1801 Fax
Harte-Hanks Privileged and Confidential Information

Richard Hochhauser

 **Richard Hochhauser**
03/05/2004 09:30 AM

To: Elaine Dernoga/AMD/HarteHanksInc@HarteHanksInc
cc:
Subject: Re: A Few Questions

here are some of the answers CAPS below
Elaine Dernoga

 **Elaine Dernoga**
03/05/04 09:06 AM

To: Richard Hochhauser/STI/HarteHanksInc@HarteHanksInc
cc:
Subject: A Few Questions

Hi Richard,

**HH 00037**

I have a few questions for you if you have a moment to answer:

1. Check Signer A/P - Charles is a check signer on our A/P checks.  Since  A/P is moving to HBA, I trust we can have Lin Wells as check signer (?).
2. Check Signer Payroll - Charles is also a check signer on our paychecks.  I am running the next payroll on 3/9 so I need to move quickly on getting a new electronic signature to ADP....who should that be?
3. Mailer's Council/PostCom - Charles is on the board of both associations.  They need to be notified of his departure.
4. PCFs - Do you still want me assigning numbers and tracking PCFs....I hope you say yes because I do enjoy this part of my job very much (plus I think I'm good at it). i KNOW YOU ARE GOOD AT IT AND SEE NO REASON FOR THINGS TO CHANGE SO KEEP DOING
5. Client Files - I have two drawers of client files - should I send them to Bill? YES
6. Facility Files - I have drawers and drawers of facility files and archives - should I forward files on to Bob, Jim and Frank as the files relate to them? NEED TO GET ME SOME SPECIFICS TO SEE IF THESE FILES ARE EVEN NEEDED....DO YOU KNOW WHAT'S IN THEM??
7. Personnel Files - Charles had personnel files on all of his people, should they be forwarded on to anyone? SEND ME THE ONES FOR JIM, SND GARY THE ONES FOR TANN, SEND JIM THE ONES FOR BOB AND ANY OF THE UNITS HE MANAGES
8. Flights - I have cancelled all pending travel.THANKS
9. Office Equipment - Do you need me to obtain Charles' PC, phone and fax machine from his home office? WE HAVE HIS PC AND HE IS SENDING HIS PHONE TO DEAN....HE SHOULD KEEP THE REST
10. ORC - As you know, Charles' name is all over the ORC, I can work with Shirley Geen and Chet on updating if desired since I am also an ORC Content Manager. GREAT
11. Charles phone card and security access to our building have been deactivated.THANKS

That's all for now....I'm sure tonight when I can't sleep I'll have another long list of questions.  THANKS...REALLY APPRECIATE WHAT YOU ARE DOING

**Elaine Dernoga**
410-412-1751 Phone
410-412-1801 Fax
Harte-Hanks Privileged and Confidential Information

HH 00038