# EXHIBIT C

Case 1:04-cv-11548-DPW    Document 93-3    Filed 01/13/2005    Page 1 of 10

## HARTE-HANKS DIRECT MARKETING
## AMD
## EXPENSE REPORT

| NAME Elaine Dernoga | DATE PREPARED 2/28/02 |
|---|---|
| LOCATION AMD | DEPARTMENT Admin Prs |

☐ BUSINESS TRIP   ☐ CONVENTION   ☐ COMPANY SEMINAR   ☒ OTHER SEMINAR Training

| TRIP DESTINATION Owingsmills, MD | PERIOD COVERED | 61451 |
| TRIP PURPOSE ADP training - 2/22/02 | | 17267 |
| | | 34195 |

| TYPE OF EXPENSE | EXPENSES PAID OUT-OF-POCKET | REMARKS |
|---|---|---|
| 1. MAJOR TRANSPORTATION | | |
| 2. PERSONAL CAR: 56 MILES @ 34.5 ¢ | 20 44  19.32 | REC'D MAR 0 8 2002 |
| 3. RENTED CAR   365 | | |
| 4. PARKING, TOLLS | | |
| 5. TAXI, BUS FARES | | MAR 8 2002 |
| 6. LODGING | | |
| 7. TELEPHONE TOLLS, ETC. | | |
| 8. MEALS FOR SELF | 6.20 | |
| 9. ENTERTAINING, MEALS FOR OTHERS | | METHOD OF SETTLEMENT |
| 10. MISCELLANEOUS TIPS | | ☒ ISSUE CHECK   ☐ PAY IN CASH |
| 11. OTHER ITEMS, SUNDRY | | ☐ RECEIPT ATTACHED   ☐ ADJUST PERS. ACCT. |
| TOTAL OUT-OF-POCKET  26.64 | 25.52 | SIGNED Dernoga |
| LESS FUNDS ADVANCED | | APPROVED |
| NET DUE EMPLOYEE (COMPANY)  26.64 | 25.52 | |

Complete reverse side for trip expense details and attach duplicate copy of all charge tickets.

H 05734

# Personal Car Expense Log

Employee: Elaine Dernoga

Date Prepared: 2/28/02

H 05740

| Date | Person | Destination | Reason | Miles (Round Trip) | @/mile | Total |
|---|---|---|---|---|---|---|
| 12/7/2001 | n/a | BWI Airport | Dropped off mail for CRD | 16.0 | $ 0.345 | $ 5.52 |
| 2/22/2002 | n/a | ADP;Owings Mills | Seminar | 40.0 | $ 0.345 | $ 13.80 |

| | TOTALS | 56 | $ 19.32 |
|---|---|---|---|

# EXHIBIT D

## HARTE-HANKS DIRECT MARKETING
## AMD
## EXPENSE REPORT

| NAME | Elaine Dernoga | | DATE PREPARED | 8/12/2004 |
|---|---|---|---|---|
| LOCATION | AMD | | DEPARTMENT | ADMINISTRATION |
| [X] BUSINESS TRIP | [ ] CONVENTION | [ ] COMPANY SEMINAR | | [ ] OTHER SEMINAR |
| TRIP DESTINATION | Boston, MA | | PERIOD COVERED | 8/9 - 8/10/04 |
| TRIP PURPOSE | Meeting with Steve Hacker | | | |

13089
17267
25029
⟵ 25377
$75 95

| TYPE OF EXPENSE | EXPENSES PAID OUT-OF-POCKET | REMARKS |
|---|---|---|
| 1. MAJOR TRANSPORTATION | 312.00 | REC'D AUG 1 3 2004 |
| 2. PERSONAL CAR: ___ MILES@ ___ ¢ | | |
| 3. RENTED CAR | | |
| 4. PARKING, TOLLS | 69.00 | |
| 5. TAXI, BUS FARES | | |
| 6. LODGING | 115.19 | |
| 7. TELEPHONE TOLLS, ETC. | | |
| 8. MEALS FOR SELF | 28.50 | |
| 9. ENTERTAINING, MEALS FOR OTHERS | | METHOD OF SETTLEMENT |
| 10. MISCELLANEOUS TIPS | | [X] ISSUE CHECK   [ ] PAY IN CASH |
| 11. OTHER ITEMS, SUNDRY | | [ ] RECEIPT ATTACHED   [ ] ADJUST PERS. ACCT. |
| TOTAL OUT-OF-POCKET | 524.69 | SIGNED |
| LESS FUNDS ADVANCED | (312.00) | ELAINE DERNOGA   Ellernoga |
| NET DUE EMPLOYEE (COMPANY) | 212.69 | APPROVED  see attached approval from A Harrison |

Complete reverse side for trip expense details and attach duplicate copy of all charge tickets.

132.10, 130.60    203300    —    203419    524.69
50.00                                                102470    (312.00)
312.70    ⟵ 1st p. mail

H 05813

TRIP EXPENSE DETAILS

| TYPE OF EXPENSE | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | WEEKLY TOTALS |
|---|---|---|---|---|---|---|---|---|
| INSERT DATES | | 9-Aug | 10-Aug | | | | | |
| 1. MAJOR TRANSPORTATION | | | 312.00 | | | | | 312.00 |
| 2. PERSONAL CAR | | | | | | | | - |
| 3. RENTED CAR | | | | | | | | - |
| 4. PARKING, TOLLS | | | 69.00 | | | | | 69.00 |
| 5. TAXI, BUS FARES | | | | | | | | - |
| 6. LODGING | | | 115.19 | | | | | 115.19 |
| 7. TELEPHONE TOLLS, ETC. | | | | | | | | - |
| 8. A  BREAKFAST | | | | | | | | - |
| 8. B  LUNCH | | | 8.00 | | | | | 8.00 |
| 8. C  DINNER | | 16.48 | | | | | | 16.48 |
| 8. D  SNACKS, ETC. | | 4.02 | | | | | | 4.02 |
| 8. TOTAL MEALS FOR SELF: | | | | | | | | - |
| 9. ENTERTAINING, MEALS FOR OTHERS | | | | | | | | - |
| 10. MISCELLANEOUS TIPS | | | | | | | | - |
| 11. OTHER ITEMS, SUNDRY | | | | | | | | - |
| DAILY TOTALS | - | 20.50 | 504.19 | - | - | - | - | 524.69 |

H 05814

| LINE | DATE | AMOUNT | ADDITIONAL EXPLANATION |
|---|---|---|---|
| 1 | 8/10 | 312.00 | American - Balto-Boston; Air Tran - Boston-Balto |
| 4 | 8/10 | 33.00 | Parking in Boston |
| 4 | 8/10 | 36.00 | Parking at BWI Airport |
| 6 | 8/10 | 115.19 | Lodging 8/9 |
| 8B | 8/10 | 8.00 | Lunch at airport on 8/10 (no receipt) |
| 8C | 8/9 | 16.48 | Dinner at hotel 8/9 |
| 8D | 8/9 | 3.17 | Snack/water at airport |
| 8D | 8/9 | 0.85 | Snack at airport |

AUG 16 2004
By _____

*granola bar snack*

### Hudson News
BWI Airport
Baltimore, MD

Store:110

| | | |
|---|---|---|
| Candy | | .81 T1D1 |
| Sub-Total | | .81 |
| Sales Tax | .81 5.00% Tax | .04 |
| Sale Total | | .85 |
| Cash | | 1.00 |
| Change | | .15 |

TRN# 14237?         08/09/04         4:15 PM
Terminal# 10    Drawer# 01,  Cashier# 04185

H 05817

*water/pretzels - snack*

```
              Hudson News
               WI Airport
              Baltimore, MD

Store:113
------------------------------------
Candy                         1.43 T1D1
Candy                         1.59 T1D1
                              -------
 ot                            3.02
 ales            .00% Tax       .15
                              =====
Sale total                     3.17

Ca                            20.00

Cha                           16.83

------                        -------

---                   ...     -------
TRN# 14...           ...       3:54 PM
Terminal# 00,  Drawer    Cashier# 04185
```

H 05818

*Dinner*

```
7:44.53 Pm                      Monday, August 9th '04
juan                                     CHECK #7844
TABLE 604                                     1 COVER


             **** RECORD OF CHARGE ****

             - AMER.EXPRESS -
        Card # X3723457326010OP ^0805
        Auth Code : APPROVAL S38597

        Check # 7844
        Name: DERNOGA/ELAINE A
        Name: or Merchant# 217820034      7


                             16.48 Amount

                      ............ Gratuity

                      ............ Total

        Signature  EDernoga
```

H 05820

Parking  33. +
         36. +
         69. *

886

150 FEDERAL ST GARAGE
150 FEDERAL ST
BOSTON, MA 02110

*Parkers*

DATE: TUESDAY, AUG 10, 2004 01:57 PM
ACCT#: 372345732601009    EXP.: 05/08
UNIT: SPRK71317:
CARD TYPE: AM EXPRESS
TRANS TYPE: SALE
REFERENCE #: 91EZ    AUTH #: 598352

TOTAL AMOUNT =    $ 33.00

LICENSE/PHONE_____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
SIGNATURE: _____

B. W. I. AIRPORT PARKING
MAIN TERMINAL GARAGE
MARLAND PARKING

*Parkers*

Rcpt# 1564
08/10/04 16:33  L#18 A# 51  Txn# 10998
08/09/04 15:23 In  08/10/04 16:33 Out
Tkt# 334319
Fee .....4    $  34.80
Total Tax    $   1.20
Total Fee    $  36.00
AMERICAN EXP $  36.00-
XXXXXXXXXXXX1009 05/08
Approval No.: 548284
Reference No.: 22310057
Change Due   $   0.00
          THANK YOU
      HAVE A SAFE TRIP

H 05821