UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04 CV 11548 DPW |
| | ) | |
| CHARLES R. DALL'ACQUA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN
SUPPORT OF MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS**

Plaintiff, Harte-Hanks, Inc., respectfully moves, pursuant to Local Rule 7.1 (B)(3), for

leave to file a four-page reply memorandum in support of its motion for leave to take more than

ten depositions.  The ground for this motion is that Mr. Dall'Acqua has raised arguments that

warrant a response.  Defendant does not oppose this motion.

WHEREFORE, Harte-Hanks respectfully requests leave to file the accompanying reply

memorandum.

Dated: January 14, 2005

Respectfully submitted,

HARTE-HANKS, INC.,

By its attorneys,

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

2

## CERTIFICATION OF CONSULTATION

Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that counsel have conferred in an attempt to narrow or resolve the issues presented and that co-counsel for Mr. Dall'Acqua indicated that this motion is not opposed.


s/David B. Chaffin