# EXHIBIT C

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

CHARLES DALL ACQUA　　　　　*
　　　　　　　　　　　　　　　*
　　　Plaintiff　　　　　　　　*
　　　　　　　　　　　　　　　*
　　vs.　　　　　　　　　　　　*　　CASE NO. C-01-69392
　　　　　　　　　　　　　　　*
MARIE DALL ACQUA　　　　　　　*
　　　　　　　　　　　　　　　*
　　　Defendant　　　　　　　　*

***********

RULE 9-207. JOINT STATEMENT OF MARITAL AND NON-MARITAL PROPERTY
February 26, 2002

1. The parties agree that the following property is "marital property" as defined by Code, Family Law Article §8-201:

| Description of Property | How Titled: Assertions | | Fair Market Value | | Liens/Debts | |
| --- | --- | --- | --- | --- | --- | --- |
| | H's | W's | Husband's Assertion | Wife's Assertion | Husband's Assertion | Wife's Assertion |
| 211 Asquith | Joint | Joint | 829,000 m/l | 725,000 | | |
| 30-33 Sea Isle | Joint | Joint | 530,000 | 350,000 | | |
| 250 S. President | Joint | Joint | 155,000 | 155,000 | | |
| Merrill Lynch Joint Account- | Joint | Joint | 968,789 as of 2/26/02 | 968,789 | | |
| Merrill Lynch 53210F71 | Joint | Joint | 39,630 | 39,360 | | |
| Reverse Mortgage | Joint | Joint | 14,500 | 14,500 | | |

Case No. C-01-69392
☒ Plaintiff's/State's
☐ Defendant's　Exhibit 4
☒ Admitted in Evidence
☐ For Identification　2/27/02

| | | | | | | |
|---|---|---|---|---|---|---|
| Gym Equipment | Joint | Joint | 1,200 | 1,200 | | |
| Household Furnishings | Joint | Joint | 30,000 | 8,000 | | |
| Wave Runner | Joint | Joint | 1,480 | 1,480 | | |
| Laser | Joint | Joint | 1,320 | 1,800 | | |
| Chaperral | Joint | Joint | 24,090 | 25,000 | | |
| Harte Hanks, 401 K | Husb. | Husb. | 330,431 m/l as of 1/31/02 | 330,431 | | |
| Merrill Lynch, IRA 707-57373 | Husb. | Husb. | 117,458 m/l as of 2/26/02 | 117,458 | | |
| Harte Hanks Pension Plans (2) | Husb. | Husb | To be paid upon retirement in monthly installments- no present value- **This plan will pay Wife more than $50,000 per year if, as and when Husband retires.** | Not valued | | |
| Schwabb Account 2671-0851 | Husb. | Husb. | 146,498, as of 2/26/02 | 204,567 | | |
| Bank of America Checking Account No. 200 296 9590 | Husb. | Husb. | 689 m/l as of 2/26/02 | | | |
| Bank of America Money Market Account No. 0039 2915 9699 | Husb. | Husb. | 2,410 as of 2/261/02 | | | |
| Bank of America Money Market Account No. 0039 2915 9686 | Husb. | Husb. | 79 m/l as of 2/26/02 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Merrill Lynch Acct. 707-40962 | Husb | Husb | 26,723 as of 02/26/02 | 26,723 | | |
| Merrill Lynch Acct 53Z-10F84 | Husb | Husb | 161,279 as of 2/26/02 | 161,279 | | |
| Mass Mutual L/I | Husb. | Husb | 36,381 | 36,381 | | |
| 48,000 shares of Harte Hanks Stock | Husb. | Husb. | The value of each share of stock is the value of each share less the capital gains tax on the difference between the exercise price and the stock sale price- approximate value as of 2/26/02 is $1,426,000 minus capital gains tax on a gain of $280,650 @ 20% or $56,130 Therefore net value is $1,369, 879 | 1,426,600 | | |
| Harte Hanks Options (See attache schedule) | Husb. | Husb | There are 129,000 options are presently exercisable at the present time and the value of each option exercised is the the difference between the market value and the exercise price at the time of the exercise minus the tax to be paid thereon. The current net value is $1,351,838 | 2,667,975 (gross before taxes) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| E Trade Account 4800-7934 | Husb | Husb | 3,210 as of 2/11/02 | 3,210 | | |
| Sonne Lane | Husb | Husb | 490,000 | 499,452-based on settlement sheet | | |
| Two Kayaks | Husb | Husb | 800 | 800 | | |
| Airline/Hotel Points 290,000 @ $10 per $1,000-Marriott | Husb | Husb | 2,900 | 18,800 | | |
| 94,000 @ 3 cents per mile | | | 2,820 | | | |
| Uncashed Check (Cashed 10/01) | Husb | Husb | 0-Taxes | 60,000 | | |
| Charles Furniture | Husb | Husb | 1,600 | 30,000 | | |
| Cannondale | Husb | Husb | 700 | 2,000 | | |
| BMW X5 | Husb | Husb | 32,931 | 32,931 | | |
| Exterra | Husb | Husb | 17,348 | 24,000 | | |
| Merrill Lynch, IRA No. 707 57372 | Wife | Wife | 92,001 as of 1/31/02 | 92,001 | | |
| Janney IRA | Wife | Wife | 5,605 as of 12/31/01 | 5,605 | | |
| Bank of NY 401(K) | Wife | Wife | 136,821, as of 12/31/01 | 136,821 | | |
| CSFB | Wife | Wife | 9,906 | 9,206 | | |
| Davis Fund M/L 707-40963 | Wife | Wife | 12,100 | 0 | | |
| All First Account | Wife | Wife | 1,037 - 5,700 619 - 2100 as of 12/31/01 | 100 | | |
| Ravens' PSLs | Wife | Wife | 10,000 | 6,000 | | |
| Fur | Wife | Wife | 1,000 | 500 | | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2001 Infinity | Wife | Wife | 38,000- as per agreement of parties | 25,000 | | | |
| Airline/Hotel Points | Wife | Wife | Subject to proof | 1,550 | | | |
| Wife's Bike | Wife | Wife | 250 | | | | |

2. The parties agree that the following property is not marital property because the property (a) was acquired by one party before the marriage, (b) was acquired by one party by inheritance or gift from a third person, (c) has been excluded by valid agreement of the parties, or (d) is directly traceable to any of these sources:

| Description of Property | Reason Why Non-Marital (a,b,c,d) | How Titled: Assertions | | Fair Market Value | | Liens/Debts | |
|---|---|---|---|---|---|---|---|
| | | H's | W's | H's Assertion | W's Assertion | H's Assertion | W's Assertion |
| Merrill Lynch Account 707040964 for the benefit of Jason | Set up for child | Yes | H | H | 18,744 as of 1/31/02 | | | |
| Merrill Lynch Account 707040965 for the benefit of Brandon | Set up for child | Yes | W | W | 14,299 as of 1/31/02 | | | |
| Jeep used by Brandon | Child | Child | W | W | 10,700 | 13,000 | | |
| Three annuities in the name of Husband's father | Set up for children | Yes | ? | ? | 17,706 B 15,066 J 13,843 J | | | |

3. The parties are not in agreement as to whether the following property is marital or non-marital:

| Description of Property | Marital Property: Assertions (Yes/No) | | How Titled: Assertions | | Fair Market Value | | Liens/Debts | |
|---|---|---|---|---|---|---|---|---|
| | H's | W's | H's | W's | H's Assertion | W's Assertion | H's Assertion | W's Assertion |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 101,000 Harte-Hanks, Inc. Options which are not presently exercisable | No | Yes | H | H | Values vary depending upon the difference between the market price and the exercise price at the time exercised minus the taxes due as a result of the exercise. Current value not known | 815,775 (gross) | | |

A copy of the foregoing 9-206 form was hand delivered to George Pedros, Attorney for Marie Dall Acqua on February 27, 2002.

_____
RONALD M. NADITCH