# EXHIBIT D



Mailing Address:
P.O. Box 269
San Antonio, TX
78291-0269

Street Address:
200 Concord Plaza Drive
Suite 800
San Antonio, TX
78216-6918

Phone: (210) 829-9136
Fax: (210) 829-9139
E-mail: steve_hacker
@harte-hanks.com

■ Paul Steven Hacker
Vice President, Legal
and Secretary

June 8, 2004

**VIA FACSIMILE (410) 573-0534**

Mr. Charles R. Dall'Acqua
785 Sonne Drive
Annapolis, Maryland 21401

Dear Mr. Dall' Acqua,

Transmitted herewith as <u>Annex A</u> is a copy of the Confidentiality/Non-Disclosure Agreement (the "Agreement") you entered into with Harte-Hanks, Inc. on January 25, 2002. It has become apparent that you have breached Section 5 of the Agreement in connection with your new employment as Chief Executive Officer Protocol Marketing Group by recruiting and hiring John Martus, a Harte-Hanks employee (the "Martus Breach"). Harte-Hanks reserves all, and does not waive any, legal rights it has against you, and/or Protocol Marketing Group related to the Martus Breach.

If you or Protocol Marketing Group hire any other Harte-Hanks employee during the two years following the termination of your employment with Harte-Hanks, regardless of any question about whether you, Protocol, another Protocol representative, or the Harte-Hanks employee initiates the discussion, all legal remedies against you and Protocol Marketing Group will be pursued for the Martus Breach. Further, if such a future breach of the Agreement occurs Harte-Hanks will pursue any and all other claims it may have against you and Protocol related to that breach.

Regards,

Paul Steven Hacker

cc: Richard Hochhauser
    Dean Blythe

Core Businesses:
• Direct Marketing
• Shoppers