# EXHIBIT E

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

HARTE-HANKS, INC.,  )
                    )
    Plaintiff,      )
                    )  Civil Action No. 04-11548-DPW
v.                  )
                    )
CHARLES R. DALL'ACQUA,  )
                    )
    Defendants.     )
                    )

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that on the indicated dates, at the offices of Melick, Porter & Shea, LLP, 28 State Street, Boston, Massachusetts, Defendant Charles Dall'Aqua will take the deposition upon oral examination of the following witnesses before a Notary Public in and for the Commonwealth of Massachusetts or before some other officer authorized by law to administer oaths:

    Larry Franklin -- January 25, 2005 (9 a.m.)

    Chris Harte -- January 25, 2005 (2 p.m.)

    Andrew Harrison -- January 26, 2005 (9 a.m.)

    Dr. Peter Flawn -- January 26, 2005 (2 p.m.)

The depositions will continue day-to-day until completed.

You are invited to attend and cross-examine.

CHARLES R. DALL'ACQUA

By: *[signature]*
John F. Rooney III
Angela L. Lackard
Matthew Grygorcewicz
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Susan C. Levy
Daniel J. Winters
JENNER & BLOCK, LLP
One IBM Plaza
330 N. Wabash
40th Floor
Chicago, IL 60611
(312) 222-9350

Attorneys for Defendant Charles R. Dall'Acqua

Dated: January 11, 2005

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by facsimile and mail on counsel of record for plaintiff this 11th day of January, 2005.

*[signature]*
Daniel J. Winters

2