# EXHIBIT F

## PETER T. FLAWN

Peter T. Flawn retired as President of The University of Texas at Austin in 1985 and was named President Emeritus by the Board of Regents.

He received his bachelor's degree from Oberlin College in 1947 and Ph.D. in geology from Yale University in 1951 and is prominent as a geologist, educator, author, and consultant. He served in the U. S. Army Air Corps during World War II.

Dr. Flawn served as Professor of Geological Sciences and Director of the Bureau of Economic Geology at The University of Texas at Austin from 1960 to 1970. He became Professor of Geological Sciences and Public Affairs in 1970 and Leonidas T. Barrow Professor of Mineral Resources in 1978. From 1970 to 1972 he served as Vice President for Academic Affairs. He was appointed Executive Vice President of The University of Texas at Austin in 1972. In 1973, Dr. Flawn was named President of The University of Texas at San Antonio. He became President of The University of Texas at Austin in 1979. Dr. Flawn served as President *ad interim* of The University of Texas at Austin from July 1997 to April 1998.

Dr. Flawn was elected to the National Academy of Engineering in 1974. He was awarded the Condecoracion de la Orden del Sol del Peru in 1984. In 1985, he received the Wilbur Lucius Cross Medal from Yale University. The American Institute of Professional Geologists awarded him the Ben H. Parker Memorial Medal in 1989. He was President of the Geological Society of America in 1978 and President of the American Geological Institute in 1988. The American Association of Petroleum Geologists elected him an Honorary Member in 1983. The American Geological Institute awarded him the Ian Campbell Medal in 1993. Oberlin College awarded him an Honorary Doctorate of Science in 1995. Dr. Flawn served on the National Science Board from 1980 to 1986. In 1987-88 he was Chairman of the Texas National Research Laboratory Commission. He was reappointed to the Texas National Research Laboratory Commission in 1991. He was awarded the Distinguished Service Award by the Ex-Students' Association of The University of Texas at Austin in 1998. He served as Chairman of the Board of Directors of Southwest Research Institute from 1997-1999. The Board of Regents of the University of Texas System presented him with the Santa Rita Award in October 2000. He received a Presidential Citation from The Univeristy of Texas at Austin in September 2000 and the Mirabeau B. Lamar Medal presented by the Association of Texas Colleges and Universities in October 2001.

He serves as a Director of Harte-Hanks, Inc., Hester Capital Management, L.L.C., Southwest Research Institute, and as a member of the Board of Managers of Signature Science.

Dr. Flawn was born February 17, 1926 in Miami, Florida. He and his wife, Priscilla Pond Flawn, reside in Austin, Texas, and have two children, Tyrrell E. Flawn and Laura B. Flawn, M.D. (deceased).