UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 CV 11548 DPW |
| ) | |
| CHARLES R. DALL'ACQUA, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF DAVID B. CHAFFIN IN SUPPORT OF
RESPONSE TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS
SIGNED BY MS. DERNOGA ON BEHALF OF MR. DALL'ACQUA**

I, David B. Chaffin, state, under the penalties of perjury:

1. I am co-counsel for plaintiff, Harte-Hanks, Inc. The statements herein are based on personal knowledge.

2. The documents Mr. Dall'Acqua seeks have been produced, and Mr. Dall'Acqua's counsel have been so advised. During a telephone conference on December 29, 2004, I explained to Mr. Dall'Acqua's Boston co-counsel, Mr. Grygorcewicz, that even though Harte-Hanks had objected to the third request, some, and possibly all, of the documents Ms. Dernoga had signed on Mr. Dall'Acqua's behalf had been collected and produced. I told Mr. Grygorcewicz that they included a letter to Senator Mikulski, which prompted a discussion concerning his familiarity with her because of his background. I also told Mr. Grygorcewicz that the documents were in a separate folder, and I gave him the approximate location of the

documents within Harte-Hanks's substantial production (and told him that the burden on me of finding the exact bates numbers of the documents would be the same as the burden on him).

3. I have confirmed that there are no documents other than those produced that Ms. Dernoga signed on Mr. Dall'Acqua's behalf.

SIGNED UNDER THE PENALTIES OF PERJURY<br>
THIS 14TH DAY OF JANUARY, 2005

David B. Chaffin

422004.0114