UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 04 CV 11548 DPW |

**DECLARATION OF DAVID B. CHAFFIN IN SUPPORT OF
RESPONSE TO MOTION TO COMPEL PRODUCTION OF
ALL OF ELAINE DERNOGA'S EXPENSE REPORTS**

I, David B. Chaffin, state, under the penalties of perjury:

1. I am co-counsel for plaintiff, Harte-Hanks, Inc. The statements herein are based on personal knowledge.

2. Attached hereto as Exhibit A is a copy of a letter from me to Matthew Grycorcewicz that confirms the substance of a lengthy Rule 37.1/Rule 7.1 conference between us on December 29, 2004.

3. Attached hereto as Exhibit B is a copy of a letter from Daniel Winters, one of Mr. Dall'Acqua's Chicago lawyers, to me that responds to my letter of December 31. I received the letter on Friday, January 7, after 4:00 p.m.

4.  Attached hereto as Exhibit C is a copy of my response letter to Mr. Winters, dated Monday, January 10, 2005.

SIGNED UNDER THE PENALTIES OF PERJURY<br>
THIS 14TH DAY OF JANUARY, 2005

_____
David B. Chaffin

422004.0114