UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 CV 11548 DPW |
| ) | |
| CHARLES R. DALL'ACQUA, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO COMPEL

Plaintiff, Harte-Hanks, Inc., respectfully moves the Court to compel Mr. Dall'Acqua to produce certain documents and to respond to certain interrogatories. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Harte-Hanks respectfully requests that the Court compel Mr. Dall'Acqua to produce certain documents and to respond to certain interrogatories.

Dated: January 14, 2004

HARTE-HANKS, INC.,
By its Attorneys,

s/David B. Chaffin
David B. Chaffin
BBO# 549245
Kathleen A. Kelley
BBO # 562342
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

CERTIFICATE OF CONSULTATION

I hereby certify pursuant to Local Rule 7.1 that I conferred with opposing counsel in a good faith effort to resolve the issues presented by this motion but was unable to resolve them.

s/David B. Chaffin

422004.1103