UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES R. DALL'ACQUA, ) <br> ) <br> Defendant. ) | Civil Action No. 04 CV 11548 DPW |

## MOTION TO COMPEL PROTOCOL
## TO COMPLY WITH SUBPOENA

Plaintiff, Harte-Hanks, Inc., respectfully moves the Court to compel Protocol Services, Inc., to produce, in response to a subpoena, three categories of documents relating to Mr. Dall'Acqua's damages. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Harte-Hanks respectfully requests that the Court compel Protocol to produce the three categories of documents.

Dated: January 18, 2004

HARTE-HANKS, INC.,
By its Attorneys,


s/David B. Chaffin
David B. Chaffin
BBO# 549245
Kathleen A. Kelley
BBO # 562342
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

CERTIFICATE OF CONSULTATION

    I hereby certify pursuant to Local Rule 7.1 that I conferred with opposing counsel in a good faith effort to resolve the issues presented by this motion but was unable to resolve them.

                                                                      s/David B. Chaffin

422004.118