UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HARTE-HANKS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04 CV 11548 DPW |
| CHARLES R. DALL'ACQUA, | ) | |
| Defendant. | ) | |

**DECLARATION OF DAVID B. CHAFFIN IN SUPPORT OF MOTION
TO COMPEL PROTOCOL TO COMPLY WITH SUBPOENA**

I, David B. Chaffin, state, under the penalties of perjury:

1.  I am co-counsel for plaintiff, Harte-Hanks, Inc. The statements herein are based on personal knowledge, except where indicated.

2.  Attached hereto as Exhibit A is a copy of the subpoena I caused to be served on Protocol Services, Inc., at its office in Braintree.

3.  Attached hereto as Exhibit B is a copy of Protocol Services, Inc.'s Objections and Responses to Plaintiff's Subpoena Requesting Documents.

4.  Attached hereto as Exhibit C is a letter from me to Matthew Grygorcewicz that confirms the substance of a lengthy Rule 37.1/Rule 7.1 conference between us on December 29, 2004.

5. Attached hereto as Exhibit D is a copy of a letter from Daniel Winters, one of Mr. Dall'Acqua's Chicago lawyers, to me that responds to my letter of December 31. I received the letter on Friday, January 7, after 4:00 p.m.

6. Attached hereto as Exhibit E is a copy of my response letter to Mr. Winters, dated Monday, January 10, 2005.

7. Attached hereto as Exhibit F is a copy of a letter from Mr. Winters to me that I received on January 14, 2004.

8. Attached hereto as Exhibit G is a copy of the complaint filed by Protocol in Cook County, Illinois.

SIGNED UNDER THE PENALTIES OF PERJURY<br>
THIS 18TH DAY OF JANUARY, 2005

David B. Chaffin

422004.0113