UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARTE-HANKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES R. DALL'ACQUA, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 CV 11548 DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, Harte-Hanks, Inc., and defendant, Charles R. Dall'Acqua, hereby stipulate and agree that the above-captioned action (and all claims and counterclaims alleged therein) is dismissed, with prejudice, without costs, and with all rights to appeal waived.

January 28, 2005

| HARTE-HANKS, INC., | CHARLES R. DALL'ACQUA, |
|---|---|
| By its Attorneys, | By his Attorneys, |
| s/David B. Chaffin | s/John F. Rooney III |
| David B. Chaffin | John F. Rooney, III |
| BBO# 549245 | BBO# 426895 |
| Kathleen A. Kelley | Angela L. Lackard |
| BBO # 562342 | BBO# 637789 |
| HARE & CHAFFIN | MELICK PORTER & SHEA |
| 160 Federal Street | 28 State Street |
| Boston, Massachusetts 02110 | Boston, MA 02109-1775 |
| (617) 330-5000 | (617) 523-6200 |